FILED
Western District of Washington
at Seattle

JUL 16 2010

U.S. Bankruptcy Court

# BUSH STROUT & KORNFELD
### Law Offices

5000 Two Union Square • 601 Union Street • Seattle, Washington 98101-2373
Telephone (206) 292-2110 • Facsimile (206) 292-2104 • Website: www.bskd.com

Armand J. Kornfeld
Direct Dial (206) 521-3860
E-mail jkornfeld@bskd.com

July 16, 2010

**SENT BY EMAIL**

Mr. John R. Rizzardi
Cairncross & Hempelmann, P.S.
524 Second Ave., #500
Seattle, WA 98104-2323

Ms. Jane Pearson
Foster Pepper & Shefelman
1111 3rd Ave., #3400
Seattle, WA 98101

Mr. C. Keith Allred
Davis Wright Tremaine
1201 3rd Ave., #2200
Seattle, WA 98101-3045

Mr. John S. Kaplan
Perkins Coie LLP
1201 3rd Ave., #4800
Seattle, WA 98101-3099

Mr. John Mellen
Keller Rohrback
1201 3rd Ave., #3200
Seattle, WA 98101-3052

Ms. Cynthia A. Kuno
Hanson Baker Ludlow Drumheller
2229 112th Ave. NE, #200
Bellevue, WA 98004-2936

*[handwritten annotations: "Filed in Court", "16115B July 2010", "PWB"]*

Re: Meridian

Dear Counsel:

On an out-of-court basis, our firm represents Meridian Mortgage Investors Funds II, V, VII and VIII ("Alleged Debtors"). Consistent with our previous communications to you, the Alleged Debtors consent to the entry of an order in the identical form attached hereto by the Bankruptcy Court at hearing scheduled for Friday, July 16th at 11:00 a.m. Although we do not represent Meridian Partners Investor Services, Inc. ("MPMIS") or Meridian Partners Management, Inc. ("MPM"), we are authorized by those two entities to communicate their agreement to entry of the attached order in its identical form. In addition to the relief requested by you and your clients in the pending involuntary bankruptcy cases of the Alleged Debtors, the proposed order includes appointment of an immediate operating trustee, relief that no party has moved for in front of the Bankruptcy Court. The Alleged Debtors propose this relief proactively in order to as quickly and efficiently as possible put the funds' assets and records under the management of an independent party. As you know, the Alleged Debtors' willingness to propose and agree to an immediate appointment of a trustee is conditioned only upon entry of the attached order in the identical form, without change. To the extent that there are **any** changes to

*[handwritten: "X Docket in # 10-17952/B"]*

this order, the Alleged Debtors will need to sign off on any changes prior to entry of an order appointing a trustee.

As I have communicated to you, our firm will not be appearing in court on this matter, but hereby provide consent stated above to entry of the attached order and presentation of this letter, along with the attachment, to Judge Brandt at today's hearing. You are authorized to file this letter with the Court, if necessary.

If you have any questions, please feel free to contact me.

Sincerely,

Armand J. Kornfeld

AJK:cah
Enclosures
cc: Clients (via email)

1747 20101 vg150701

| | |
|---|---|
| 1 | The Honorable Samuel J. Steiner |
| 2 | Chapter 11 |
| | Hearing Date: July 16, 2010 |
| 3 | Hearing Time: 11:00 a.m. |
| | Hearing Location: Seattle |
| 4 | Response Date: July 15, 2010 at 3:00 p.m. |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: | |
| Meridian Mortgage Investors Fund V, LLC | 10-17952-SJS (FUND V) |
| Meridian Mortgage Investors Fund VII, LLC | 10-17953-SJS (FUND VII) |
| Meridian Mortgage Investors Fund VIII, LLC | 10-17958-SJS (FUND VIII) |
| Meridian Mortgage Investors Fund II, LLC, | 10-17976-SJS (FUND II) |
| | Involuntary Chapter 11 |
| Putative Debtors. | |
| | |
| Robert Staudacher, Gary Stevens, Joseph Robert Waskom III, Drew Thoresen, Tacor Properties, LLC, Eric Gulotta, Kenneth and Loretta Story, Tom Friedland, Jim and Lisa O'Neal, | Adv. Pro. No. 10-01376 |
| | AGREED ORDER ON JOINT MOTION TO ADMINISTRATIVELY CONSOLIDATE PROCEEDINGS, RESTRAIN THE DEBTORS FROM CONTINUING TO OPERATE, USE, ACQUIRE, OR DISPOSE OF PROPERTY, DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE AND APPROVING PAYMENT OF FUNDS TO DEBTORS' COUNSEL |
| Plaintiffs, | |
| v. | |
| Meridian Mortgage Investors Fund II, LLC, Meridian Mortgage Investors Fund V, LLC, Meridian Mortgage Investors Fund VII, LLC, Meridian Mortgage Investors Fund VIII, LLC, MPM Investor Services, Inc, Meridian Partnership Management, Inc., and Darren F. Berg, | |
| Defendants. | |

AGREED ORDER - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51084280 3

THIS MATTER came before the Court upon the Motion for Administrative Consolidation and to Restrain the Debtors from Continuing to Operate, Use, Acquire, or Dispose of Property (the "Motion"), filed jointly by Drew Thoresen, Tacor Properties LLC, Ken Story, and Eric Gullota (collectively, the "Fund V and VII Petitioning Creditors"), Tom Friedland, Jim and Lisa O'Neal, and Kenneth and Loretta Story (collectively, the "Fund VIII Petitioning Creditors"), Robert Staudacher, Gary Stevens, and Joseph Robert Waskom II (collectively, the "Fund II Petitioning Creditors"), Conway Jarvis, LLC, David and Christine Buecker, David Chichester, Jim Stanton, and Steve Jepson (collectively, including the Fund V and VII Petitioning Creditors, the Fund VIII Petitioning Creditors, and the Fund II Petitioning Creditors, the "Moving Parties"), and upon the stipulation of the Alleged Debtors and the Moving Parties for Appointment of a Chapter 11 Operating Trustee and Approving the Payment of Funds to Debtor's Counsel, as set forth herein,

The Court, having reviewed the Motion and the stipulation of the Alleged Debtors and the Moving Parties as set forth herein, hereby finds as follows:

1. These involuntary Chapter 11 cases were commenced on July 9, 2010;

2. The Motion sets forth the need for entry of this Order as to each of the alleged Debtors identified in the above caption (each an "Alleged Debtor" and collectively the "Alleged Debtors");

3. There is a significant risk of irreparable injury to the Alleged Debtors and their creditors if the relief requested in the Motion is not granted immediately;

4. The relief requested in the Motion and ordered below is appropriate pursuant to 11 U.S.C. § 105 and 303(f);

5. Notice of the hearing on the Motion was adequate under the circumstances of these cases, and

6. The Alleged Debtors, Meridian Partnership Management, Inc. ("MPM") and MPM Investor Services, Inc. ("MPMIS") have agreed to entry of this Order. BSK does not

AGREED ORDER - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51084280.3

Case 10-17952-TWD    Doc 41    Filed 07/16/10    Ent. 07/16/10 15:02:38    Pg. 4 of 10

represent MPM or MPMIS, and is simply and solely communicating positions of MPM and MPMIS to the other parties in this matter.

Now, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted and shall apply to business conducted by the Alleged Debtors.

2. The cases set forth above in the caption of this Order shall be administratively consolidated under Case No: 10-17952-SJS. A copy of this Order shall be entered on the main docket of each of the following cases: 10-17952-SJS, 10-17953-SJS, 10-17958-SJS and 10-17976-SJS.

3. At the specific request and suggestion of the Alleged Debtors, as no party has sought the appointment of a trustee, the United States Trustee's Office shall appoint a Chapter 11 Operating Trustee, who shall be the Trustee as to each of the Debtors.

4. The Alleged Debtors, Meridian Partnership Management, Inc. ("MPM"), MPM Investor Services, Inc. ("MPMIS"), Darren Berg, and their agents, employees, attorneys, and those persons in active concert or participation with any of the Debtors and/or Darren Berg (collectively, the "Debtor Parties") are hereby ordered to immediately turn over (1) all cash or checks of the Debtors, (2) all information regarding the identity of each of Debtors' bank accounts including bank statements and passwords, and (3) all notes, mortgages, deeds of trust, real estate contracts, and all other assets held by or on behalf of any of the Debtors, to any Chapter 11 Trustee appointed for the Debtors and, until such appointment has been made, to counsel for the Fund V and VII Petitioning Creditors (the "Custodial Counsel"). With respect to all electronic accounting records of the Alleged Debtors, MPMIS and MPM, including all passwords and all computers containing said records, the Debtor Parties, MPMIS and MPM shall provide access to all computers for inspection by Custodial Counsel or their designated consultant, and shall arrange for either Computer Forensics or Lighthouse ("Data Expert") to image/copy all information located on all computers, whether stand alone PC's or servers,

AGREED ORDER - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51084280.3

Case 10-17952-TWD    Doc 41    Filed 07/16/10    Ent. 07/16/10 15:02:38    Pg. 5 of 10

maintained by any of the Debtor Parties', MPMIS' or MPM's businesses, regardless of the purpose or use of such information. Custodial Counsel or their designated consultant may be present at the time of imaging work by the Data Expert, if they wish, and shall also be entitled to contact and communicate directly with the Data Expert. Debtor Parties, MPMIS and MPM shall pay the cost of the Data Expert's services, except that the Funds shall pay the cost of the copies/images of all data provided to them by the Data Expert. The appointed Trustee, for an on behalf of the bankruptcy estates of the Debtors, MPMIS and MPM, shall be granted a non-exclusive, fully paid up and royalty-free right and license to use the software and systems called Noteminder Loan Servicing and Assignment 506, such right and license including the right to grant permissions to others employed by the Trustee, including contractors, consultants, and attorneys, as desired by the Trustee to assist in or conduct any of such permitted activities for the benefit of or on behalf of the Trustee or the bankruptcy estates.

5. All funds received from or on behalf of the Alleged Debtors, MPMIS or MPM shall be held in a segregated trust account by Custodial Counsel. Any property received by Custodial Counsel pursuant to this Order shall be held in trust and in a fiduciary capacity, for the benefit of the respective Fund's investors, pending further order of the Court, and shall be promptly turned over to a Chapter 11 Trustee if appointed. It is understood, stipulated by each of the undersigned counsel, and the order of this Court that, to the extent one or more accounts of Custodial Counsel contain mixed funds belonging to more than one of the Alleged Debtors, these funds are combined only for the limited purpose of preservation on an emergency basis, the estates of the Alleged Debtor are not being commingled or substantively consolidated, and the Custodial Counsel shall keep accounting records to facilitate the tracing of all funds deposited by Custodial Counsel to the correct Alleged Debtor.

6. Any banks which are in possession of any of the Alleged Debtors', , funds or accounts are hereby ordered to prohibit access by the Alleged Debtors, and freeze such accounts immediately pending further Order of this Court. Further, the Debtor Parties, MPMIS and MPM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51064280.3

are hereby prohibited from withdrawing funds from any of the Alleged Debtors', bank accounts or obtaining any property of the Alleged Debtors that may be in possession of any bank or other third party.

7. The Debtor Parties, MPMIS and MPM are hereby prohibited from deleting, damaging, or destroying any records of or related to any of the Alleged Debtors, MPMIS or MPM including any and all electronic records.

8. The Debtor Parties, MPMIS and MPM are hereby prohibited from transferring funds from any Alleged Debtor, or making any payments or advances to any other Alleged Debtor, including without limitation any payments pursuant to any notes that are assets of any Alleged Debtor (each a "Debtor Note"). If any of the Debtor Parties, MPMIS or MPM receive any payments under any Debtor Note, or otherwise comes into possession or control of any funds owed to any of the Alleged Debtors, such Debtor Party, MPMIS or MPM shall immediately transfer the funds to any Chapter 11 Trustee appointed for the Alleged Debtors and, until such appointment has been made, to Custodial Counsel who shall hold such funds in trust pending further order from this Court. The Debtor Parties, MPMIS and MPM are prohibited from interfering in any way with the payment to the Alleged Debtors of any payments owed to such Alleged Debtor by any obligor under a note, mortgage, deed of trust, real estate contract, or other asset of the Alleged Debtor.

9. The Debtor Parties, MPMIS and MPM are prohibited from transferring any and all assets of any of the Alleged Debtors until the appointment of the Chapter 11 Trustee, except as necessary to comply with the terms of this Order. All assets shall be protected to the fullest extent possible, and if any asset is subject to exigent risk, the Debtor Parties, MPMIS and MPM shall notify Custodial Counsel who shall be authorized to request a Court order as may be necessary under the circumstances.

10. If urgent enforcement or expansion of this Order is required, the Court orders that the time for any emergency request shall be shortened to not less than one (1) business day's

AGREED ORDER - 5

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

telephonic or electronically mailed notice. Notice shall be provided to the Alleged Debtors, their counsel of record, all parties requesting special notice in these proceedings, the attorney for the United States Trustee and counsel for the petitioning creditors. Parties shall make best efforts to file responsive pleadings; however, the Court shall consider oral responses made at the time of any hearing.

11. The Debtors shall be authorized to retain the firm of Bush, Strout and Kornfeld ("BSK") for the limited purpose of communicating with investors' various counsel on matters necessary to facilitate the purposes of this Order on behalf of the Debtors, MPMIS and MPM and discussions among the parties regarding appointment of a trustee and entry of agreed orders for relief in these cases. BSK shall not appear as counsel of record in these proceedings and shall have no continuing duty of representation of the Debtors. No further order or employment application shall be necessary with respect to BSK's retention for the limited purposes set forth herein. Notwithstanding the provisions of this Order concerning the impounding of fees, the Debtors shall be each authorized to remit to BSK a post-petition retainer in the amount of up to $10,000, which shall be the maximum amount this Court will allow at such time compensation is requested by BSK for the limited services set forth above. BSK may submit an application to this Court for approval and payment of its fees following entry of orders for relief, and such application shall be in the form required of fee applications of counsel. BSK shall not be prejudiced in its application by its assistance to MPMIS or MPM in obtaining consent to entry of this Order.

DONE IN OPEN COURT this _____ day of July, 2010.

_____
Philip H. Brandt
United States Bankruptcy Judge

Presented by:

AGREED ORDER - 6

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51084260.3

```
 1   HANSON BAKER LUDLOW
 2   DRUMHELLER P.S.
 3
     By:  /s/ Cynhia A. Kuno
 4        Cynthia A. Kuno, WSBA No. 17217
 5
          Attorneys for Attorneys for Fund V and
 6        VII Petitioning Creditors and Fund VIII
          Petitioning Creditors
 7
 8   KELLER ROHRBACK, L.L.P.
 9
     By   /s/ John Mellen
10        John Mellen, WSBA No. 12373
11        Co-Attorneys for Fund V and VII
          Petitioning Creditors and Fund VIII
12        Petitioning Creditors
13
     Approved as to Form by:
14
15   FOSTER PEPPER PLLC
16
     By:  /s/ Jane Pearson
17        Jane Pearson, WSBA No. 12785
18
          Attorneys for Fund II Petitioning Creditors
19
20   PERKINS COIE LLP
21
     By:  _____
22        Alan D. Smith, WSBA No. 24964
          John S. Kaplan, WSBA No. 23788
23
24        Attorneys for Creditors David Chichester,
          James Stanton, and Steven Jepson
25
26
```

AGREED ORDER - 7

51084260.3

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ C. Keith Allred
    C. Keith Allred, WSBA No. 06566

Attorneys for Creditors David and Christine Buecker

**CAIRNCROSS & HEMPELMANN, P.S.**

By: /s/ John R. Rizzardi
    John R. Rizzardi, WSBA No. 9388

Attorneys for Eric Jarvis and Conway Jarvis, LLC

AGREED ORDER - 8

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1747 20101 \gf6t003