| | |
|---|---|
| Scott B. Henrie, WSBA #12673<br>Randy J. Aliment, WSBA #11440<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Attorneys for Creditors<br>Ronald C. Norris, Ronald G. Neubauer,<br>Craig R. Edwards, Loretta Kelly, and Linda Talley | The Honorable Samuel J. Steiner<br>Chapter 11<br>Hearing Date: 7/22/10<br>Hearing Time: 9:30 a.m.<br>Courtroom 8106, Hon. Philip H. Brandt<br>Response Due: At Time of Hearing |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Meridian Mortgage Investors Fund V, L.L.C.<br>Meridian Mortgage Investors Fund VII, L.L.C.<br>Meridian Mortgage Investors Fund VIII, L.L.C.<br>Meridian Mortgage Investors Fund II, L.L.C.<br><br>Putative Debtors. | NO. 10-17952 SJS (FUND V)<br>NO. 10-17953 SJS (FUND VII)<br>NO. 10-17958 SJS (FUND VIII)<br>NO. 10-17976 SJS (FUND II)<br><br>MOTION FOR ORDER AND TO CERTIFY TO UNITED STATES DISTRICT COURT AN ORDER OF CONTEMPT, SANCTIONS AND ISSUANCE OF BENCH WARRANT |

I. <u>MOTION</u>

Creditors, Ronald C. Norris, Ronald G. Neubauer, Craig R. Edwards, Loretta Kelly, and Linda Talley (collectively "Creditors"), through their attorneys Williams, Kastner & Gibbs PLLC, move the Court pursuant to Bankruptcy Rule 2004 and Fed. R.Civ. P. 45(e) as incorporated through Bankruptcy Rule 9016, for an Order holding DARREN BERG in CONTEMPT of Court for violating this Court's Order issued pursuant to Bankruptcy Rule 2004. That Order, signed July 14, 2010, required Berg to appear at 10:00 a.m. on Tuesday, July 20, 2010 and be examined. Mr. Berg disregarded the Court's Order and failed to appear as directed. The Creditors move for an Order compelling Mr. Berg to appear, for contempt,

MOTION FOR ORDER AND TO CERTIFY TO UNITED STATES
DISTRICT COURT AN ORDER OF CONTEMPT, SANCTIONS
AND ISSUANCE OF BENCH WARRANT - 1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

2880625.1

Case 10-17952-TWD   Doc 57   Filed 07/21/10   Ent. 07/21/10 13:02:39   Pg. 1 of 2

monetary sanctions and for the issuance of a Bench Warrant. To the extent the requested relief may be beyond the jurisdiction of the Court, the creditors move the bankruptcy court to certify to United States District Court the issues raised and relief requested, including the issuance of a BENCH WARRANT for the arrest of Darren Berg, for his failure to appear as Ordered by this Court. Although Mr. Berg made some attempt to negotiate a different date for his examination, those efforts were denied. Mr. Berg nevertheless unilaterally chose to ignore the Court's Order and subpoena and failed to appear. Fifteen attorneys and their clients were in attendance for the scheduled examination. It is anticipated that many of the attorneys will be independently filing declarations in support of monetary sanctions indicating the total fees and costs they each incurred.

This Motion is based upon the Declaration of Randy J. Aliment and exhibits attached thereto, additional declarations to be filed and the files and records herein.

DATED this 21st day of July, 2010.

s/Scott B. Henrie, WSBA #12673
Randy J. Aliment, WSBA #11440
Attorneys for Creditors, Ronald C. Norris,
Ronald G. Neubauer, Craig R. Edwards, Loretta Kelly, and Linda Talley
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: shenrie@williamskastner.com
Email: raliment@williamskastner.com

MOTION FOR ORDER AND TO CERTIFY TO UNITED STATES DISTRICT COURT AN ORDER OF CONTEMPT, SANCTIONS AND ISSUANCE OF BENCH WARRANT - 2

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

2880625.1