Randy J. Aliment, WSBA #11440
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6661
Fax: (206) 628-6611
Attorneys for Creditors
Ronald C. Norris, Ronald G. Neubauer,
Craig R. Edwards, Loretta Kelly, and Linda Talley

The Honorable Samuel J. Steiner
Chapter 11
Hearing Date: 7/22/10
Hearing Time: 9:30 a.m.
Courtroom 8106, Hon. Philip H. Brandt
Response Due: At Time of Hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

Meridian Mortgage Investors Fund V, L.L.C.
Meridian Mortgage Investors Fund VII, L.L.C.
Meridian Mortgage Investors Fund VIII, L.L.C.
Meridian Mortgage Investors Fund II, L.L.C.

Putative Debtors.

NO. 10-17952 SJS (FUND V)
NO. 10-17953 SJS (FUND VII)
NO. 10-17958 SJS (FUND VIII)
NO. 10-17976 SJS (FUND II)

DECLARATION OF RANDY J. ALIMENT IN SUPPORT OF MOTION TO COMPEL EXAMINATION, FOR CONTEMPT, SANCTIONS AND THE ISSUANCE OF A BENCH WARRANT FOR DARREN BERG FOR FAILURE TO APPEAR FOR EXAMINATION PURSUANT TO 2004 ORDER AND SUBPOENA

I, RANDY J. ALIMENT, say:

1. I am an attorney at Williams, Kastner & Gibbs PLLC, and am one of the attorneys for interested parties and creditors, Ronald C. Norris, Ronald G. Neubauer, Craig R. Edwards, Loretta Kelly, and Linda Talley. I have personal knowledge of the facts set forth herein, and make this declaration in support of Motion for Contempt, Sanctions and the

DECLARATION OF RANDY J. ALIMENT IN SUPPORT OF MOTION TO COMPEL EXAMINATION, FOR CONTEMPT, SANCTIONS AND THE ISSUANCE OF A BENCH WARRANT FOR DARREN BERG FOR FAILURE TO APPEAR FOR EXAMINATION PURSUANT TO 2004 ORDER AND SUBPOENA - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2882353.1

Case 10-17952-TWD    Doc 58    Filed 07/21/10    Ent. 07/21/10 13:06:44    Pg. 1 of 3

1. Issuance of a Bench Warrant for Darren Berg for Failure to Appear for his examination pursuant to a Rule 2004 Order and Subpoena.

2. On Tuesday, July 14, 2010, the court entered an Order on Ex Parte Motion For 2004 Examination of Darren Berg, requiring Darren Berg to appear for examination at 10:00 a.m. at the offices of Davis Wright Tremaine LLP, 1201 Third Avenue, Suite 2200, Seattle, Washington 98101 and to give testimony pursuant to the aforementioned Order. <u>Exhibit</u> A attached hereto.

3. Darren Berg was personally served with the Order on July 17, 2010. Service on Darren Berg of the Court's order and subpoena is a matter of record. Dkt No. 46.

4. Darren Berg failed to personally appear as Ordered.

5. I prepared for 3.5 hours to attend the scheduled examination of Darren Berg.

6. I also met with my clients, Craig Edwards and Ron Neubauer, at 9:30 a.m. that morning and attended the scheduled 2004 Examination at 10:00 a.m. with my clients.

7. At 10:45 a.m., Mr. Berg was still not in attendance.

8. My regular hourly rate is $375.00 per hour. With a minimum of 4.75 hours incurred my fees total $1,781.25.

9. There were 15 other attorneys and/or clients who were present for the 2004 Examination of Mr. Berg. All of those attorneys and their clients' time was wasted. A copy of the sign up sheet is attached hereto as Exhibit B.

10. I am attaching hereto, as Exhibits C, D and E, three declarations of attorneys attending the examination that were e-mailed to me for filing, namely, the Declarations of Edward R. Thunen, Jack R. McClellan, and Jerry Kindinger.

The foregoing statement is made under penalty of perjury under the laws of the State of Washington and is true and correct.

DECLARATION OF RANDY J. ALIMENT IN SUPPORT OF MOTION TO COMPEL EXAMINATION, FOR CONTEMPT, SANCTIONS AND THE ISSUANCE OF A BENCH WARRANT FOR DARREN BERG FOR FAILURE TO APPEAR FOR EXAMINATION PURSUANT TO 2004 ORDER AND SUBPOENA - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2882353.1

Signed at Seattle, Washington, this 21st day of July, 2010.

s/Randy J. Aliment, WSBA #11440
Attorneys for Creditors, Ronald C. Norris, Ronald G. Neubauer, Craig R. Edwards, Loretta Kelly, and Linda Talley
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6661
Fax: (206) 628-6611
Email: raliment@williamskastner.com

DECLARATION OF RANDY J. ALIMENT IN SUPPORT OF MOTION TO COMPEL EXAMINATION, FOR CONTEMPT, SANCTIONS AND THE ISSUANCE OF A BENCH WARRANT FOR DARREN BERG FOR FAILURE TO APPEAR FOR EXAMINATION PURSUANT TO 2004 ORDER AND SUBPOENA - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

2882353.1