Michael Gearin, WSBA # 20982
David C. Neu, WSBA #33143
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Samuel J. Steiner
Chapter 11
*Ex Parte*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

MERIDIAN MORTGAGE INVESTORS FUND II, LLC;
MERIDIAN MORTGAGE INVESTORS FUND V, LLC;
MERIDIAN MORTGAGE INVESTORS FUND VII, LLC;
MERIDIAN MORTGAGE INVESTORS FUND VIII, LLC,

Debtors.

Case No. 10-17952 (Jointly Administered)

Case Nos: 10-17952; 10-17953; 10-17958; and 10-17976

EX PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS FOR TRUSTEE ON AN INTERIM BASIS

Mark Calvert, the Trustee applies to the Court pursuant to 11 U.S.C. § 327 for authority to employ K&L Gates, LLP ("K&L Gates") as attorneys for the Trustee on an interim basis subject to final confirmation on notice to all creditors.

In support of this application, the Trustee respectfully represents:

1. Four involuntary petitions were filed against each of the Debtors under Chapter 11 of Title 11 of the United States Code on July 9, 2010. An order approving jointly administered was entered on July 16, 2010.

2. Mark Calvert was appointed the Trustee on July 20, 2010.

EX PARTE APPLICATION FOR ORDER AUTHORING EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS FOR TRUSTEE - 1
I:\Bankruptcy\Employ KLG.doc

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 62    Filed 07/22/10    Ent. 07/22/10 10:03:21    Pg. 1 of 3

3. The Trustee has selected K&L Gates to represent it as counsel in this case and in all proceedings arising in the case.

4. K&L Gates has considerable experience in matters of this character, and its attorneys are qualified to represent the Trustee in this case.

5. The professional services that K&L Gates will render include the following:

   a. Assist the Trustee in the formation of a plan of reorganization

   b. Assist the Trustee in the investigation of the financial affairs of the Debtor;

   c. Legal advice with respect to the investigation and prosecution of claims against various third parties, and any other matters relevant to the case or relating to any distributions to creditors;

   e. Prepare necessary pleadings in these proceedings; and

   f. Perform all other legal services for the Trustee which may be necessary.

6. K&L Gates will charge its usual hourly rates for any services rendered and will request reimbursement of costs and expenses incurred by them in representation of the Trustee. The following are likely to render the majority of legal services:

| Professional | | Hourly Rate |
|---|---|---|
| Michael Gearin | | $ 425 |
| David Neu | | $ 335 |
| Kjrsten Swan | Paralegal | $ 150 |

7. Based on the concurrently filed Declaration of Michael Gearin, the Trustee believes that K&L Gates and its attorneys (a) do not hold or represent any interests adverse to the interest of the Trustee, and (b) are disinterested persons within the meaning of 11 U.S.C. §101.

8. The Trustee seeks approval of the employment of K&L Gates on an interim basis.

EX PARTE APPLICATION FOR ORDER AUTHORING
EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS
FOR TRUSTEE - 2
I:\Bankruptcy\Employ KLG.doc

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 62    Filed 07/22/10    Ent. 07/22/10 10:03:21    Pg. 2 of 3

9. This Application is supported by the Declaration of Michael Gearin filed herewith. Based on the above, the Trustee prays for authorization to employ and appoint K&L Gates LLP as its counsel.

DATED this 22nd day of July, 2010.

                                                K&L GATES LLP

                                                By */s/ Michael J. Gearin*
                                                     Michael J. Gearin, WSBA # 20982
                                                     David C. Neu, WSBA #33143
                                              Attorneys for Mark Calvert, Trustee

EX PARTE APPLICATION FOR ORDER AUTHORING
EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS
FOR TRUSTEE - 3
I:\Bankruptcy\Employ KLG.doc

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022