Michael Gearin, WSBA # 20982
David C. Neu, WSBA #33143
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Samuel J. Steiner
Chapter 11
*Ex Parte*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

MERIDIAN MORTGAGE INVESTORS FUND II, LLC;
MERIDIAN MORTGAGE INVESTORS FUND V, LLC;
MERIDIAN MORTGAGE INVESTORS FUND VII, LLC;
MERIDIAN MORTGAGE INVESTORS FUND VIII, LLC,

    Debtors.

Case No. 10-17952 (Jointly Administered)

Case Nos: 10-17952; 10-17953; 10-17958; and 10-17976

DECLARATION OF MICHAEL J. GEARIN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF K&L GATES LLP AS ATTORNEYS FOR TRUSTEE ON AN INTERIM BASIS

I, Michael J. Gearin, declare as follows:

1. I am a partner in the law firm of K&L Gates LLP ("K&L Gates") and am duly authorized to practice law in this Court. I submit this declaration in support of the application to employ K&L Gates as counsel of Mark Calvert, the duly appointed Chapter 11 Trustee.

2. K&L Gates has been asked to represent the Trustee in this case. K&L Gates and its partners and associates are not creditors, equity security holders or insiders of the Debtors. I have caused a review of the firms' computerized conflicts data base to be conducted for relationships between the firm and the Debtors, their principal, and all petitioning creditors and all creditors

DECLARATION IN SUPPORT OF APPLICATION FOR
ORDER AUTHORING EMPLOYMENT OF K&L GATES
LLP AS ATTORNEYS FOR THE TRUSTEE - 1
I:\Bankruptcy\Dec in Support Employ.doc

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 63    Filed 07/22/10    Ent. 07/22/10 10:04:33    Pg. 1 of 2

appearing in the case to date. Based upon my review of the computerized conflicts data on file at K&L Gates, and to the best of my knowledge, K&L Gates does not have an interest adverse to the Debtors, to any class of creditors, or to any equity security holders. K&L Gates does not, to the best of my knowledge, have any relationship with the United States Trustee or any person employed by the United States Trustee.

3. The following are likely to render the majority of legal services to the Trustee:

| Attorney | | Hourly Rate |
|---|---|---|
| Michael Gearin | | $425.00 |
| David Neu | | $335.00 |
| Kjrsten Swan | Paralegal | $150.00 |

Other attorneys and professionals will provide services to the estate at hourly rates ranging from $75 to $600 per hour, subject to adjustments to reflect economic and other conditions, including increases in experience and expertise of members of the firm.

4. I certify that I am familiar with Local Rule 2016, governing applications for compensation of professionals.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 22nd day of July, 2010.

/s/ *Michael J. Gearin*
Michael J. Gearin

DECLARATION IN SUPPORT OF APPLICATION FOR
ORDER AUTHORING EMPLOYMENT OF K&L GATES
LLP AS ATTORNEYS FOR THE TRUSTEE - 2
I:\Bankruptcy\Dec in Support Employ.doc

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 63    Filed 07/22/10    Ent. 07/22/10 10:04:33    Pg. 2 of 2