Judge Samuel J. Steiner
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Meridian Mortgage Investors Fund II, LLC;<br>Meridian Mortgage Investors Fund V, LLC;<br>Meridian Mortgage Investors Fund VI, LLC;<br>Meridian Mortgage Investors Fund VII, LLC;<br>Meridian Mortgage Investors Fund VIII, LLC;<br>Meridian Mortgage Investors Fund IX, LLC; and<br>Meridian Mortgage Investors Fund X, LLC,<br><br>Debtors. | Jointly-Administered Under<br>Case No. 10-17952<br><br>Case Nos. 10-17952; 10-17953;<br>10-18727; 10-17958; 10-17976;<br>10-18728; and 10-18729 |

## APPOINTMENT OF MERIDIAN CONSOLIDATED INVESTORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the investor-creditors set forth on the attached list, having expressed their willingness to serve, are appointed to the Official Consolidated Investors' Committee.

DATED this 19th day of August, 2010.

    ROBERT D. MILLER JR.
    United States Trustee

    /s/ Mark H. Weber
    _____
    Mark H. Weber, MSBA #012798X
    Assistant United States Trustee

APPOINTMENT OF MERIDIAN
CONSOLIDATED INVESTORS'
COMMITTEE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271

Case 10-17952-TWD    Doc 95    Filed 08/19/10    Ent. 08/19/10 15:37:46    Pg. 1 of 2

MERIDIAN MORTGAGE INVESTORS FUND II, V, VI, VII, VIII, IX, and X
Jointly-Administered Under Case No. 10-17952

| | |
|---|---|
| Craig Edwards*****<br>P.O. Box 519<br>Medina, WA  98039<br>(206) 465-7532<br>(425) 467-9143 (fax)<br>cre99999@aol.com | John S. Brasino<br>26970 SE Old Black Nugget Road<br>Issaquah, WA  98029<br>(425) 392-6902<br>(425) 369-1022 (fax)<br>jbrasino@mac.com |
| Christine M. Buecker | Kevin Kennedy<br>725 Majestic View Drive<br>Wenatchee, WA  98801<br>(509) 293-3355<br>(425) 988-0180 (fax)<br>kevin@impactevents.com |
| Cornerstone Alternative Fixed Income Fund<br>Attn: Joseph D. Franzi, Managing Director<br>c/o Cornerstone Advisors, Inc.<br>225 - 108th Avenue NE, Suite 400<br>Bellevue, WA  98004<br>(425) 646-7600<br>(425) 646-7601 (fax)<br>joef@buildbeyond.com | Lance Mueller<br>130 Lakeside Avenue, Suite 250<br>Seattle, WA  98122<br>(206) 325-2553<br>(206) 328-0554 (fax)<br>lmueller@lmueller.com |
| CRISTA Ministries and Listed Trusts<br>   and Endowments<br>Attn: William Brown, CFO/VP of Finance<br>19303 Fremont Avenue N.<br>Shoreline, WA  98133<br>(206) 546-7301<br>(206) 546-7484 (fax)<br>wbrown@crista.net | Lisa S. O'Neal<br>715 - 2nd Avenue, #1504<br>Seattle, WA  98104<br>(206) 852-0613<br>(206) 382-6233<br>No fax<br>lisasoneal@hotmail.com |
| Gary Brown<br>3971 Lake Washington Blvd. S.<br>Seattle, WA  98118<br>(206) 817-7727<br>No fax<br>gary@brown-shay.com | William Jeude, William Jeude IRA, Delaney Jeude, Univest, Inc.<br>Attn: William Jeude<br>10625 NE 153rd Street<br>Bothell, WA  98011<br>(425) 889-9060<br>(425) 488-8009 (fax)<br>jeude@nwlink.com |

**\*Chairperson**

APPOINTMENT OF MERIDIAN
CONSOLIDATED INVESTORS'
COMMITTEE - Page 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271