Judge Samuel J. Steiner
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Meridian Mortgage Investors Fund II, LLC;<br>Meridian Mortgage Investors Fund V, LLC;<br>Meridian Mortgage Investors Fund VI, LLC;<br>Meridian Mortgage Investors Fund VII, LLC;<br>Meridian Mortgage Investors Fund VIII, LLC;<br>Meridian Mortgage Investors Fund IX, LLC; and<br>Meridian Mortgage Investors Fund X, LLC,<br><br>Debtors. | Jointly-Administered Under<br>Case No. 10-17952<br><br>Case Nos. 10-17952; 10-17953;<br>10-18727; 10-17958; 10-17976;<br>10-18728; and 10-18729 |

## SECOND AMENDED APPOINTMENT OF

## MERIDIAN CONSOLIDATED INVESTORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102, the investor-creditors set forth on the attached list, having expressed their willingness to serve, are appointed to the Official Consolidated Investors' Committee.

DATED this 7th day of September, 2010.

ROBERT D. MILLER JR.
United States Trustee

/s/ Mark H. Weber

Mark H. Weber, MSBA #012798X
Assistant United States Trustee

SECOND AMENDED APPOINTMENT OF MERIDIAN
CONSOLIDATED INVESTORS' COMMITTEE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271

MERIDIAN MORTGAGE INVESTORS FUND II, V, VI, VII, VIII, IX, and X
Jointly-Administered Under Case No. 10-17952

| | |
|---|---|
| Craig Edwards**\***<br>P.O. Box 519<br>Medina, WA 98039<br>(206) 465-7532<br>(425) 467-9143 (fax)<br>cre99999@aol.com | John S. Brasino<br>26970 SE Old Black Nugget Road<br>Issaquah, WA 98029<br>(425) 392-6902<br>(425) 369-1022 (fax)<br>jbrasino@mac.com |
| Cornerstone Alternative Fixed Income Fund<br>Attn: Joseph D. Franzi, Managing Director<br>c/o Cornerstone Advisors, Inc.<br>225 - 108th Avenue NE, Suite 400<br>Bellevue, WA 98004<br>(425) 646-7600<br>(425) 646-7601 (fax)<br>joef@buildbeyond.com | Kevin Kennedy<br>725 Majestic View Drive<br>Wenatchee, WA 98801<br>(509) 293-3355<br>(425) 988-0180 (fax)<br>kevin@impactevents.com |
| CRISTA Ministries and Listed Trusts<br>  and Endowments<br>Attn: William Brown, CFO/VP of Finance<br>19303 Fremont Avenue N.<br>Shoreline, WA 98133<br>(206) 546-7301<br>(206) 546-7484 (fax)<br>wbrown@crista.net | Lance Mueller<br>130 Lakeside Avenue, Suite 250<br>Seattle, WA 98122<br>(206) 325-2553<br>(206) 328-0554 (fax)<br>lmueller@lmueller.com |
| David A. Buecker<br>23515 NE Novelty Hill Road<br>P.O. Box 131<br>Redmond, WA 98053 | Lisa S. O'Neal<br>715 - 2nd Avenue, #1504<br>Seattle, WA 98104<br>(206) 852-0613 or (206) 382-6233<br>No fax<br>lisasoneal@hotmail.com |
| Frank M. Mercker<br>4039 - 21st Avenue, Suite 200<br>Seattle, WA 98199 | Milton A. Barrett<br>9433 Vineyard Crest<br>Bellevue, WA 98004 |
| Frederic J. Sigmund<br>20661 - 10th Place SW<br>Normandy Park, WA 98166 | |

**\*Chairperson**

SECOND AMENDED APPOINTMENT OF MERIDIAN
CONSOLIDATED INVESTORS' COMMITTEE - Page 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271

Case 10-17952-TWD    Doc 136    Filed 09/07/10    Ent. 09/07/10 14:58:43    Pg. 2 of 2