Meridien Group
Case 10-17952-KAO

FRED G. NEUFELD
4014 45TH ST. CT. N.W
GIG HARBOR, WA 98335

FILED
Western District of Was
at Seattle

NOV 12 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

The Honorable Karen Overstreet
United States Bankruptcy Court
For the Western District of Washington
700 Stewart St. Courtroom 7206 Seattle, WA. 98101

Dear Judge Overstreet,

As a creditor who has lost $350,000.00 I am opposed to any and all pre-petition Counsel charges. Most of the pre-petition Law firms were hired by specific investors...those specific investors should bare the cost of that representation....even if in helping those specific investors, all investors were assisted in the discovery process.

Mark Calvert as Trustee would be in the best position to determine who is to be paid and the amount. Thank you for hearing my thoughts on this matter.

Fred Neufeld   11/10/2010
4014 45th St. Ct NW
Gig Harbor, WA. 98335