FILED
Western District of Washington
at Seattle

NOV 18 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Thomas W. Friedland
70 Majestic Heights Dr
Ellensburg WA 98926

November 15, 2010

The Honorable Karen A Overstreet
United States Bankruptcy Court
700 Stewart Street
Seattle, Washington 98101

Re: Case 10-17952 et all

Honorable Judge Overstreet

I am a victim of the fraud committed by Darren Berg and Meridian partners.

I strongly oppose the applicaton for fees filled by the group of legal firms applying for a portion of whatever is recoverable from the bankruptcy and lawsuits.

These firms were hired by individual investors and they represented those investors and not me. They did not consult me, advise me or in any way benefit me. They do not deserve any portion of what my recoverd funds might be.

An exception is the application from Hanson Baker Ludlow Drumheller PS as they did contact me, filed involuntary backruptcy proceedings against Berg and worked with Mark Calvert, the Trustee. The fee they applied for however, seems to me to be much greater than what I understand the amount of work they did deserves.

Sincerely

*Thomas Friedland*
Thomas W. Friedland
cc: Mark Calvert and the firms applying for the fees.