The Honorable Karen A. Overstreet
Chapter 11
Location: Seattle, Room 7206
Hearing Date: December 3, 2010
Hearing Time: 9:30 a.m.
Response Date: November 26, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MERIDIAN MORTGAGE INVESTORS FUND II, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND V, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND VII, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND VIII, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND IX, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND X, LLC;<br><br>MERIDIAN MORTGAGE INVESTORS FUND VI, LLC;<br><br>MERIDIAN REAL ESTATE OPPORTUNITY FUND I, LLC;<br><br>MERIDIAN REAL ESTATE OPPORTUNITY FUND II, LLC;<br><br>Debtors. | Case No. 10-17952<br><br>(Jointly Administered)<br><br>Case Nos: 10-17952; 10-17953; 10-17958; 10-17976; 10-18727; 10-18728; 10-18729; 10-19644; 10-19645<br><br>MERIDIAN OFFICIAL CONSOLIDATED INVESTORS' COMMITTEE'S OBJECTIONS TO APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS FOR ATTORNEY FEES AND COSTS PURSUANT TO 11 U.S.C. §§503(b)(3)(A) AND (D) |

COMMITTEE'S OBJECTIONS TO SUBSTANTIAL
CONTRIBUTION APPLICATIONS - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51110558.2

COMES NOW the Meridian Official Consolidated Investors' Committee ("Committee"), and files its objections to the applications for allowance of administrative claim for attorney fees and costs pursuant to 11 U.S.C. §§ 503(b)(3)(A) and (D), as follows.

A. GENERAL OBJECTIONS

1. The Committee objects to the allowance of any fees incurred after July 23, 2010. On July 20, 2010, Mark Calvert was appointed chapter 11 trustee ("Trustee") in these jointly administered cases; the next day, an order was entered approving the retention of K&L Gates LLP as the Trustee's counsel. On July 23, 2010, a meeting was held among the Trustee, his counsel and some of the lawyers whose applications are before the Court. The purpose of the meeting was for these lawyers to pass on to the Trustee and his counsel their knowledge regarding the history and status of the four involuntary cases. This meeting should serve as the demarcation for what services were provided in connection with the commencement of these cases that constituted a substantial contribution to these cases. After this meeting, the various applicants' efforts, even if positive to the case, should not be considered sufficient to constitute a substantial contribution, but is only of incidental benefit to these estates. See 5 Collier on Bankruptcy ¶ 503.10[5][a] (16th ed. 2010).

2. As a subset of the objection stated above, the Committee objects to the allowance of any fees incurred in preparing any of the applications. Preparation of a substantial contribution application does not provide a substantial contribution to these cases.

3. The Committee objects to the allowance of an administrative claim in the Meridian Funds cases based upon fees that were incurred in connection with the commencement of the Frederick Darren Berg bankruptcy case. Although the Berg Chapter 11 Trustee has indicated that the investors in the Meridian Funds constitute the greatest (in dollar amount and in number) creditors in the Berg-related bankruptcy cases, there is not currently an order or a plan jointly administering or consolidating the Berg-related cases with the Meridian Fund cases. Until such time, the Meridian Funds estates should not share in the administrative expenses of

COMMITTEE'S OBJECTIONS TO SUBSTANTIAL
CONTRIBUTION APPLICATIONS - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51110558.2

Case 10-17952-TWD    Doc 250    Filed 11/26/10    Ent. 11/26/10 16:00:21    Pg. 2 of 5

the Berg-related cases. To the extent that the applications include fees incurred in connection with the commencement of the Berg bankruptcy case, those portions of the applications should be denied without prejudice. This objection is without prejudice to the Committee's right to assert any objections to a renewed request by any of the applicants to fees incurred in connection with the commencement of the Berg bankruptcy case.

4. The Committee's objections are without prejudice to its right to object on any legal or equitable basis to any further claims under 11 U.S.C. §§ 503(b)(3) and (4).

## B. SPECIFIC OBJECTIONS TO THE APPLICATIONS

Applying these Committee's general objections to the specific applications, the Committee makes the following objections.

a. <u>Cornerstone Alternative Fixed Income, L.P.</u>

Cornerstone Alternative Fixed Income Fund, L.P. ("Cornerstone"), which is a member of the Committee, has requested an administrative expense of $29,465.50 for fees and $233.34 for expenses (consisting of messenger and delivery charges) incurred by its lawyers Ryan, Swanson & Cleveland, PLLC.

Of the fees for which Cornerstone requests reimbursement, $10,336 (representing 27.05 hours) was incurred after the July 23, 2010 meeting with the Trustee. Based upon the general objections described above, the Committee objects to allowance of the portion of Cornerstone's application relating to fees incurred after the July 23 meeting with the Trustee. Based upon this objection, the Committee requests that any award to Cornerstone not exceed $19,129.50 in fees. The Committee does not object to an award of $233.34 in expenses.

b. <u>David Buecker and Christine Buecker</u>

David Buecker and Christine Buecker have requested an administrative expense of $34,375.50 for fees and $220 for expenses (court reporting services) incurred by its lawyers Davis Wright Tremaine LLP ("DWT"). David Buecker is a member of the Committee.

Of the fees for which the Bueckers request reimbursement, 9.6 hours of legal services

COMMITTEE'S OBJECTIONS TO SUBSTANTIAL
CONTRIBUTION APPLICATIONS - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51110558.2

Case 10-17952-TWD    Doc 250    Filed 11/26/10    Ent. 11/26/10 16:00:21    Pg. 3 of 5

were incurred after the July 23 meeting with the Trustee. The Committee believes that the services relating to this time did not create a substantial benefit to these bankruptcy estates. In addition, in the interest of overall economy in the special circumstances of these cases, the Committee objects to an hourly rate for DWT that exceeds $455. Based upon these considerations, the Committee objects to an award to the Bueckers that exceeds $26,708.50 for fees. The Committee does not object to the $220 in expenses.

   c. <u>David Chicester, Steve Jepson and James Stanton, and 79 other investors</u>

David Chicester, Steve Jepson and James Stanton, and 79 other investors ("Perkins Group"), have requested an administrative expense of $60,687.50 for fees and $1,000 for expenses (for mailing of omnibus notice of substantial contribution applications) incurred by its lawyers Perkins Coie LLP ("Perkins").

Of the fees for which the Perkins Group requests reimbursement, $33,836 was incurred after the July 23, 2010 meeting with the Trustee. Based upon the general objections described above, the Committee object to allowance of the portion of the Perkins Group's application relating to fees incurred after the July 23 meeting with the Trustee. In addition, in the interest of overall economy in the special circumstances of these cases, the Committee objects to an hourly rate for Perkins that exceeds $455. In addition, the Committee objects to the inclusion in the request of fees for both Mr. John Kaplan and Mr. Al Smith for attending a 2-hour meeting on July 9, 2010.

Based upon these objections, the Committee requests that any award to the Perkins Group not exceed $24,951.50 in fees. The Committee does not object to an award of $1,000 in expenses.

   d. <u>Petitioning Creditors for Funds V, VII and VIII</u>

The Petitioning Creditors for Funds V, VII and VIII have requested an administrative expense of $42,693.18 for fees and $203.56 for expenses incurred by its lawyers Hanson Baker Ludlow Drumheller, P.S.

COMMITTEE'S OBJECTIONS TO SUBSTANTIAL
CONTRIBUTION APPLICATIONS - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51110558.2

Case 10-17952-TWD Doc 250 Filed 11/26/10 Ent. 11/26/10 16:00:21 Pg. 4 of 5

Of the fees for which the Petitioning Creditors for Funds V, VII and VIII request reimbursement, $2,291 was incurred after the July 23 meeting with the Trustee, $7,426 was incurred in connection with the commencement of the Berg bankruptcy case, and $3,625.50 was incurred in preparation of the application. The Committee objects to the inclusion of these amounts in any award to these Petitioning Creditors. Based upon these objections, the Committee requests that any award to these Petitioning Creditors not exceed $29,350.68 in fees and $203.56 in expenses.

## C. CONCLUSION

Based upon its objections set forth above to the applications for allowance of administrative claims as substantial contributions under 11 U.S.C. § 503, the Committee requests that any order entered by the Court granting such applications not exceed the amounts to the following applicants set forth below. Granting the Committee's objections will reduce the total amount of the applications from $200,553.58 to $132,039.74, for a reduction of $68,513.84.

    i.    Cornerstone Alternative Fixed Income, L.P. - $29,465.50 fees; $233.34 expenses

    ii.    David Buecker and Christine Buecker - $26,708.50 fees; $220 expenses

    iii.    David Chiester, Steve Jepson and James Stanton, and 79 other investors - $24,952.50 fees; $1,000 expenses

    iv.    Petitioning Creditors for Funds V, VII and VIII - $29,350.68 fees; $203.56 expenses.

The Committee further requests that the Court grant it such additional relief as is just and equitable.

Dated this 26th day of November, 2010.

    FOSTER PEPPER PLLC

    */s/ Jane Pearson*
    Jane Pearson, WSBA #12785
    Attorneys for Meridian Official Consolidated Investors' Committee

COMMITTEE'S OBJECTIONS TO SUBSTANTIAL
CONTRIBUTION APPLICATIONS - 5

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51110558.2

Case 10-17952-TWD    Doc 250    Filed 11/26/10    Ent. 11/26/10 16:00:21    Pg. 5 of 5