FILED
...rn District of ...
NOV 22 2010
MARK L. ........, CLERK
OF THE BANKRUPTCY COURT

November 18, 2010

Paul McDermott
2358 Yorkshire Drive
Los Angeles, CA 90065
and
Annette Ostergaard
2360 Yorkshire Drive
Los Angeles, CA 90065

The Honorable Karen A. Overstreet
United States Bankruptcy Court
700 Stewart Street
Seattle, WA 98101

In re: Case Nos.
10-17952, 10-17953, 10-17958,
10-17976, 10-18727, 10-18728,
10-18729, 10-19644, 10-19645

Although we recognize the importance of the work performed by the six legal firms seeking reimbursement for fees and costs of their counsel, we request that they lower the amounts they are asking for. All totaled, their fees and costs amount to more than $200,000, which is somewhat excessive and will greatly reduce the amount which is owed to the investors. Many of these are small investors, who, like ourselves, are either retired or approaching retirement and will have to rely on those funds for their livelihood. The amount of fees that Perkins Coie LLP is requesting, for example, is more than we earn in a year.

Again, we appreciate the work these legal firms have done on our behalf, but we kindly request that they lower their fees.

Sincerely,

Paul McDermott          Annette Ostergaard

The Honorable Karen A. Overstreet
Chapter 11
Location: Seattle, Room 7206
Hearing Date: December 3, 2010
Hearing Time: 9:30 a.m.
Response Date: November 26, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:                                              Case Nos.:

Meridian Mortgage Investors Fund V, LLC             10-17952 (FUND V) (LEAD CASE)
Meridian Mortgage Investors Fund VII, LLC           10-17953 (FUND VII)
Meridian Mortgage Investors Fund VIII, LLC          10-17958 (FUND VIII)
Meridian Mortgage Investors Fund II, LLC            10-17976 (FUND II)
Meridian Mortgage Investors Fund VI, LLC            10-18729 (FUND VI)
Meridian Mortgage Investors Fund IX, LLC            10-18727 (FUND IX)
Meridian Mortgage Investors Fund X, LLC             10-18728 (FUND X)
Meridian Real Estate Opportunities Fund II          10-19644 (RE FUND II)
Meridian Real Estate Opportunities Fund I           10-19645 (RE FUND I)

Debtors.

OMNIBUS NOTICE OF HEARING ON
APPLICATIONS FOR ALLOWANCE
OF ADMINISTRATIVE CLAIM FOR
ATTORNEY FEES AND COSTS
PURSUANT TO 11 U.S.C.
§§ 503(b)(3)(A) and (D)

NOTICE

PLEASE TAKE NOTICE that a hearing will be held on December 3, 2010, at 9:30 a.m. to consider various creditors' Applications for Allowance of Administrative Claim for Attorney Fees and Costs Pursuant to 11 U.S.C. §§ 503(b)(3)(A) and (D) for substantial contributions rendered by such creditors' counsel in the early stages of these cases. The hearing will be as follows:

| JUDGE: The Honorable Karen A. Overstreet | TIME: 9:30 a.m. |
|---|---|
| PLACE: United States Bankruptcy Court for the Western District of Washington 700 Stewart Street, Courtroom 7206 Seattle, Washington 98101 | DATE: December 3, 2010 |

IF YOU OPPOSE ANY OF THE APPLICATIONS, you must file your written response not later than November 26, 2010, with the court clerk and serve a copy on the counsel for the respective creditors set forth below.

PLEASE TAKE FURTHER NOTICE that if no response is timely filed and served, the Court may, in its discretion, without further notice prior to the hearing, grant the Applications and strike the hearing.

The Applicants seek reimbursement of the following fees and costs of their counsel:

| Counsel | Total Fees and Costs |
|---|---|
| Perkins Coie LLP | $61,687.50 |
| Cairncross & Hempelmann | $12,376.00 |
| Hanson Baker Ludlow Drumheller PS | $42,896.74 |
| Ryan, Swanson & Cleveland, PLLC | $29,678.34 |
| Davis Wright Tremaine LLP | $34,595.00 |
| Foster Pepper PLLC | $19,320.00 |

The descriptions of services found below are from each of the Applicants.

Perkins Coie LLP

Perkins Coie LLP ("Perkins Coie") is counsel to David Chicester, Steve Jepson, and James Stanton, and approximately 79 other investors, creditors and parties-in-interest in these cases. Perkins Coie convened a meeting of various interested parties on July 9, 2010 at its