FILED
Western District of Washington
at Seattle

NOV 22 2010

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

November 16, 2010

Honorable Karen A. Overstreet
Chief Bankruptcy Judge
United States Bankruptcy Court

United States v. Frederick Darren Berg  Case Number: CR10-310 JLR

Thomas W. Friedland

# VICTIM IMPACT STATEMENT

Dear Judge Overstreet

I am a victim of the fraudulent activities of Daren Berg and his Meridian Partnership.

I am 75 years old, have heart disease and am deaf. My wife and I live with funds from Social Security and what we have saved in our IRA. We have no other pension. The majority of our IRA was invested in the fraudulent Meridian Mortgage Investors Funds.

We are devastated as Social Security comes nowhere close to meeting our needs. In fact, what we receive comes to only one half of our mortgage payments. We depended on our monthly income from the Meridian funds and are now in a terrible situation that has destroyed our our ability to enjoy our lifestyle. (Boy, has it!) There is no way that I can go back to work to recover.

Darren Berg is a total liar. You cannot believe anything he says. He has demonstrated how devious he is by the incredible intracacy of the scam that he perpetuated and how he escaped detection. All while knowingly stealing money from many hundreds. He is a criminal and lower than scum.

He knew that Ponzi schemes always fail so I strongly believe that he has prepared by hiding money, probably mostly abroad. You know of his recent attempt to send a large amount of money to Belieze even while promising the bankruptcy court to cooperate. He lies.

He cared not for the hundreds he stole from. He needs to pay for that and not be able to flee from his crimes.

Thomas W Friedland MD



Thomas Friedland
70 Majestic Heights Drive
Ellensburg, WA 98926

HONORABLE KAREN OVERSTREET
UNITED STATES COURTHOUSE
700 STEWART ST SU 6310
SEATTLE WA 98101