# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

**KAREN A. OVERSTREET**  
Chief Judge

United States Courthouse  
700 Stewart Street  
Suite 7216  
Seattle, WA 98101-1271  
Phone: 206-370-5330  
Fax: 206-370-5335  
www.wawb.uscourts.gov

December 3, 2010

Thomas W. Friedland, MD  
70 Majestic Heights Drive  
Ellensburg, WA 98926

    Re: Case No. 10-17952 Meridian Mortgage Investors Fund V LLC

Dear Dr. Friedland:

    Your letter dated November 16, 2010 has been received by the Bankruptcy Court Clerk and has been docketed to the above-referenced case. Your letter does not appear to be responsive to any motions currently pending before the Court in this matter. Rather, the letter is an *ex parte* communication with the Court, which is expressly prohibited by Federal Rule of Bankruptcy Procedure 9003(a).

    If you would like Judge Overstreet to take a particular action in this case, your request must be in the form of a motion. The motion must be filed with the Clerks Office of the Bankruptcy Court and served on all interested parties in accordance with Local Bankruptcy Rule 9013-1. The Local Bankruptcy Rules, as well as generic forms, are available on the Court's web site at: www.wawb.uscourts.gov.

                                     Very truly yours,

                                     /s/

                                   Duffy Clarke  
                                   Judicial Assistant  
                                   Hon. Karen A. Overstreet