# MONTHLY FINANCIAL REPORT
## FOR CORPORATE OR PARTNERSHIP DEBTOR

Case No. 10-17952

Debtor: Meridian Mortgage Investor Funds 1,2,3,5,6,7,8,9,10,
        MPM Investors Services, REOP 1 and 2

Report Month/Year
June 2011

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | | Yes | No |
|---|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet** or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | ☐ | X |
| **UST-13** | **Comparative Income Statement** or debtor's income statement. | | ☐ | X |
| **UST-14** | **Summary of Deposits and Disbursements. Itemized on Exhibit A, #1 and #2.** | | X | ☐ |
| **UST-14 Continuation Sheets** | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions.  EXHIBIT B. | | X | ☐ |
| **UST-15** | **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | | ☐ | X |
| **UST-16** | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | | ☐ | X |
| **UST-17** | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. Itemized on Exhibit A, #3 | | X | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

**Name**        **Tod McDonald**

**Telephone**     **206 920 1144**

**Email**        **tod@cascadecapitalgroup.com**

Case Number: 10-17952

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10, REOP 1 & 2, MPM Investor Services**

June, 2011

# DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor</u>

**Question 1** At month end, was the debtor delinquent on any post Petition tax obligation?

Yes X   No ☐

If yes, list each delinquent post petition tax obligation on page 9

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
**$ 7,770.00**

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____   Date: **July 27, 2011**

**Mark Calvert, Trustee**

## Monthly Financial Reports
(Due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA | Tacoma, WA |
|---|---|
| File the original with the court:<br><br>United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle**, WA 98101 | File the original with the court:<br><br>United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma**, WA 98402 |

AND serve a copy on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

Monthly Financial Report - Corporate or Partnership Debtor
United States Trustee - Western District of Washington

(January 2008)

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31,** and **January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: **www.usdoj.gov/ust/r18/s_library.htm**

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
|---|---:|
| **Deposits from UST-14 Continuation Sheet(s) / Itemized on Exhibit A.** | $373,906.65 |
| Cash receipts not included above (if any) | 0.00 |
| **TOTAL RECEIPTS (Itemized on Exhibit A, #1)** | 373,906.65 |

### Summary of Disbursements This Month

| | |
|---|---:|
| Disbursements from UST-14 Continuation Sheet(s). **Itemized on Exhibit A, #2** | 7,770.00 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | n/a |
| Disbursements made by other parties for the debtor (if any, explain) | n/a |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** |
| **TOTAL DISBURSEMENTS (Itemized on Exhibit A, #2)** | 7,770.00 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** | $366,136.65 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee? Yes ☐ No X **If "Yes", list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10, REOP 1 & 2, MPM Investor Services**

**UST-14, CONTINUATION SHEET**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

| INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. |
| --- |

| **Depository (bank) name** | Key Bank |
| --- | --- |
| **Account number** | 3883 |

Purpose of this account (select one):
x  General operating account
☐  General payroll account
☐  Tax deposit account (payroll, sales, gambling, or other taxes)
☐  Other (explain)

| | | |
| --- | --- | --- |
| Beginning cash balance | | $1,148,292.65 |
| Add: | Transfers in from other estate bank accounts | n/a |
| | Cash receipts deposited to this account , **Itemized on Exhibit A, #1** | 373,906.65 |
| | Financing or other loaned funds (identify source) | n/a |
| Total cash available this month | | 1,522,199.30 |
| Subtract: | Transfers out to other estate bank accounts | n/a |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) **Itemized on Exhibit A, #2** | 7,770.00 |
| Adjustments, if any (explain) | | n/a |
| Ending cash balance | | 1,514,429.30 |

| | Yes | No |
| --- | --- | --- |
| Does this CONTINUATION SHEET include the following supporting documents, as required: | | |
| A monthly bank statement (or trust account statement); | X | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | X | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | X | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | n/a | n/a |

UST-14 CONTINUATION SHEET, Number          of

# UST-14, SUMMARY OF RECEIPTS / DISBURSEMENTS

## EXHIBIT A

**Meridian Funds**
**For the Month of June 2011**

### 1. RECEIPTS ITEMIZED

| Date | Type | Payable From | Amount | Description |
|------|------|--------------|--------|-------------|
| 6/9/2011 | Inbound Wire | Parker Law Firm | $137,390.30 | Sale proceeds REO #6, see below |
| 6/14/2011 | Inbound Wire | Allied IC | $209,283.80 | Loan interest and principal payments collected by Allied IC for the benefit of the Meridian Funds |
| 6/21/2011 | Inbound Wire | Escrow Junction | $19,732.55 | Sales proceeds REO #10, see below |
| 6/24/2011 | Deposit | Keybank | $7,500.00 | Debit to account due to Keybank posting error |
| | | TOTAL | $373,906.65 | |

### 2. DISBURSEMENTS ITEMIZED

| Date | Type | Payable To | Amount | Description |
|------|------|------------|--------|-------------|
| 6/14/2011 | Invoice | State of WA - Secretary of State | $200.00 | Reinstatement for MPM Investors. |
| 6/21/2011 | Wire Withdrawl | Gilbraltar Bank | $7,500.00 | Posting error by Key Bank, posting corrected on 6/24/2011 with $7,500 credit. |
| Misc | Fedwire Service Charges | REO and loan servicing inbound | $70.00 | The 6/21/2011 wire fee ($25) is being reversed. |
| | | TOTAL | $7,770.00 | |

### 3. SUMMARY OF SALE OR ADBANDONMENT OF DEBTOR'S ASSETS

| MF REO # | Asset Description | | | Method of Disposition | Gross Sales Price | Net Proceeds Received | Escrow Statement Attached |
|----------|-------------------|---|---|------------------------|-------------------|-----------------------|---------------------------|
| 6 | Land | 13200 Ward Rd. Whitakers, NC 27891 | Nash | NC | Listed and sold to third party | $150,000 | $137,390.30 | Yes |
| 10 | Land | 1 Residential Lot Apple Valley, CA 92308 | San Bernardino | CA | Listed and sold to third party | $23,500 | $19,732.55 | Yes |
| | | | | | | | $157,122.85 | |

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10,
REOP 1 & 2, MPM Investor Services**

June, 2011

## UST-16, STATEMENT OF POST-PETITION PAYABLES

INSTRUCTIONS: Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have any unpaid post-petition taxes</u> which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes Delinquent Tax Reports and Tax Payments (post-petition only)

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| | | Federal Taxes | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| | | State Taxes | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| | | Other Taxes | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | TBD, see Comments | | | |
| Other | | | | |
| | | Total Unpaid Post-Petition Taxes | | $ See comments |

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10,**
**REOP 1 & 2, MPM Investor Services**

June, 2011

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

Pre and Post Petition RE and personal property taxes on Meridian Funds real estate owned (REO) are outstanding. All tax foreclosures have been suspended and currently the taxes are being paid at the closing of sales escrow. The RE tax claims are secured claims with accruing interest obligation and penalties. In July 2011, the past due RE taxes owed on all Meridian Funds REO will be paid where the estimated net present value of the REO asset exceeds the past due tax obligation. The Oversight Committee reviewed and granted the payment of the taxes as defined above.

# UST - 16 Statement of Post Petition Payables
## Part C Estimated Professional Fees
## Month of June, 2011

| Month | Bush Strout & Kornfeld Debtor Counsel | K&L Gates Trustee's Counsel | Mark Calvert Trustee | Cascade Capital Trustee's Fraud Examiners | Lighthouse Trustee's Computer Security | Foster Pepper Creditors' Committee Counsel | WTAS LLC Creditors' Committee Tax Advisor | Total |
|---|---|---|---|---|---|---|---|---|
| Jul-10 | $15,000 | | $19,143 | $36,521 | $50,000 | | | $105,665 |
| Aug-10 | | $43,795 | $39,339 | $181,784 | | $24,438 | | $289,356 |
| Sep-10 | | $127,152 | $35,916 | $128,361 | | $80,628 | | $372,057 |
| Oct-10 | | $84,440 | $25,859 | $181,198 | | $46,711 | | $338,208 |
| Nov-10 | | $48,400 | $28,963 | $84,093 | | $47,261 | | $208,716 |
| Dec-10 | | $58,511 | $34,922 | $56,173 | | $57,006 | | $206,612 |
| Jan-11 | | $54,838 | $22,432 | $52,917 | | $33,190 | $47,612 | $210,990 |
| Feb-11 | | $36,428 | $35,977 | $49,918 | | $0 | | $122,323 |
| Mar-11 | | $55,936 | $38,460 | $136,113 | | $49,793 | | $280,302 |
| Apr-11 | | $104,135 | $12,318 | $71,873 | | $40,777 | | $229,102 |
| May-11 | | $83,531 | $25,745 | $159,721 | | $46,103 | | $315,099 |
| Jun-11 | | $103,331 | $47,589 | $58,605 | | $36,475 | | $246,001 |
| Jul-11 | | $58,020 | $2,674 | $0 | | $0 | | $60,694 |
| Subtotal | $15,000 | $858,517 | $369,337 | $1,197,275 | $50,000 | $462,382 | $47,612 | $3,000,123 |
| Less: Paid | ($15,000) | | | | ($50,000) | | | ($65,000) |
| Net to be Paid | $0 | $858,517 | $369,337 | $1,197,275 | $0 | $462,382 | $47,612 | $2,935,123 |

Note:   Estimated remaining professional fees to wind down the Esate is ~$1,000,000 excluding contingency fees on causes of action.

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10, REOP 1 & 2, MPM Investor Services**

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction* | x | |

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (& Date) | Escrow Statement or Auctioners Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

### Total $157,122.85  (Itemized on Exhibit A, #3)

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

| | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source? | ☐ | X |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |

Total $0

| | Yes | No |
|---|---|---|
| **Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor | ☐ | X |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |

Total $0

Debtor: **Meridian Mortgage Investors Funds 1, 2, 3, 5, 6, 7, 8, 9, 10, REOP 1 & 2, MPM Investor Services**

June, 2011

## UST-17, OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | | X |

Renewals:
| **Provider** | **New Premium** | **Is a Copy Attached to this Report?** |
|---|---|---|

Changes:
| **Provider** | **New Premium** | **Is a Copy Attached to this Report?** |
|---|---|---|

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain | ☐ | X |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. If yes, explain. | ☐ | X |

**Question 5 - Personnel Changes.**    Complete the following:   NO EMPLOYEES

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | | |

**Gross Monthly Payroll and Taxes $ 0**

**Question 6 - Significant Events.**    Plan approval and confirmation.

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

The Bankruptcy Plan confirmation hearing was held on June 21, 2011. The Plan was approved by a unanimous vote of the participating Meridian Funds investors. The court confirmed the Plan on June 22, 2011. The effective date of the Plan is July 7, 2011. An Oversight Committee meeting with the Trustee staff was held on July 10, 2010.

## STATUTORY FEE SCHEDULE

If the debtor's disbursements for the calendar quarter are within these amounts

| From | To | Then the quarterly fee due is |
|---|---|---|
| -0 | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to: | For calendar quarter ending | A fee payment is due on. . . |
|---|---|---|
| **United States Trustee** | March 31 | April 30 |
| Mail quarterly fee payments to: | June 30 | July 31 |
| **US Trustee Program Payment Center**<br>**PO Box 70937**<br>**Charlotte, NC 28272-0937** | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

### * * * NOTICE OF INTEREST ASSESSMENT * * *

**Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.**

### NOTICE

DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134,Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

KeyBank
P.O. Box 22114
Albany, NY 12201-2114

**Business Banking Statement**
**June 30, 2011**
**page 1 of 3**



i3883

Ilil.ilil.il...illh...illil.illil..ihil.ilil.illil.i.l.illil.i.ilil

1          T   0274 00000 R EM T1
MERIDIAN MORTGAGE INVESTORS FUND V, LLC
MERIDIAN FUNDS
1420 5TH AVE SUITE 2211
CASCADE CAPITAL GROUP
SEATTLE WA 98101-4087

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

## KeyNotes

*Important Information about Check Image Statements*

*If you are receiving statements displaying digital images of the front and back of each check, please note the following important information.*

*Statements will be limited to ten thousand digital check images. Accounts with more than ten thousand checks per statement period will not receive check images with the account statement.*

*If you should require a copy of a specific check image, all the digital check images or to discuss other delivery channels for check images please feel free to contact us at the phone number provided on this statement. Check images are retained on our secure system for the period specified by law.*

*Please read and retain this information with all of your KeyBank Account Opening Agreements and Disclosures.*

---

**Key Business Free Checking** `. ___ i3883`
MERIDIAN MORTGAGE INVESTORS FUND V, LLC
MERIDIAN FUNDS

| | |
|---|---|
| Beginning balance 5-31-11 | $1,148,292.65 |
| 4 Additions | +373,906.65 |
| 2 Subtractions | -7,700.00 |
| Net fees and charges | -70.00 |
| **Ending balance 6-30-11** | **$1,514,429.30** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 6-9 | 3132 | Wire Deposit | Parker Law Firm  1935 | $137,390.30 |





## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed there, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

Preauthorized Credits: If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify** and check off in your check register each deposit, check or other transaction shown on this statement.

**❷** Enter into your check register and **SUBTRACT**:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**❸** Enter into your check register and **ADD**:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL →** | $ |

**❺** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL →** | $ |

**❻** Enter ending balance shown on your statement.

$

**❼** Add 5 and 6 and enter total here.

$

**❽** Enter total from 4.

$

**❾** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.

472741013883 - 04731
4939    Case 10-17952-TWD    Doc 463    Filed 08/09/11    Ent. 08/09/11 10:35:36    Pg. 13 of 19



KeyBank - Wire Transfer
OH-01-51-0641
4910 Tiedeman Rd
Brooklyn, OH 44144

**KeyBank Wire
Transfer Advice**



Statement Date: 6/14/2011

Questions about this statement
Contact the Wire Transfer
Department at 1-800-447-3817

```
MERIDIAN MORTGAGE INVESTORS FUND V,
1420 5TH AVE SUITE 2211
CASCADE CAPITAL GROUP
SEATTLE  WA  98101-4087
```

| **Wire Transfer Summary** | **Account Number:** | 3883 |
|---|---|---|

Account Title: MERIDIAN MORTGAGE INVESTORS FUND V,

| | |
|---|---|
| Credits on this Statement | |
| 1 Credit Transactions | $209,283.80 |
| Debits on this Statement | |
| 0 Debit Transactions | $0.00 |
| Total Activity in this Statement | $209,283.80 |

| **Account Activity Detail** | **Activity Date: 6/14/2011** |
|---|---|

| **Transaction Number:** | **06/14/2011 7619** |
|---|---|
| Fed Reference Number: | 0614L4B74B3C00135506141525FT03 |
| Credit Amount: | $209,283.80 |
| Received from Bank: | |
| Originating Bank: | |
| Originator: | ALLIED 1031 EXCHANGE |
| Beneficiary: | MERIDIAN MORTGAGE INVESTORS FUND |
| Bank to Bank Information: | |
| Originating Reference Number: | |
| Originator to Beneficiary Information: | MERIDIAN MORTGAGE INVESTORS FUND V, LLC |



KeyBank - Wire Transfer
OH-01-51-0641
4910 Tiedeman Rd
Brooklyn, OH  44144

**KeyBank Wire
Transfer Advice**

Statement Date: 6/21/2011



Questions about this statement
Contact the Wire Transfer
Department at 1-800-447-3817

```
MERIDIAN MORTGAGE INVESTORS FUND V,
1420 5TH AVE SUITE 2211
CASCADE CAPITAL GROUP
SEATTLE  WA  98101-4087
```

| **Wire Transfer Summary** | **Account Number:** | 3883 |
|---|---|---|

Account Title: MERIDIAN MORTGAGE INVESTORS FUND V,

| | | |
|---|---|---|
| Credits on this Statement | | |
| 1 Credit Transactions | $19,732.55 | |
| Debits on this Statement | | |
| 0 Debit Transactions | $0.00 | |
| Total Activity in this Statement | $19,732.55 | |

| **Account Activity Detail** | **Activity Date: 6/21/2011** |
|---|---|

| Transaction Number: | **06/21/2011 4949** |
|---|---|
| Fed Reference Number: | 0621L1LFBU0C00002906211202FT03 |
| Credit Amount: | $19,732.55 |
| Received from Bank: | |
| Originating Bank: | |
| Originator: | ESCROW JUNCTION INC. |
| Beneficiary: | MERIDIAN MORTGAGE INVESTORS FUND V |
| Bank to Bank Information: | |
| Originating Reference Number: | |
| Originator to Beneficiary Information: | NET PROCEEDS ON ESCROW #54355-ST/ V ACANT LAND, APPLE VALLEY, CA |



KeyBank - Wire Transfer
OH-01-51-0641
4910 Tiedeman Rd
Brooklyn, OH 44144

**KeyBank Wire
Transfer Advice**

Statement Date: 6/09/2011

Questions about this statement
Contact the Wire Transfer
Department at 1-800-447-3817



MERIDIAN MORTGAGE INVESTORS FUND V,
1420 5TH AVE SUITE 2211
CASCADE CAPITAL GROUP
SEATTLE WA 98101-4087

| Wire Transfer Summary | Account Number: | 3883 |
|---|---|---|

Account Title: MERIDIAN MORTGAGE INVESTORS FUND V,

| | |
|---|---|
| Credits on this Statement | |
| 1 Credit Transactions | $137,390.30 |
| Debits on this Statement | |
| 0 Debit Transactions | $0.00 |
| Total Activity in this Statement | $137,390.30 |

| Account Activity Detail | Activity Date: 6/09/2011 |
|---|---|

| Transaction Number: | **06/09/2011 3132** |
|---|---|
| Fed Reference Number: | 0609QMGFT01300025706091027FT01 |
| Credit Amount: | $137,390.30 |
| Received from Bank: | |
| Originating Bank: | |
| Originator: | PARKER LAW FIRM |
| Beneficiary: | MERIDIAN MORTGAGE INVESTORS FUND V, |
| Bank to Bank Information: | |
| Originating Reference Number: | |
| Originator to Beneficiary Information: | ATTN MARK CALVERT MERIDIAN FUNDS OU R REF 11-198 PROCEEDS NASH COUNTY L AND SALE NC |



| A. Settlement Statement (HUD-1) | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|

**Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 4. ☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Con. Ins. | | 11-198 | 003009450353-01 | |

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Borrower Address | E. Seller Name & Address / Tax ID: | F. Lender Name & Address |
|---|---|---|
| Donald K. Mustgrave and Sue J. Mustgrave<br>2409 NC Highway 39<br>Zebulon, NC 27597 | Meridian Mortgage Investors Fund VII LLC<br>1501 4th Avenue<br>Seattle, WA 98111 | AgCarolina Financial, AGA<br>PO Box 8407<br>Rocky Mount, NC 27804 |

| G. Property Location | H. Settlement Agent | I. Settlement Date: | 5/27/11 |
|---|---|---|---|
| 2409 NC Highway 39<br>Zebulon, NC 27597<br><br>PIN: 106493 | The Parker Law Office, PLLC 30-0610283<br>**Place of Settlement:**<br>880 Country Club Road<br>Rocky Mount, NC 27804<br>252-937-2255 | Disbursement Date: | 5/27/11 |

| J. | SUMMARY OF BORROWER'S TRANSACTION | | K. | SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|---|---|
| **100.** | **GROSS AMOUNT DUE FROM BORROWER** | | **400.** | **GROSS AMOUNT DUE TO SELLER** | |
| 101. | Contract sales price | $150,000.00 | 401. | Contract sales price | $150,000.00 |
| 102. | Personal property | | 402. | Personal property | $0.00 |
| 103. | Settlement charges to borrower (line 1400) | $3,483.50 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| | Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | |
| 106. | City/town taxes 5/27/11 to 12/31/11 | $0.00 | 406. | City/town taxes 5/27/11 to 12/31/11 | $0.00 |
| 107. | County taxes 5/27/11 to 12/31/11 | $0.00 | 407. | County taxes 5/27/11 to 12/31/11 | $0.00 |
| 108. | Assessments | | 408. | Assessments | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **0.** | **GROSS AMOUNT DUE FROM BORROWER** | $153,483.50 | **420.** | **GROSS AMOUNT DUE TO SELLER** | $150,000.00 |
| **00.** | **AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500.** | **REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. | Deposit or earnest money | $500.00 | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | $125,000.00 | 502. | Settlement charges to seller (line 1400) | $9,462.00 |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | Draw | | 504. | Payoff of first mortgage loan | |
| | Credit for Origination Charge | | | | |
| 205. | Proceeds from Second Mortgage | | 505. | Payoff of second mortgage loan | |
| 206. | Seller Paid Closing Costs | | 506. | Seller Paid Closing Costs | $0.00 |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| | Adjustments for items unpaid by seller | | | Adjustment for items unpaid by seller | |
| 210. | City/town taxes 1/1/11 to 5/27/11 | $0.00 | 510. | City/town taxes 1/1/11 to 5/27/11 | $0.00 |
| 211. | County taxes 1/1/11 to 5/27/11 | $914.74 | 511. | County taxes 1/1/11 to 5/27/11 | $914.74 |
| 212. | Assessments to | | 512. | Assessments to | |
| 213. | | | 513. | | |
| 214. | | | 514. | 2010 Nash County Taxes Due | $2,232.96 |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220.** | **TOTAL PAID BY/FOR BORROWER** | $126,414.74 | **520.** | **TOTAL REDUCTION AMOUNT DUE SELLER** | $12,609.70 |
| **300.** | **CASH AT SETTLEMENT FROM/TO BORROWER** | | **600.** | **CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. | Gross amount due from borrower (line 120) | $153,483.50 | 601. | Gross amount due to seller (line 420) | $150,000.00 |
| 302. | Less amounts paid by/for borrower (line 220) | $126,414.74 | 602. | Less reductions in amount due seller (line 520) | $12,609.70 |
| **303.** | **CASH FROM BORROWER** | $27,068.76 | **603.** | **CASH TO SELLER** | $137,390.30 |

| L. | SETTLEMENT CHARGES | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price | | | | | |
| | Division of commission (line 700) as follows: | $150,000.00 @ | 6.00% | = $9,000.00 | | |
| 701. | $4,500.00 to Listing: | Coldwell Banker | | | | |
| 702. | $4,500.00 to Selling: | Coldwell Banker | | | | |
| 703. | to | | | | | $0.00 |
| 704. | to | | | | | $0.00 |
| 706. | Commission paid at Settlement | | | | | $9,000.00 |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | | |
| 801. | Our Origination Charge | | $1,250.00 (from GFE#1) | | | |
| 802. | Your Credit or charge (points) for specific interest rate chosen | | $0.00 (from GFE#2) | | | |
| 803. | Your adjusted origination charges | | (from GFE#A) | | $1,250.00 | |
| 804. | Appraisal Fee | to AgCarolina | (from GFE#3) | | $100.00 | |
| 805. | Credit report | to | (from GFE#3) | | | |
| 806. | Tax service | to | (from GFE#3) | | | |
| 807. | Flood certification | to AgCarolina | (from GFE#3) | | $17.50 | |
| 808. | Stock/PC | to AgCarolina | | | $1,000.00 | |
| 809. | | to | | | | |
| 810. | | to | | | | |
| 811. | | to | | | | |
| 812. | | to | | | | |
| 813. | | to | | | | |
| 814. | | to | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Daily interest charges from 5/27/11 to 6/1/11 @ /day | | (from GFE#10) | | $0.00 | |
| 902. | Mortgage Insurance Premium for months to | | (from GFE#3) | | $0.00 | |
| 903. | Hazard Insurance Premium for 1 years to | | (from GFE#11) | | $0.00 | |
| 904. | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. | Initial deposit for your escrow account | | (from GFE#9) | | $0.00 | |
| 1002. | Homeowner's insurance | 0 months @ $0.00 per month | $0.00 | | | |
| 1003. | Mortgage insurance | 0 months @ $0.00 per month | $0.00 | | | |
| 1004. | Property taxes | 0 months @ $0.00 per month | $0.00 | | | |
| 1005. | | 0 months @ $0.00 per month | $0.00 | | | |
| 1006. | | 0 months @ $0.00 per month | $0.00 | | | |
| 1007. | | 0 months @ $0.00 per month | $0.00 | | | |
| 1008. | Aggregate Adjustment | | $0.00 | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Title services and lender's title insurance | | (from GFE #4) | | $997.50 | |
| 1102. | Settlement of closing fee | to The Parker Law Office, PLLC | $700.00 | | | |
| 1103. | Owner's title insurance | to Statewide Policy # S1225488 | (from GFE#5) | | $42.50 | |
| 1104. | Lender's title Insurance | to Statewide Policy # S1225488 | $297.50 | | | |
| 1105. | Lender's title policy limit | $125,000.00 | | | | |
| 1106. | Owner's title policy limit | $150,000.00 | | | | |
| 1107. | Agent's portion of the total title insurance premium to | | $255.00 | | | |
| 1108. | Underwriter's portion of the title title insurance premium to | | $85.00 | | | |
| 1109. | | to | | | | |
| 1110. | | to | | | | |
| 1111. | | to | | | | |
| 1112. | | to | | | | |
| 1113. | Document Prep | to The Parker Law Office, PLLC | | | | $ 150.00 |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Government recording charges | | (from GFE #7) | | $76.00 | $12.00 |
| 1202. | Deed $22.00 Mortgage $54.00 | Release $12.00 Other | $0.00 | | | |
| 1203. | Transfer Taxes | | (from GFE#8) | | $0.00 | $300.00 |
| 1204. | City/County tax/stamps | Deed | Mortgage | | | |
| 1205. | State tax/stamps | Deed $300.00 | Mortgage $0.00 | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Required services that you can shop for | | (from GFE#6) | | $0.00 | |
| 1302. | Survey | to | | | | |
| 1303. | Pest Inspection | to | | | | |
| 1304. | Home Warranty | to | | | | |
| 1305. | | to | | | | |
| 1306. | | to | | | | |
| 1307. | | to | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | | | $ 3,483.50 | $ 9,462.00 |

Page 2

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | HUD-1 Line Number | Good Faith | HUD-1 |
|---|---|---|---|
| **Charges that Cannot Increase** | | | |
| Our origination charge | #801 | | $1,250.00 |
| Your credit or charge (points) for the specific interest rate chose | #802 | | $0.00 |
| Your adjusted origination charges | #803 | | $1,250.00 |
| Transfer taxes | #1203 | | $0.00 |

| Charges That in Total Cannot Increase More Than 10% | HUD-1 Line Number | Good Faith | HUD-1 |
|---|---|---|---|
| Government recording charges | #1201 | | $76.00 |
| Appraisal Fee | #804 | | $100.00 |
| Credit Report | #805 | | $0.00 |
| Tax Service | #806 | | $0.00 |
| Flood Certification | #807 | | $17.50 |
| Title Services and Lender's Title Insurance | #1101 | | $997.50 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| **Total** | | $0.00 | $1,191.00 |
| **Increase Between HUD-1 and GFE Charges** | | $1,191.00 or | #DIV/0! |

| Charges That Can Change | HUD-1 Line Number | Good Faith | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow | #1001 | | $0.00 |
| Daily Interest Charges $0.00 /day | #901 | | $0.00 |
| Homeowner's Insurance | #903 | | $0.00 |
| Required services that you can shop for | #1301 | | $0.00 |
| Title Services and Lender's Title Insurance | #1101 | | $0.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $125,000.00 |
| Your loan term is | years |
| You rinitial interest rate is | 0.000% |

| | | |
|---|---|---|
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | | includes |
| | x | Principal |
| | x | Interest |
| | | Mortgage Insurance |
| Can your interest rate rise? | x | No. |
| | | Yes, it can rise to a maximum of _%. The first change will be on _ and can change again every _ after _. Every change date, your interest rate can increase or decrease by _%. Over the life of the loan, your interest rate is guaranteed to never be lower than _% or higher than _%. |
| Even if you make payments on time, can your loan balance rise? | x | No |
| | | Yes, it can rise in the amount of |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | x | No. |
| | | Yes, the first increase can be on and the monthly amount owed can rise to . The maximum amount if can ever rise to is . |
| Does your loan have a prepayment penalty? | x | No. |
| | | Yes, your maximum prepayment penalty is |
| Does your loan have a balloon payment? | x | No. |
| | | Yes, you have a ballon payment of due in years on . |
| Total monthly amount owed including escrow accounts payments | | You do not have a monthly escrow payment for items such as property taxes and homeowner's insurance. You must pay these items directly yourself. |
| | x | You have an additional monthly escrow payment of $0.00 that results in a total initial monthly amount owed of $0.00 This includes principal. Interest, any mortgage insurance, and any items checked below: |
| | x Property taxes | x Homeowner's Insurance |
| | Flood insurance | |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your Lender.