Honorable Karen A. Overstreet
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In Re:

CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al.,

Debtors.[1]

Case No. 10-17952-KAO
(Jointly Administered)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Michael J. Avenatti hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: Mark Calvert, as Liquidating Trustee of the Meridian Investors Trust, and as assignee of Diana K. Carey, Chapter 11 Trustee of the Debtors.

---

[1] The Debtors were Meridian Mortgage Investors Fund V, LLC (Case No: 10-17952); Meridian Mortgage Investors Fund II, LLC (Case No: 10-17976); Meridian Mortgage Investors Fund VII, LLC (Case No: 10-17953); Meridian Mortgage Investors Fund VIII, LLC, (Case No: 10-17958); Meridian Mortgage Investors Fund VI, LLC (Case No: 10-18729); Meridian Mortgage Investors Fund IX, LLC, (Case No: 10-18727); Meridian Mortgage Investors Fund X, LLC (Case No: 10-18728); Meridian Real Estate Opportunity Fund I, LLC (Case No: 10-19645); Meridian Real Estate Opportunity Fund II, LLC (Case No: 10-19644); Meridian Mortgage Investors Fund I, LLC, (Case No: 11-10830); Meridian Mortgage Investors Fund III, LLC (Case No: 11-10833); and MPM Investor Services Inc., (Case No: 11-10834). Pursuant to the Plan confirmation order entered on June 22, 2011, the Cases have been substantively consolidated and Mark Calvert is the Liquidating Trustee.

APPPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51233572.1

Case 10-17952-TWD    Doc 650    Filed 07/18/12    Ent. 07/18/12 16:15:29    Pg. 1 of 3

The particular need for my appearance and participation is based on my national experience and expertise in litigating claims arising from Ponzi schemes, corporate fraud and/or embezzlement by high ranking corporate executives.

I, Michael J. Avenatti, understand that I am charged with knowing and complying with all applicable rules, including but not limited to, General Rule 2 of the United States District Court for the Western District of Washington which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Bankruptcy Rules of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no disciplinary proceedings by any state bar association pending against me. I am in good standing with the bar of the State of California.

With this application I will tender the pro hac vice fee of $150.00 to the Bankruptcy Clerk's office via electronic payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 18, 2012         /s/ Michael J. Avenatti_____
                             Signature of Applicant Attorney

Applicant's Name:             Michael J. Avenatti
Applicant's Bar No. & State:  California State Bar #206929
Applicant's Law Firm:         Eagan Avenatti, LLP
Applicant's Address:          450 Newport Center Drive, 2nd Floor
                              Newport Beach, California 92660
Applicant's Telephone No.:    (949) 706-7000

APPPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51233572.1

Case 10-17952-TWD    Doc 650    Filed 07/18/12    Ent. 07/18/12 16:15:29    Pg. 2 of 3

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant, Michael J. Avenatti, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant.

DATED this 18th day of July, 2012.

FOSTER PEPPER PLLC

*/s/ Jane Pearson*
Jane Pearson, WSBA #12785

| | |
|---|---|
| Local Counsel Name & WSBA Bar ID Number: | Jane Pearson, WSBA #12785 |
| Local Counsel Law Firm: | Foster Pepper PLLC |
| Local Counsel Address: | 1111 Third Avenue, Suite 3400 |
| Local Counsel City and State: | Seattle, Washington 98101-3299 |
| Local Counsel Telephone No.: | (206) 447-4705 |
| | pearj@foster.com |

APPPLICATION FOR LEAVE TO APPEAR PRO HAC VICE – 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51233572.1

Case 10-17952-TWD    Doc 650    Filed 07/18/12    Ent. 07/18/12 16:15:29    Pg. 3 of 3