**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>CONSOLIDATED MERIDIAN FUNDS, a/k/a<br>MERIDIAN INVESTORS TRUST, et al.<br><br>Debtors.[1] | Consolidated Case No. 10-17952 |
| MARK CALVERT, as Liquidating Trustee of<br>Meridian Mortgage Investor Fund I, LLC,<br>Meridian Mortgage Investor Fund II, LLC,<br>Meridian Mortgage Investor Fund III, LLC,<br>Meridian Mortgage Investor Fund V, LLC,<br>Meridian Mortgage Investor Fund VI, LLC,<br>Meridian Mortgage Investor Fund VII, LLC, | Adversary No.<br><br>**COMPLAINT AND JURY DEMAND** |

---

[1] The Debtors were Meridian Mortgage Investors Fund V, LLC (Case No. 10-17952); Meridian Mortgage Investors Fund II, L.L.C. (Case No. 10-17976); Meridian Mortgage Investors Fund VII, LLC (Case No. 10-17953); Meridian Mortgage Investors Fund VIII, LLC (Case No. 10-17958); Meridian Mortgage Investors Fund VI, LLC (Case No. 10-18729); Meridian Mortgage Investors Fund IX, LLC (Case No. 10-18727); Meridian Mortgage Investors Fund X, LLC (Case No. 10-18728); Meridian Real Estate Opportunity Fund I, LLC (Case No. 10-19645); Meridian Real Estate Opportunity Fund II, LLC (Case No. 10-19644); Meridian Mortgage Investors Fund I, L.L.C. (Case No. 11-10830); Meridian Mortgage Investors Fund III, LLC (Case No. 11-10833); and MPM Investor Services Inc. (Case No. 11-10834). Together, these Debtors are referred to herein as the "Fund Debtors." Pursuant to the Plan confirmation order entered on June 22, 2011, the Cases have been substantively consolidated and Mark Calvert is the Liquidating Trustee.

| | |
|---|---|
| COMPLAINT AND JURY DEMAND - 1 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Meridian Mortgage Investor Fund VIII, LLC, Meridian Mortgage Investor Fund IX, LLC, Meridian Mortgage Investor Fund X, LLC, MPM Investor Services, Inc., Meridian Real Estate Opportunity Fund I, LLC, Meridian Real Estate Opportunity Fund II, LLC, and the Liquidating Trust of June 21, 2011; Aaron and Suzanne Kelly; Alex Cordas/Viking; Alison Kinder; Alvin Berman; Anne Prewett; Anne Sopher-Shapiro; Barbara Thompson; Betty Treiger; Bill & Linda Green Revocable Trust; Brian Lagen; Brenda Smith; Brett Nesland; Bruce P. and Karleen Kennedy Trust; Bruce S. & Carol L. Backer; The Estate of Bruce Watson; Bruce Zimmerman; Carl Pavelko; Carl Pavelko IRA; Carol Nelson; Carolyn Graves; Catherine Hansen; Charles Scott Harbert; Christine Buecker; Christine Whitney; Daniel Joseph Allen; David & Mary Jo Nelson; David Allen Hill; David Nelson; Dennis & Paula Heck; Diane Lauerman; Dianne M. Fisher; Donald F. Berry; Doug Whittle; Doyl Burkett; Dr. Brian A. & Ramona Sakamoto; Eric Jarvis; Eric Smith; Erik Morris; Fenton Love; Gary Stevens; Henry & Charlotte Kim; Henry Waggoner; J. Greg Zoltani; Jackie Gran; Jacqueline Ramsey; James A. North; James Claus; Jan Sobieralski & Louise McNerney; Janice Miller; Jay & Lisa Clem; Jaye Johnson; Jeffrey Lanctot; Jeffrey Richter & Kristin Trace; Jens Gran; Jette Jon Bunch; Jill Berman; Jo Hoffman; John & Joanne Wejak; John S. Barney; John S. Brasino; John S. & Katie M. Milne; Joseph W. McNamee; Judy Meleliat; Karl Sandborg; Kevin Daviscourt; Kristen Jarvis; Kristin Griffith; Kurt Daviscourt; Larry Berman; Lee Jr. Family Trust; Leif Youngberg; Leonard Dietrich; Loni L. Gray Living Trust; Lori Elliot; Lory Lybeck; M. Eugene Miller; Manuel Rivelo Living Trust; Marc Lagen; Margo Lagen; Marika Pineda; Mark Shapiro; Martin E. McQuaid; Mary L. Davis; Mary Moore; Mary Reilly Jensen; Matthew J. & Wendy C. Costello; Michael & Tonya Venneberg; Michael Nesland; Morris & Anita Hendrickson; Neal Baum; Nick J. & Stacie L. Beck Living Trust; Pasner Family Trust;

| COMPLAINT AND JURY DEMAND - 2 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Patricia Blumenthal; Patricia J. McNamee; Patricia Peterson; Patricia Robinson; Peter Boleneus; Peter Jarvis IRA; Ray Frederick; Ray Hebert; Richard & Marjorie Sampson; Richard Brashen; Rick Braumoeller; Rob Chandler; Robert & Mary Montgomery; Robert Montgomery IRA; Robert Fairbairn; Robert Friedman; Robert Stack; Rothschild Revocable Living Trust; Ron Neubauer; Ronald C. Norris and Linda S. Talley; Russ Humphrey; S. Bruce and Edith B. Tobin; Sam T. & Virginia Howard; Sandra Dunn; Santos & Lidia Argueta; Shane McTaggart; Sharon Warsinske; Shirley Peterson; Stanley M. Graves IRA; Stanley Zimmer; Steven & Carrie Yates; Steven Sasaki; Stuart Hagen; Susan Gilleland; Susan-Claire Anderson Reid; Suzanne C. Johnson; Talking Dreams Stable; TATS of WA, Inc., defined Pension Plan; Theodore Owen Gates; Timothy L. Sutherland Living Trust; Todd Mueller; Victoria Littleman; William John Bloudek, Jr.; William G. Garrett; Adeline Shannon; Al Chandler; Alan C. Stewart/Stewart Family Recov.; Alan D. Cornell; Alan F. Roberts IRA; Alan G. Willett/Al Willett; Albert A. James Living Trust; Albert W. Emonds; Alberta J. Fahlsing; Alden M. Garrett; Alexander Children LLC; Alice Johnson Exemption Trust; Alice Wraith; Allen & Millicent Day; Anderson Family Revocable Living Trust; Andrew L. Orton IRA; Andrew L. & Mary Lee Orton; Anita Hendrickson; Ann Morris & James Sobieck; Annette Lave Ostergaard; Anthony & Julie Panagiotu; Anthony Brian Davenport; Anthony J. Robins; Anthony Tamaccio & Chi Lay Bahn; Antonietta Galotola; Arlen Prentice; Arthel Burklund; Atsuko Klein; Barbara & Pat Carey; Barbara A. Smith; Barbara Burns; Beth P. Carver-Kennel; Big E Construction; Bob Pappas; Bocek Family LP II; Brian P. Mulligan; Brian Pearson IRA/Viking; Brian Yates; Bruce Guenzler & Mary Heidt; C. Eric Gulotta; Camelia J. Dobrick; Caren L. Toney; Carl & Karen Elliott; Carl Scott East; Carlos Herrera; Carole Maddock; Carolyn Gaylord; Carsten & Elizabeth Henningsen;

| COMPLAINT AND JURY DEMAND - 3 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Catherin Maxwell; Celia Herrera; Chad Reed;
Charles Albright; Charles E. Jenks; Charles Flynn;
Charles L. LeFevre/Viking Retirement; Charles R.
Knight; Chris Prentice; Chris Seeley; Christianson
Living Trust; Christina Koons; Christopher Kane
Rollover IRA; Clauson Family Trust; Clifford
("Cliff") & Marie Hackney; Clifford N. Harby;
Constance Weiss; Cornerstone Alternative Fixed
Income Fund LP; Craig & Darla Brand; Craig A.
Norsen IRA; Craig Bruya; Craig R. Edwards;
Craig Tall; CRER Capital Holdings LLC; Crista
Ministries; Crista Ministries Operating Acct;
Crista Ministries/ASAR Endowment; Crista
Ministries/CVM Endowment; Crista
Ministries/SC Endowment; Crystal Mountain
Founders Club; Cynthia S. Lair/Charles Schwab;
Dale & Linda Miller; Dale Knelevich; Dale L.
Cowles; Dan Dingfield; Dan Gatchet; Dan Rasar;
Dana Taylor Davenport; Daniel Kearin; Daniel
Kearin IRA; Daniel T. & Jessie G. Hayden
Unitrust/Crista; Darle & Patricia Blumenthal;
Darpat LLC; Darrin Erdahl; Daryl & Joyce Reoch;
Dave & Karen Hobson; David & Anne Gilbert;
David & Barbara Rogers; David & Sonia
Alexander; David & Susan Stewart Family Trust;
David A. Buecker; David A. Spencer; David
Alexander; David Beitel; David C.E. Williams;
David Charles Leisy; David Graybill/David
Graybill IRA/Charles Schwab; David Greenheck;
David J. Barenborg; David Lee Johnson; David
M. Bray III; David M. Hyink; David Moseley;
David N. Chichester; David O'Hara; David
Stempel; David Stewart/Sterling Trust Co; David
W. & Kortney L. Graybill; Dawn D. Tumham;
Debbie C. Acton; Deborah & Jennifer Brehm;
Deborah A. Weasea; Deborah Garrett; Deborah
Garrett 2002 Trust; Deborah M. Geffrard; Debra
Blumberg; Dee Tour du Monde; Delmar & Jerry
Burkett; Denise C. Chandler Smith; Dennis &
Wilma Johnson; Dennis Claus; Dennis Iverson;
Dennis Rossman; Dennis Weston IRA; Denny
Shuler; Diane Katz/Viking; Diane Stielstra/Diane
Stielstra & Don Fry; Donald Esfeld; Donna
Whitney IRA; Donna Willett; Doris M. Katz

---

COMPLAINT AND JURY DEMAND - 4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51242222.1

Credit Trust; Dorothy M. Rupert; Doyl & Catherine Burkett; Drew Fletcher; Drew Thoresen; Dudley W. Johnson; E. Doris Gough Trust; Ea Lilja; Eduardo R. Garcia; Eduardo R. Garcia & Jane C. Hoerig; Edward Charles Kauffman; Edward Garth; Edward J. Alto; Edward J. O'Toole; Edward Keven Greenfield; Edward M. Hartstein; Edward R. Stanek IRA; Eldon Larson; Eleanor Karapetian; Elizabeth Dowd; Elizabeth Hampson aka Karen E. Elmer; Elizabeth Ione Newman; Elizabeth Tilbury-Marquard; Ellen J. Koutsky; Emma Sigmund Trust; Enid R. Clauson; Erik Meltzer; Estate of Margaret Thoresen; Evan Smith & Barbara Schechter; Evergreen Barbecue; F. Ross Boundy; Fairweather Lane; Floyd B. Barnes; Forrest Lee Brissey; Frances Byrne; Frank M. Mercker; Franklin B. Flowers; Fred & Marilee Slusser; Fred G. Neufeld; Fred Neufeld; Fred Wert; Frederic J. Sigmund; Frederic J. Sigmund IRA/Viking; Frederick W. Lurmann; Garrett M. Upper; Gary Galeotti IRA; Gary Galeotti Sep IRA; Gary Galeotti/Galeotti Living Trust; Gayle A. Murdock; Gene Fetters; George E. Burt IRA; George G. Toussaint; Gerald (Jerry) Hendin; Geraldine Ann King GST Trust; Gina Burrow; Glenn R. Holst; Glenn R. Holst IRA/Equity Trust; Goldie Feinberg; Gordon L. Rockhill/Gordon Rockhill IRA; Gordon Willett; Greg Whitney IRA; H. Raymond & Jina Lankford; Haley Elizabeth McCurry; Hallie S. Maxon Trust; Hanan Berman; Harold & Jacklyn Vhugen; Harold E. Olsson IRA; Harold F. Vhugen; Harris Family Trust; Heather Moynihan; Helen M. Miller; Henry Brehm IRA; Henry H. Happel III; Henry R.E. Spouse; Herrera Environmental Consult.; Hope R. Garrett; Hyun Ju Low; Irwin Gruverman; Isabelle Noiret; Jack & Linda Middlebrooks; Jack Jackson aka C. Jack Jackson; Jacklyn Vhugen; Jacqueline Pappas; James & Camelia Dobrick; James & Marianne Wilkinson; James A. Tryon; James and Lisa O'Neal; James C. Dobrick; James J. Casey; James L. & Lynne M. Addington; James L. Addington IRA; James M. Becker; James M. Marquard;

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51242222.1

James P.  Newcomb; James Pechan; James R. Anderson; James R. Swanson; James Sweet; Jan Diepenheim/Jan Diepenheim/Viking; Jane C. Hoerig; Janet M. Harding; Janet Stanton IRA/Charles Schwab; Janis Ban IRA; Jann A. Curley; Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94; Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2; Jeanne Carlson; Jeanne Edwards; Jeanne W. Carlson; Jeanelle Shields; Jeffrey Keck; Jeffrey L. & Denise J. Beauchamp; Jene H. Deguchi; Jenner Charitable Remainder Unitrust; Jeremey & Linda Mattox; Jerry R. Ronk IRA; Jerry T. Party; Jessica Prince; Jill A. Flynn; Jim Purdy; Jo Ann Corfman; Joan L. Johnson Living Trust;  Joanne E. Galloway Trust;  Joanne Meyers IRA;  Jody M. Albright;  Joel Korotzer; John A. McLeod; John Carr;  John D. Opalka;  John Davids;  John E. Pendergast;  John F. & Marjorie A. Thatcher; John Francis Henry Trust; John H. (Jack) & Patricia A Stahl;  John L. Backes/Charles Schwab; John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust; John Schneider; John Spicer; John T. Towey; John W. Warjone; John W. Young;  John W. Young IRA/Charles Schwab;  Jon F. Nordby; Jose Carrasquero; Joseph L. Davis; Joseph Waskom; Judith A. Jance; Judith Cooper Hayden aka Judith Hadyen; Judith Hughes; Judy Bledsoe Addington Credit Trust; Judy M. Schneider; Julie Carkin; June Burghardt; Karen Hobson IRA;  Kari J. Guddal Record aka Kari Record; Karleen K. Kennedy;  Karyn L. Kelley;  Katherine D. Schmidt;  Katherine Leigh McCurry; Katherine N. Heun; Kathleen Opler; Kathleen T. Snyder/Charles Schwab; Kathryn R. Sigmund IRA/Viking; Kathy & Duane Timmons; Kathy Gerke; Kay M. Edwards; Kathy Opler; Keith Schafer; Kelley Kennedy; Kelsey M. Edwards; Ken & Loretta Story; Ken B. Martin; Ken Story; Ken Story IRA; Kendal Martin; Kenneth & Katherine Heeter; Kenneth Heeter/Charles Schwab; Kenneth R. Koehler; Kevin & Alia Peterson; Kevin & Kathy Daviscourt; Kevin & Kelley Kennedy; Kevin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COMPLAINT AND JURY DEMAND - 6

51242222.1

Gabelien; Kevin Kennedy; Kimberly Susan Sinfield Family Trust; Kourtney Lorriane Graybill IRA/Charles Schwab; Kristin A. Jamerson; Kurt C. Edinger; Kyle Edwards; Lance Mueller; Lance Mueller & Assoc.; Lance Mueller & Assoc. Profit Sharing Plan; Lance P Mueller IRA/RBC Capital Markets; Larry Culver; Larry M. Jensen; Larry Stauffer; Laura L. Anderson; Laurie Towey; Lawrence Michael & Michael Glenn; Lee A. Smith; Lee Kraft; Leslie Garrett 2002 Trust; Linda Breiwick; Linda D. Adams; Linda G. Jeans; Linda Griffin; Linda H. Preizler; Lloyd A. Knight Charitable Remainder Unitrust/Crista; Lois Gelman/Eric Fassler; Lola A. Yeend Growth Fund LLC & Lola A. Yeend Bond Income LLC); Loretta Kelly; Loretta Story; Loretta Story IRA; Lorin J. Anderson Trust; Lynne M. Addington IRA; Mahlon & Jeanne Nichols; Malcolm L. Edwards; Malcolm L. Edwards & Elizabeth Dowd; Malmfeldt Living Trust; Marc & Trina LaRoche; Marc LaRoche IRA; Margaret AH Siemion; Margaret Ann Ross; Margaret Tilbury; Margey Thoresen aka M. A. Thoresen; Marilyn H. Kean; Marjorie Easley; Marjorie J. Holstege; Mark & Barbara Roller; Mark & Joan Lombardi; Mark & Susan Blanchard; Mark B. Upson; Mark Cramer; Mark Weisman IRA; Marlee Kleca; Marlene Winter; Martin & Susan McCurrey; Martin Thomas Paul; Martyn F. Adams; Mary A. Sifferman; Mary Ann Gonzalez; Mary Ann Mackay; Mary Ann Moore; Mary B. Veal; Mary Elizabeth Kelly; Melissa Klebanoff; Meyers Investment LLC; Michael & Diane Quiriconi; Michael J. Sweeney & Cathleen M. Carr; Michael Ken Menth; Michael Krutsinger; Michael Quiriconi IRA; Michael R. Oreskovich; Michael Rasmussen; Michael Moran; Milton & Jane Barrett; Mimi Cristall/Macho Mouse; Monica H. Mackin; Monte & Nancy Szendre; Morgan G. Edwards; Muriel Van Housen Charitable Remainder Unitrust; Nathan Benedict & Steven Nyman; NCCF Support Inc/Bill Layton; Neal Sullins; Neville & Louella Dowell FLP; Norma Barnecutt; Norma Jean Spouse; Pamela B.

| COMPLAINT AND JURY DEMAND - 7 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

McCabe; Patricia A. Campbell; Patricia Anne
Friedland/Pat Friedland; Patricia Marie Logan;
Patricia Sabin/Penny Sabin; Patrick J. Burns;
Patrick Mitchell; Paul A. Nelson; Paul Fergen;
Paul G. Ellingson; Paul H. Soderlund IRA; Paul
M. McDermott; Paul Stutesman; Paul Walker;
Payton Smith IRA; Peter & Sandra Jouflas; Peter
G. Alder; Peter Garrett; Peter Langmaid/Elizabeth
Langmaid UGMA/Jessica Langmaid UGMA/Peter
Langmaid & Audrey Shiffman; Peter Sutherland;
Phil & Anita Rockefeller; Phillip & Susan Parise;
Philip Stielstra; Pieter & Claire Van Wingerden;
Poul & Joann Hansen Living Trust; Ralph B.
Walker; Ralph R. Zeck DDS MS PS; Ray Bowen;
Raymond Klein; RDV Racing LLC; Richard &
Hope Stroble; Richard & Linda Korver; Richard
& Susan Warsinke; Richard A. Snyder/Charles
Schwab; Richard B. King Exempt Trust; Richard
D. Padrick; Richard Izmer Revocable Living
Trust; Richard Lawrence Johnson; Richard
Machin; Richard Michael Creighton IRA; Richard
R. Radloff; Richard Ress; Richard S. Munsen Jr
IRA; Richard W. Campbell; Richard W. Johnson
IRA/Sterling Trust; Richard W. Johnson Living
Trust; Rick & Betsy Ellingson/Rick & Mary
Ellingson; Rita Pampanin; Robert & Catherine
Ferguson; Robert & Carol Grant; Robert & Karyn
L. Kelley; Robert & Lyndi Taylor; Robert Bashor;
Robert Bernardo; Robert C. Abbe; Robert C.
Wallace; Robert Dennis & Peggy Jean Turner
Charitable Unitrust/Crista; Robert E. Miller;
Robert F. & Cynthia M. Mokos; Robert G.
Noftsger IRA/Viking; Robert G. Noftsger
Roth/Viking; Robert J. & Katherine Heun Trust;
Robert J. & Nancy Hutnik; Robert J. Gerke;
Robert J. Heun; Robert J. Hutnik; Robert J.
Stanton Trust FBO James L. Stanton; Robert
Jeans; Robert L. Cooper Family LLC; Robert L.
Hoffman; Robert Murray Darling/R. Murray
Darling; Robert Noftsger; Robert O. Edwards
Trust; Robert P. & Catherine A. Betz; Robert
Sours; Robert Staudacher; Robert Tauscher;
Robert Taylor IRA; Robert Wroblewski; Robin J.
Knepper Living Trust; Robin Knepper GST Non

| COMPLAINT AND JURY DEMAND - 8 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Exempt QTIP; Rodney B. Smith & Ellen B. McCown; Roger K. Hammers IRA & Roth; Roger L. Winter; Roland & Margaret Ross; Roland J. Ross IRA; Ron Buzard; Ronand Norris/Ronand Norris & Linda Talley; Ronald & Deborah Parker; Ronald J. Kiracofe; Roy & Kathleen Whitman; Roy A. Slack MD; Ruhl Family Trust/K. Michael Ruhl; Ryan Andrew McCurry; Sam & Virginia Howard; Samuel Selinger IRA; Sandra Alto; Sara L. Schmitt; Sarah Johnson Armstrong; Scott D. Murdock; Scott Jennings; Scott Silver; Seidner Investments LLC; Sharon Lynne Davidoff; Sheila K. Striegl; Shelley Smith; Sherri Zom IRA; Sherrie Wilson; Shirley Iverson; Sonia Fradkin; Stanek Family Trust; Stanley B. Eastberg; Stephanie Erdahl; Stephen P. Walker III; Stephen Prentice; Stephen R. Jepson; Stephen W. Radons; Steven & Evelyn Chestnut; Steven Ban; Steven P. Wisner; Susan A. Stewart/Sterling Trust Co; Susan Ann V. Bray; Susan Melodia; Susan Stanek Winget Sep IRA; Suzanne Kotz; Suzanne Roberts IRA; Tacor Properties LLC; Terry & Rita Deschenes; Terry Collier; Theodore & Nancy Preg; Thomas & Cathy Friedland; Thomas B. Keefer; Thomas C. Green IRA/Charles Schwab; Thomas C. Green MD IRA/Charles Schwab; Thomas E. & LouAnn Rypka; Thomas F. Topel; Thomas F. Topel IRA/Charles Schwab; Thomas McGreevy; Thomas O. Orvald; Thomas W. & Cheryl L. Merriman; Thomas W. Friedland; Thomas W. Roberts; Timothy Higgins; TJI II LLC; Todd D. Silver; Tom Nickels; Tryg Winquist; Uri Silberstein; Vicki L. Brakke; Virginia Gabelein; Vivian Wheeler; Walter & Denise Smith; Warren (Terry) & Shari Hill; Wilbur Schick; Wilkinson Charitable Unitrust; William & Wenche Riva; William E. Whitaker; William Elmer IRA/Kibble Prentice; William F. Amman; William Fahlsing; William Gaylord; William H. Martin; William Larson; William P. Wolfe; Yates Family LLC; Yates Family LP; Yoko Murao; Zhanbing Wu; and, Zimmerman Trust/Miriam A. Zimmerman Living Trust,

Plaintiffs,

| COMPLAINT AND JURY DEMAND - 9 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

vs.

ZIONS BANCORPORATION, a Utah
corporation; THE COMMERCE BANK OF
WASHINGTON, N.A., a federally chartered
commercial bank,

Defendants.

MARK CALVERT, as Liquidating Trustee of Meridian Mortgage Investor Fund I, LLC, Meridian Mortgage Investor Fund II, LLC, Meridian Mortgage Investor Fund III, LLC, Meridian Mortgage Investor Fund V, LLC, Meridian Mortgage Investor Fund VI, LLC, Meridian Mortgage Investor Fund VII, LLC, Meridian Mortgage Investor Fund VIII, LLC, Meridian Mortgage Investor Fund IX, LLC, Meridian Mortgage Investor Fund X, LLC, MPM Investor Services, Inc., Meridian Real Estate Opportunity Fund I, LLC, Meridian Real Estate Opportunity Fund II, LLC, and the Liquidating Trust of June 21, 2011, Aaron and Suzanne Kelly, Alex Cordas/Viking, Alison Kinder, Alvin Berman, Anne Prewett, Anne Sopher-Shapiro, Barbara Thompson, Betty Treiger, Bill & Linda Green Revocable Trust, Brian Lagen, Brenda Smith, Brett Nesland, Bruce P. and Karleen Kennedy Trust, Bruce S. & Carol L. Backer, The Estate of Bruce Watson, Bruce Zimmerman, Carl Pavelko, Carl Pavelko IRA, Carol Nelson, Carolyn Graves, Catherine Hansen, Charles Scott Harbert, Christine Buecker, Christine Whitney, Daniel Joseph Allen, David & Mary Jo Nelson, David Allen Hill, David Nelson, Dennis & Paula Heck, Diane Lauerman, Dianne M. Fisher, Donald F. Berry, Doug Whittle, Doyl Burkett, Dr. Brian A. & Ramona Sakamoto, Eric Jarvis, Eric Smith, Erik Morris, Fenton Love, Gary Stevens, Henry & Charlotte Kim, Henry Waggoner, J. Greg

| COMPLAINT AND JURY DEMAND - 10 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51242222.1

Zoltani, Jackie Gran, Jacqueline Ramsey, James A. North, James Claus, Jan Sobieralski & Louise McNerney, Janice Miller, Jay & Lisa Clem, Jaye Johnson, Jeffrey Lanctot, Jeffrey Richter & Kristin Trace, Jens Gran, Jette Jon Bunch, Jill Berman, Jo Hoffman, John & Joanne Wejak, John S. Barney, John S. Brasino, John S. & Katie M. Milne, Joseph W. McNamee, Judy Meleliat, Karl Sandborg, Kevin Daviscourt, Kristen Jarvis, Kristin Griffith, Kurt Daviscourt, Larry Berman, Lee Jr. Family Trust, Leif Youngberg, Leonard Dietrich, Loni L. Gray Living Trust, Lori Elliot, Lory Lybeck, M. Eugene Miller, Manuel Rivelo Living Trust, Marc Lagen, Margo Lagen, Marika Pineda, Mark Shapiro, Martin E. McQuaid, Mary L. Davis, Mary Moore, Mary Reilly Jensen, Matthew J. & Wendy C. Costello, Michael & Tonya Venneberg, Michael Nesland, Morris & Anita Hendrickson, Neal Baum, Nick J. & Stacie L. Beck Living Trust, Pasner Family Trust, Patricia Blumenthal, Patricia J. McNamee, Patricia Peterson, Patricia Robinson, Peter Boleneus, Peter Jarvis IRA, Ray Frederick, Ray Hebert, Richard & Marjorie Sampson, Richard Brashen, Rick Braumoeller, Rob Chandler, Robert & Mary Montgomery, Robert Montgomery IRA, Robert Fairbairn, Robert Friedman, Robert Stack, Rothschild Revocable Living Trust, Ron Neubauer, Ronald C. Norris and Linda S. Talley, Russ Humphrey, S. Bruce and Edith B. Tobin, Sam T. & Virginia Howard, Sandra Dunn, Santos & Lidia Argueta, Shane McTaggart, Sharon Warsinske, Shirley Peterson, Stanley M. Graves IRA, Stanley Zimmer, Steven & Carrie Yates, Steven Sasaki, Stuart Hagen, Susan Gilleland, Susan-Claire Anderson Reid, Suzanne C. Johnson, Talking Dreams Stable, TATS of WA, Inc., defined Pension Plan, Theodore Owen Gates, Timothy L. Sutherland Living Trust, Todd Mueller, Victoria Littleman, William John Bloudek, Jr., William G. Garrett, Adeline Shannon, Al Chandler, Alan C. Stewart/Stewart Family Recov.,

COMPLAINT AND JURY DEMAND - 11

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51242222.1

Case 10-17952-TWD   Doc 705   Filed 08/29/12   Ent. 08/29/12 20:30:33   Pg. 11 of 44

Alan D. Cornell, Alan F. Roberts IRA, Alan G. Willett/Al Willett, Albert A. James Living Trust, Albert W. Emonds, Alberta J. Fahlsing, Alden M. Garrett, Alexander Children LLC, Alice Johnson Exemption Trust, Alice Wraith, Allen & Millicent Day, Anderson Family Revocable Living Trust, Andrew L. Orton IRA, Andrew L. & Mary Lee Orton, Anita Hendrickson, Ann Morris & James Sobieck, Annette Lave Ostergaard, Anthony & Julie Panagiotu, Anthony Brian Davenport, Anthony J. Robins, Anthony Tamaccio & Chi Lay Bahn, Antonietta Galotola, Arlen Prentice, Arthel Burklund, Atsuko Klein, Barbara & Pat Carey, Barbara A. Smith, Barbara Burns, Beth P. Carver-Kennel, Big E Construction, Bob Pappas, Bocek Family LP II, Brian P. Mulligan, Brian Pearson IRA/Viking, Brian Yates, Bruce Guenzler & Mary Heidt, C. Eric Gulotta, Camelia J. Dobrick, Caren L. Toney, Carl & Karen Elliott, Carl Scott East, Carlos Herrera, Carole Maddock, Carolyn Gaylord, Carsten & Elizabeth Henningsen, Catherin Maxwell, Celia Herrera, Chad Reed, Charles Albright, Charles E. Jenks, Charles Flynn, Charles L. LeFevre/Viking Retirement, Charles R. Knight, Chris Prentice, Chris Seeley, Christianson Living Trust, Christina Koons, Christopher Kane Rollover IRA, Clauson Family Trust, Clifford ("Cliff") & Marie Hackney, Clifford N. Harby, Constance Weiss, Cornerstone Alternative Fixed Income Fund LP, Craig & Darla Brand, Craig A. Norsen IRA, Craig Bruya, Craig R. Edwards, Craig Tall, CRER Capital Holdings LLC, Crista Ministries, Crista Ministries Operating Acct, Crista Ministries/ASAR Endowment, Crista Ministries/CVM Endowment, Crista Ministries/SC Endowment, Crystal Mountain Founders Club, Cynthia S. Lair/Charles Schwab, Dale & Linda Miller, Dale Knelevich, Dale L. Cowles, Dan Dingfield, Dan Gatchet, Dan Rasar, Dana Taylor Davenport, Daniel Kearin, Daniel Kearin IRA, Daniel T. & Jessie G. Hayden Unitrust/Crista, Darle &

| COMPLAINT AND JURY DEMAND - 12 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Patricia Blumenthal, Darpat LLC, Darrin Erdahl, Daryl & Joyce Reoch, Dave & Karen Hobson, David & Anne Gilbert, David & Barbara Rogers, David & Sonia Alexander, David & Susan Stewart Family Trust, David A. Buecker, David A. Spencer, David Alexander, David Beitel, David C.E. Williams, David Charles Leisy, David Graybill/David Graybill IRA/Charles Schwab, David Greenheck, David J. Barenborg, David Lee Johnson, David M. Bray III, David M. Hyink, David Moseley, David N. Chichester, David O'Hara, David Stempel, David Stewart/Sterling Trust Co, David W. & Kortney L. Graybill, Dawn D. Tumham, Debbie C. Acton, Deborah & Jennifer Brehm, Deborah A. Weasea, Deborah Garrett, Deborah Garrett 2002 Trust, Deborah M. Geffrard, Debra Blumberg, Dee Tour du Monde, Delmar & Jerry Burkett, Denise C. Chandler Smith, Dennis & Wilma Johnson, Dennis Claus, Dennis Iverson, Dennis Rossman, Dennis Weston IRA, Denny Shuler, Diane Katz/Viking, Diane Stielstra/Diane Stielstra & Don Fry, Donald Esfeld, Donna Whitney IRA, Donna Willett, Doris M. Katz Credit Trust, Dorothy M. Rupert, Doyl & Catherine Burkett, Drew Fletcher, Drew Thoresen, Dudley W. Johnson, E. Doris Gough Trust, Ea Lilja, Eduardo R. Garcia, Eduardo R. Garcia & Jane C. Hoerig, Edward Charles Kauffman, Edward Garth, Edward J. Alto, Edward J. O'Toole, Edward Keven Greenfield, Edward M. Hartstein, Edward R. Stanek IRA, Eldon Larson, Eleanor Karapetian, Elizabeth Dowd, Elizabeth Hampson aka Karen E. Elmer, Elizabeth Ione Newman, Elizabeth Tilbury-Marquard, Ellen J. Koutsky, Emma Sigmund Trust, Enid R. Clauson, Erik Meltzer, Estate of Margaret Thoresen, Evan Smith & Barbara Schechter, Evergreen Barbecue, F. Ross Boundy, Fairweather Lane, Floyd B. Barnes, Forrest Lee Brissey, Frances Byrne, Frank M. Mercker, Franklin B. Flowers, Fred & Marilee Slusser, Fred G. Neufeld, Fred Neufeld, Fred Wert, Frederic J. Sigmund, Frederic

| COMPLAINT AND JURY DEMAND - 13 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51242222.1

J. Sigmund IRA/Viking, Frederick W. Lurmann, Garrett M. Upper, Gary Galeotti IRA, Gary Galeotti Sep IRA, Gary Galeotti/Galeotti Living Trust, Gayle A. Murdock, Gene Fetters, George E. Burt IRA, George G. Toussaint, Gerald (Jerry) Hendin, Geraldine Ann King GST Trust, Gina Burrow, Glenn R. Holst, Glenn R. Holst IRA/Equity Trust, Goldie Feinberg, Gordon L. Rockhill/Gordon Rockhill IRA, Gordon Willett, Greg Whitney IRA, H. Raymond & Jina Lankford, Haley Elizabeth McCurry, Hallie S. Maxon Trust, Hanan Berman, Harold & Jacklyn Vhugen, Harold E. Olsson IRA, Harold F. Vhugen, Harris Family Trust, Heather Moynihan, Helen M. Miller, Henry Brehm IRA, Henry H. Happel III, Henry R.E. Spouse, Herrera Environmental Consult., Hope R. Garrett, Hyun Ju Low, Irwin Gruverman, Isabelle Noiret, Jack & Linda Middlebrooks, Jack Jackson aka C. Jack Jackson, Jacklyn Vhugen, Jacqueline Pappas, James & Camelia Dobrick, James & Marianne Wilkinson, James A. Tryon, James and Lisa O'Neal, James C. Dobrick, James J. Casey, James L. & Lynne M. Addington, James L. Addington IRA, James M. Becker, James M. Marquard, James P. Newcomb, James Pechan, James R. Anderson, James R. Swanson, James Sweet, Jan Diepenheim/Jan Diepenheim/Viking, Jane C. Hoerig, Janet M. Harding, Janet Stanton IRA/Charles Schwab, Janis Ban IRA, Jann A. Curley, Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94, Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2, Jeanne Carlson, Jeanne Edwards, Jeanne W. Carlson, Jeanelle Shields, Jeffrey Keck, Jeffrey L. & Denise J. Beauchamp, Jene H. Deguchi, Jenner Charitable Remainder Unitrust, Jeremey & Linda Mattox, Jerry R. Ronk IRA, Jerry T. Party, Jessica Prince, Jill A. Flynn, Jim Purdy, Jo Ann Corfman, Joan L. Johnson Living Trust,  Joanne E. Galloway Trust,  Joanne Meyers IRA,  Jody M. Albright,  Joel Korotzer, John A. McLeod, John Carr,  John D. Opalka,

<table>
<tr><td>COMPLAINT AND JURY DEMAND - 14</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51242222.1

John Davids, John E. Pendergast, John F. & Marjorie A. Thatcher, John Francis Henry Trust, John H. (Jack) & Patricia A Stahl, John L. Backes/Charles Schwab, John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust, John Schneider, John Spicer, John T. Towey, John W. Warjone, John W. Young, John W. Young IRA/Charles Schwab, Jon F. Nordby, Jose Carrasquero, Joseph L. Davis, Joseph Waskom, Judith A. Jance, Judith Cooper Hayden aka Judith Hadyen, Judith Hughes, Judy Bledsoe Addington Credit Trust, Judy M. Schneider, Julie Carkin, June Burghardt, Karen Hobson IRA, Kari J. Guddal Record aka Kari Record, Karleen K. Kennedy, Karyn L. Kelley, Katherine D. Schmidt, Katherine Leigh McCurry, Katherine N. Heun, Kathleen Opler, Kathleen T. Snyder/Charles Schwab, Kathryn R. Sigmund IRA/Viking, Kathy & Duane Timmons, Kathy Gerke, Kay M. Edwards, Kathy Opler, Keith Schafer, Kelley Kennedy, Kelsey M. Edwards, Ken & Loretta Story, Ken B. Martin, Ken Story, Ken Story IRA, Kendal Martin, Kenneth & Katherine Heeter, Kenneth Heeter/Charles Schwab, Kenneth R. Koehler, Kevin & Alia Peterson, Kevin & Kathy Daviscourt, Kevin & Kelley Kennedy, Kevin Gabelien, Kevin Kennedy, Kimberly Susan Sinfield Family Trust, Kourtney Lorriane Graybill IRA/Charles Schwab, Kristin A. Jamerson, Kurt C. Edinger, Kyle Edwards, Lance Mueller, Lance Mueller & Assoc., Lance Mueller & Assoc. Profit Sharing Plan, Lance P Mueller IRA/RBC Capital Markets, Larry Culver, Larry M. Jensen, Larry Stauffer, Laura L. Anderson, Laurie Towey, Lawrence Michael & Michael Glenn, Lee A. Smith, Lee Kraft, Leslie Garrett 2002 Trust, Linda Breiwick, Linda D. Adams, Linda G. Jeans, Linda Griffin, Linda H. Preizler, Lloyd A. Knight Charitable Remainder Unitrust/Crista, Lois Gelman/Eric Fassler, Lola A. Yeend Growth Fund LLC & Lola A. Yeend Bond Income LLC, Loretta Kelly, Loretta Story, Loretta

| COMPLAINT AND JURY DEMAND - 15 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

Story IRA, Lorin J. Anderson Trust, Lynne M. Addington IRA, Mahlon & Jeanne Nichols, Malcolm L. Edwards, Malcolm L. Edwards & Elizabeth Dowd, Malmfeldt Living Trust, Marc & Trina LaRoche, Marc LaRoche IRA, Margaret AH Siemion, Margaret Ann Ross, Margaret Tilbury, Margey Thoresen aka M. A. Thoresen, Marilyn H. Kean, Marjorie Easley, Marjorie J. Holstege, Mark & Barbara Roller, Mark & Joan Lombardi, Mark & Susan Blanchard, Mark B. Upson, Mark Cramer, Mark Weisman IRA, Marlee Kleca, Marlene Winter, Martin & Susan McCurrey, Martin Thomas Paul, Martyn F. Adams, Mary A. Sifferman, Mary Ann Gonzalez, Mary Ann Mackay, Mary Ann Moore, Mary B. Veal, Mary Elizabeth Kelly, Melissa Klebanoff, Meyers Investment LLC, Michael & Diane Quiriconi, Michael J. Sweeney & Cathleen M. Carr, Michael Ken Menth, Michael Krutsinger, Michael Quiriconi IRA, Michael R. Oreskovich, Michael Rasmussen, Michael Moran, Milton & Jane Barrett, Mimi Cristall/Macho Mouse, Monica H. Mackin, Monte & Nancy Szendre, Morgan G. Edwards, Muriel Van Housen Charitable Remainder Unitrust, Nathan Benedict & Steven Nyman, NCCF Support Inc/Bill Layton, Neal Sullins, Neville & Louella Dowell FLP, Norma Barnecutt, Norma Jean Spouse, Pamela B. McCabe, Patricia A. Campbell, Patricia Anne Friedland/Pat Friedland, Patricia Marie Logan, Patricia Sabin/Penny Sabin, Patrick J. Burns, Patrick Mitchell, Paul A. Nelson, Paul Fergen, Paul G. Ellingson, Paul H. Soderlund IRA, Paul M. McDermott, Paul Stutesman, Paul Walker,  Payton Smith IRA, Peter & Sandra Jouflas, Peter G. Alder, Peter Garrett, Peter Langmaid/Elizabeth Langmaid UGMA/Jessica Langmaid UGMA/Peter Langmaid  & Audrey Shiffman, Peter Sutherland,  Phil & Anita Rockefeller, Phillip & Susan Parise, Philip Stielstra, Pieter & Claire Van Wingerden, Poul & Joann Hansen Living Trust, Ralph B. Walker, Ralph R. Zeck DDS MS PS, Ray Bowen,

| COMPLAINT AND JURY DEMAND - 16 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Raymond Klein, RDV Racing LLC, Richard & Hope Stroble, Richard & Linda Korver, Richard & Susan Warsinke, Richard A. Snyder/Charles Schwab, Richard B. King Exempt Trust, Richard D. Padrick, Richard Izmer Revocable Living Trust, Richard Lawrence Johnson, Richard Machin, Richard Michael Creighton IRA, Richard R. Radloff, Richard Ress, Richard S. Munsen Jr IRA, Richard W. Campbell, Richard W. Johnson IRA/Sterling Trust, Richard W. Johnson Living Trust, Rick & Betsy Ellingson/Rick & Mary Ellingson, Rita Pampanin, Robert & Catherine Ferguson, Robert & Carol Grant, Robert & Karyn L. Kelley, Robert & Lyndi Taylor, Robert Bashor, Robert Bernardo, Robert C. Abbe, Robert C. Wallace, Robert Dennis & Peggy Jean Turner Charitable Unitrust/Crista, Robert E. Miller, Robert F. & Cynthia M. Mokos, Robert G. Noftsger IRA/Viking, Robert G. Noftsger Roth/Viking, Robert J. & Katherine Heun Trust, Robert J. & Nancy Hutnik, Robert J. Gerke, Robert J. Heun, Robert J. Hutnik, Robert J. Stanton Trust FBO James L. Stanton, Robert Jeans, Robert L. Cooper Family LLC, Robert L. Hoffman, Robert Murray Darling/R. Murray Darling, Robert Noftsger, Robert O. Edwards Trust, Robert P. & Catherine A. Betz, Robert Sours, Robert Staudacher, Robert Tauscher, Robert Taylor IRA, Robert Wroblewski, Robin J. Knepper Living Trust, Robin Knepper GST Non Exempt QTIP, Rodney B. Smith & Ellen B. McCown, Roger K. Hammers IRA & Roth, Roger L. Winter, Roland & Margaret Ross, Roland J. Ross IRA, Ron Buzard, Ronand Norris/Ronand Norris & Linda Talley, Ronald & Deborah Parker, Ronald J. Kiracofe, Roy & Kathleen Whitman, Roy A. Slack MD, Ruhl Family Trust/K. Michael Ruhl, Ryan Andrew McCurry, Sam & Virginia Howard, Samuel Selinger IRA, Sandra Alto, Sara L. Schmitt, Sarah Johnson Armstrong, Scott D. Murdock, Scott Jennings, Scott Silver, Seidner Investments LLC, Sharon Lynne Davidoff, Sheila K.

| COMPLAINT AND JURY DEMAND - 17 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Striegl, Shelley Smith, Sherri Zom IRA, Sherrie Wilson, Shirley Iverson, Sonia Fradkin, Stanek Family Trust, Stanley B. Eastberg, Stephanie Erdahl, Stephen P. Walker III, Stephen Prentice, Stephen R. Jepson, Stephen W. Radons, Steven & Evelyn Chestnut, Steven Ban, Steven P. Wisner, Susan A. Stewart/Sterling Trust Co, Susan Ann V. Bray, Susan Melodia, Susan Stanek Winget Sep IRA, Suzanne Kotz, Suzanne Roberts IRA, Tacor Properties LLC, Terry & Rita Deschenes, Terry Collier, Theodore & Nancy Preg, Thomas & Cathy Friedland, Thomas B. Keefer, Thomas C. Green IRA/Charles Schwab, Thomas C. Green MD IRA/Charles Schwab, Thomas E. & LouAnn Rypka, Thomas F. Topel, Thomas F. Topel IRA/Charles Schwab, Thomas McGreevy, Thomas O. Orvald, Thomas W. & Cheryl L. Merriman, Thomas W. Friedland, Thomas W. Roberts, Timothy Higgins, TJI II LLC, Todd D. Silver, Tom Nickels, Tryg Winquist, Uri Silberstein, Vicki L. Brakke, Virginia Gabelein, Vivian Wheeler, Walter &. Denise Smith, Warren (Terry) & Shari Hill, Wilbur Schick, Wilkinson Charitable Unitrust, William & Wenche Riva, William E. Whitaker, William Elmer IRA/Kibble Prentice, William F. Amman, William Fahlsing, William Gaylord, William H. Martin, William Larson, William P. Wolfe, Yates Family LLC, Yates Family LP, Yoko Murao, Zhanbing Wu, and, Zimmerman Trust/Miriam A. Zimmerman Living Trust allege as follows:

## I.    NATURE OF THE ADVERSARY PROCEEDING

1.1    This case relates to the substantial assistance and encouragement Defendants Zions Bancorporation ("Zions") and The Commerce Bank of Washington, N.A., ("Commerce" and collectively with Zions, "Defendants") gave Frederick Darren Berg in the massive Ponzi scheme he developed and implemented through numerous investment funds

| COMPLAINT AND JURY DEMAND - 18 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

sharing the "Meridian" brand name (the "Meridian Funds"). Through the Meridian Funds Berg defrauded his investors out of $150+ million dollars, while committing a multitude of breaches of fiduciary duty. From at least 2004, Defendants were the bankers for the Meridian Funds, for Berg personally, or for other Berg entities such as his bus company. Defendants aided and abetted Berg in carrying out the massive fraud and in breaching his fiduciary duties to investors in the Meridian Funds, including the Plaintiffs here.

1.2     Defendants (a) knew that Berg's conduct was fraudulent and/or constituted a breach of his fiduciary duties; and (b) provided substantial assistance and/or encouragement to Berg in the achievement of his scheme to defraud and/or breach his fiduciary duties. Among other things, Defendants: (a) allowed Berg to pay personal debts, including debts related to his multi-million dollar Mercer Island, Washington home, through wire transfers directly from Meridian Fund accounts at Commerce; (b) allowed Berg to purchase luxury buses for his unrelated bus company with funds transferred directly from Meridian Fund accounts at Commerce; (c) allowed Berg to purchase luxury buses for his unrelated bus company with funds transferred indirectly from Meridian Fund accounts at Commerce through multiple same day transactions sourced through Commerce accounts and accounts of various Berg related entities; (d) allowed Berg to commingle monies between the accounts of the various Meridian Funds at Commerce; and (d) granted Berg preferential treatment in various ways, including but not limited to allowing consistent overdraft activity, extending letters of credit on terms inconsistent with Defendants' banking policies, giving Berg letters of recommendation and/or turning a blind eye to suspicious activity within the Meridian Fund accounts.

## II.     PARTIES

2.1     Non-party Frederick Darren Berg ("Berg") is a resident of the State of Washington who at all relevant times maintained his principal office in Seattle and created

| COMPLAINT AND JURY DEMAND - 19 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

and was the designated manager of a series of investment funds known as Meridian Mortgage Investor Fund I, LLC; Meridian Mortgage Investor Fund II, LLC; Meridian Mortgage Investor Fund III, LLC; Meridian Mortgage Investor Fund V, LLC; Meridian Mortgage Investor Fund VI, LLC; Meridian Mortgage Investor Fund VII, LLC; Meridian Mortgage Investor Fund VIII, LLC; Meridian Mortgage Investor Fund IX, LLC; Meridian Mortgage Investor Fund X, LLC; Meridian Real Estate Opportunity Fund I, LLC; and Meridian Real Estate Opportunity Fund II, LLC (collectively referred to herein as "the Meridian Funds"); as well as MPM Investor Services, Inc. (referred to as "MPM"), which served as agent for the Meridian Funds. During 2010 and 2011, bankruptcy proceedings were commenced involving the Meridian Funds and MPM. Plaintiff Mark Calvert was appointed as the Chapter 11 Trustee of MPM and the Meridian Funds in these cases, which have been substantively consolidated under 10-17952 ("Meridian Bankruptcy Proceeding").

2.2     The following individually named Plaintiffs invested in one or more of the Meridian Funds described herein: Aaron and Suzanne Kelly, Alex Cordas/Viking, Alison Kinder, Alvin Berman, Anne Prewett, Anne Sopher-Shapiro, Barbara Thompson, Betty Treiger, Bill & Linda Green Revocable Trust, Brian Lagen, Brenda Smith, Brett Nesland, Bruce P. and Karleen Kennedy Trust, Bruce S. & Carol L. Backer, The Estate of Bruce Watson, Bruce Zimmerman, Carl Pavelko, Carl Pavelko IRA, Carol Nelson, Carolyn Graves, Catherine Hansen, Charles Scott Harbert, Christine Buecker, Christine Whitney, Daniel Joseph Allen, David & Mary Jo Nelson, David Allen Hill, David Nelson, Dennis & Paula Heck, Diane Lauerman, Dianne M. Fisher, Donald F. Berry, Doug Whittle, Doyl Burkett, Dr. Brian A. & Ramona Sakamoto, Eric Jarvis, Eric Smith, Erik Morris, Fenton Love, Gary Stevens, Henry & Charlotte Kim, Henry Waggoner, J. Greg Zoltani, Jackie Gran, Jacqueline Ramsey, James A. North, James Claus, Jan Sobieralski & Louise McNerney, Janice Miller, Jay & Lisa Clem, Jaye Johnson, Jeffrey Lanctot, Jeffrey Richter

<table>
<tr><td>COMPLAINT AND JURY DEMAND - 20</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

51242222.1

& Kristin Trace, Jens Gran, Jette Jon Bunch, Jill Berman, Jo Hoffman, John & Joanne Wejak, John S. Barney, John S. Brasino, John S. & Katie M. Milne, Joseph W. McNamee, Judy Meleliat, Karl Sandborg, Kevin Daviscourt, Kristen Jarvis, Kristin Griffith, Kurt Daviscourt, Larry Berman, Lee Jr. Family Trust, Leif Youngberg, Leonard Dietrich, Loni L. Gray Living Trust, Lori Elliot, Lory Lybeck, M. Eugene Miller, Manuel Rivelo Living Trust, Marc Lagen, Margo Lagen, Marika Pineda, Mark Shapiro, Martin E. McQuaid, Mary L. Davis, Mary Moore, Mary Reilly Jensen, Matthew J. & Wendy C. Costello, Michael & Tonya Venneberg, Michael Nesland, Morris & Anita Hendrickson, Neal Baum, Nick J. & Stacie L. Beck Living Trust, Pasner Family Trust, Patricia Blumenthal, Patricia J. McNamee, Patricia Peterson, Patricia Robinson, Peter Boleneus, Peter Jarvis IRA, Ray Frederick, Ray Hebert, Richard & Marjorie Sampson, Richard Brashen, Rick Braumoeller, Rob Chandler, Robert & Mary Montgomery, Robert Montgomery IRA, Robert Fairbairn, Robert Friedman, Robert Stack, Rothschild Revocable Living Trust, Ron Neubauer, Ronald C. Norris and Linda S. Talley, Russ Humphrey, S. Bruce and Edith B. Tobin, Sam T. & Virginia Howard, Sandra Dunn, Santos & Lidia Argueta, Shane McTaggart, Sharon Warsinske, Shirley Peterson, Stanley M. Graves IRA, Stanley Zimmer, Steven & Carrie Yates, Steven Sasaki, Stuart Hagen, Susan Gilleland, Susan-Claire Anderson Reid, Suzanne C. Johnson, Talking Dreams Stable, TATS of WA, Inc., defined Pension Plan, Theodore Owen Gates, Timothy L. Sutherland Living Trust, Todd Mueller, Victoria Littleman, William John Bloudek, Jr., William G. Garrett, Adeline Shannon, Al Chandler, Alan C. Stewart/Stewart Family Recov., Alan D. Cornell, Alan F. Roberts IRA, Alan G. Willett/Al Willett, Albert A. James Living Trust, Albert W. Emonds, Alberta J. Fahlsing, Alden M. Garrett, Alexander Children LLC, Alice Johnson Exemption Trust, Alice Wraith, Allen & Millicent Day, Anderson Family Revocable Living Trust, Andrew L. Orton IRA, Andrew L. & Mary Lee Orton, Anita Hendrickson, Ann Morris & James Sobieck, Annette Lave

| COMPLAINT AND JURY DEMAND - 21 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Ostergaard, Anthony & Julie Panagiotu, Anthony Brian Davenport, Anthony J. Robins, Anthony Tamaccio & Chi Lay Bahn, Antonietta Galotola, Arlen Prentice, Arthel Burklund, Atsuko Klein, Barbara & Pat Carey, Barbara A. Smith, Barbara Burns, Beth P. Carver-Kennel, Big E Construction, Bob Pappas, Bocek Family LP II, Brian P. Mulligan, Brian Pearson IRA/Viking, Brian Yates, Bruce Guenzler & Mary Heidt, C. Eric Gulotta, Camelia J. Dobrick, Caren L. Toney, Carl & Karen Elliott, Carl Scott East, Carlos Herrera, Carole Maddock, Carolyn Gaylord, Carsten & Elizabeth Henningsen, Catherin Maxwell, Celia Herrera, Chad Reed, Charles Albright, Charles E. Jenks, Charles Flynn, Charles L. LeFevre/Viking Retirement, Charles R. Knight, Chris Prentice, Chris Seeley, Christianson Living Trust, Christina Koons, Christopher Kane Rollover IRA, Clauson Family Trust, Clifford ("Cliff") & Marie Hackney, Clifford N. Harby, Constance Weiss, Cornerstone Alternative Fixed Income Fund LP, Craig & Darla Brand, Craig A. Norsen IRA, Craig Bruya, Craig R. Edwards, Craig Tall, CRER Capital Holdings LLC, Crista Ministries, Crista Ministries Operating Acct, Crista Ministries/ASAR Endowment, Crista Ministries/CVM Endowment, Crista Ministries/SC Endowment, Crystal Mountain Founders Club, Cynthia S. Lair/Charles Schwab, Dale & Linda Miller, Dale Knelevich, Dale L. Cowles, Dan Dingfield, Dan Gatchet, Dan Rasar, Dana Taylor Davenport, Daniel Kearin, Daniel Kearin IRA, Daniel T. & Jessie G. Hayden Unitrust/Crista, Darle & Patricia Blumenthal, Darpat LLC, Darrin Erdahl, Daryl & Joyce Reoch, Dave & Karen Hobson, David & Anne Gilbert, David & Barbara Rogers, David & Sonia Alexander, David & Susan Stewart Family Trust, David A. Buecker, David A. Spencer, David Alexander, David Beitel, David C.E. Williams, David Charles Leisy, David Graybill/David Graybill IRA/Charles Schwab, David Greenheck, David J. Barenborg, David Lee Johnson, David M. Bray III, David M. Hyink, David Moseley, David N. Chichester, David O'Hara, David Stempel, David Stewart/Sterling Trust Co, David W. & Kortney L. Graybill, Dawn D. Tumham, Debbie C.

| COMPLAINT AND JURY DEMAND - 22 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Acton, Deborah & Jennifer Brehm, Deborah A. Weasea, Deborah Garrett, Deborah Garrett 2002 Trust, Deborah M. Geffrard, Debra Blumberg, Dee Tour du Monde, Delmar & Jerry Burkett, Denise C. Chandler Smith, Dennis & Wilma Johnson, Dennis Claus, Dennis Iverson, Dennis Rossman, Dennis Weston IRA, Denny Shuler, Diane Katz/Viking, Diane Stielstra/Diane Stielstra & Don Fry, Donald Esfeld, Donna Whitney IRA, Donna Willett, Doris M. Katz Credit Trust, Dorothy M. Rupert, Doyl & Catherine Burkett, Drew Fletcher, Drew Thoresen, Dudley W. Johnson, E. Doris Gough Trust, Ea Lilja, Eduardo R. Garcia, Eduardo R. Garcia & Jane C. Hoerig, Edward Charles Kauffman, Edward Garth, Edward J. Alto, Edward J. O'Toole, Edward Keven Greenfield, Edward M. Hartstein, Edward R. Stanek IRA, Eldon Larson, Eleanor Karapetian, Elizabeth Dowd, Elizabeth Hampson aka Karen E. Elmer, Elizabeth Ione Newman, Elizabeth Tilbury-Marquard, Ellen J. Koutsky, Emma Sigmund Trust, Enid R. Clauson, Erik Meltzer, Estate of Margaret Thoresen, Evan Smith & Barbara Schechter, Evergreen Barbeque, F. Ross Boundy, Fairweather Lane, Floyd B. Barnes, Forrest Lee Brissey, Frances Byrne, Frank M. Mercker, Franklin B. Flowers, Fred & Marilee Slusser, Fred G. Neufeld, Fred Neufeld, Fred Wert, Frederic J. Sigmund, Frederic J. Sigmund IRA/Viking, Frederick W. Lurmann, Garrett M. Upper, Gary Galeotti IRA, Gary Galeotti Sep IRA, Gary Galeotti/Galeotti Living Trust, Gayle A. Murdock, Gene Fetters, George E. Burt IRA, George G. Toussaint, Gerald (Jerry) Hendin, Geraldine Ann King GST Trust, Gina Burrow, Glenn R. Holst, Glenn R. Holst IRA/Equity Trust, Goldie Feinberg, Gordon L. Rockhill/Gordon Rockhill IRA, Gordon Willett, Greg Whitney IRA, H. Raymond & Jina Lankford, Haley Elizabeth McCurry, Hallie S. Maxon Trust, Hanan Berman, Harold & Jacklyn Vhugen, Harold E. Olsson IRA, Harold F. Vhugen, Harris Family Trust, Heather Moynihan, Helen M. Miller, Henry Brehm IRA, Henry H. Happel III, Henry R.E. Spouse, Herrera Environmental Consult., Hope R. Garrett, Hyun Ju Low, Irwin Gruverman, Isabelle Noiret, Jack & Linda Middlebrooks, Jack Jackson aka C. Jack Jackson,

| COMPLAINT AND JURY DEMAND - 23 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

Jacklyn Vhugen, Jacqueline Pappas, James & Camelia Dobrick, James & Marianne Wilkinson, James A. Tryon, James and Lisa O'Neal, James C. Dobrick, James J. Casey, James L. & Lynne M. Addington, James L. Addington IRA, James M. Becker, James M. Marquard, James P. Newcomb, James Pechan, James R. Anderson, James R. Swanson, James Sweet, Jan Diepenheim/Jan Diepenheim/Viking, Jane C. Hoerig, Janet M. Harding, Janet Stanton IRA/Charles Schwab, Janis Ban IRA, Jann A. Curley, Jarvis Gift Trust #1/Sally B. Jarvis Family Gift Trust UA DTD 11/01/94, Jarvis Gift Trust #2/Sally B. Jarvis Family Gift Trust #2, Jeanne Carlson, Jeanne Edwards, Jeanne W. Carlson, Jeanelle Shields, Jeffrey Keck, Jeffrey L. & Denise J. Beauchamp, Jene H. Deguchi, Jenner Charitable Remainder Unitrust, Jeremey & Linda Mattox, Jerry R. Ronk IRA, Jerry T. Party, Jessica Prince, Jill A. Flynn, Jim Purdy, Jo Ann Corfman, Joan L. Johnson Living Trust, Joanne E. Galloway Trust, Joanne Meyers IRA, Jody M. Albright, Joel Korotzer, John A. McLeod, John Carr, John D. Opalka, John Davids, John E. Pendergast, John F. & Marjorie A. Thatcher, John Francis Henry Trust, John H. (Jack) & Patricia A Stahl, John L. Backes/Charles Schwab, John L. Backes & Robin J. Roberts aka J. Backes & R. Roberts Revocable Trust, John Schneider, John Spicer, John T. Towey, John W. Warjone, John W. Young, John W. Young IRA/Charles Schwab, Jon F. Nordby, Jose Carrasquero, Joseph L. Davis, Joseph Waskom, Judith A. Jance, Judith Cooper Hayden aka Judith Hadyen, Judith Hughes, Judy Bledsoe Addington Credit Trust, Judy M. Schneider, Julie Carkin, June Burghardt, Karen Hobson IRA, Kari J. Guddal Record aka Kari Record, Karleen K. Kennedy, Karyn L. Kelley, Katherine D. Schmidt, Katherine Leigh McCurry, Katherine N. Heun, Kathleen Opler, Kathleen T. Snyder/Charles Schwab, Kathryn R. Sigmund IRA/Viking, Kathy & Duane Timmons, Kathy Gerke, Kay M. Edwards, Kathy Opler, Keith Schafer, Kelley Kennedy, Kelsey M. Edwards, Ken & Loretta Story, Ken B. Martin, Ken Story, Ken Story IRA, Kendal Martin, Kenneth & Katherine Heeter, Kenneth

| COMPLAINT AND JURY DEMAND - 24 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Heeter/Charles Schwab, Kenneth R. Koehler, Kevin & Alia Peterson, Kevin & Kathy Daviscourt, Kevin & Kelley Kennedy, Kevin Gabelien, Kevin Kennedy, Kimberly Susan Sinfield Family Trust, Kourtney Lorriane Graybill IRA/Charles Schwab, Kristin A. Jamerson, Kurt C. Edinger, Kyle Edwards, Lance Mueller, Lance Mueller & Assoc., Lance Mueller & Assoc. Profit Sharing Plan, Lance P Mueller IRA/RBC Capital Markets, Larry Culver, Larry M. Jensen, Larry Stauffer, Laura L. Anderson, Laurie Towey, Lawrence Michael & Michael Glenn, Lee A. Smith, Lee Kraft, Leslie Garrett 2002 Trust, Linda Breiwick, Linda D. Adams, Linda G. Jeans, Linda Griffin, Linda H. Preizler, Lloyd A. Knight Charitable Remainder Unitrust/Crista, Lois Gelman/Eric Fassler, Lola A. Yeend Growth Fund LLC & Lola A. Yeend Bond Income LLC, Loretta Kelly, Loretta Story, Loretta Story IRA, Lorin J. Anderson Trust, Lynne M. Addington IRA, Mahlon & Jeanne Nichols, Malcolm L. Edwards, Malcolm L. Edwards & Elizabeth Dowd, Malmfeldt Living Trust, Marc & Trina LaRoche, Marc LaRoche IRA, Margaret AH Siemion, Margaret Ann Ross, Margaret Tilbury, Margey Thoresen aka M. A. Thoresen, Marilyn H. Kean, Marjorie Easley, Marjorie J. Holstege, Mark & Barbara Roller, Mark & Joan Lombardi, Mark & Susan Blanchard, Mark B. Upson, Mark Cramer, Mark Weisman IRA, Marlee Kleca, Marlene Winter, Martin & Susan McCurrey, Martin Thomas Paul, Martyn F. Adams, Mary A. Sifferman, Mary Ann Gonzalez, Mary Ann Mackay, Mary Ann Moore, Mary B. Veal, Mary Elizabeth Kelly, Melissa Klebanoff, Meyers Investment LLC, Michael & Diane Quiriconi, Michael J. Sweeney & Cathleen M. Carr, Michael Ken Menth, Michael Krutsinger, Michael Quiriconi IRA, Michael R. Oreskovich, Michael Rasmussen, Michael Moran, Milton & Jane Barrett, Mimi Cristall/Macho Mouse, Monica H. Mackin, Monte & Nancy Szendre, Morgan G. Edwards, Muriel Van Housen Charitable Remainder Unitrust, Nathan Benedict & Steven Nyman, NCCF Support Inc/Bill Layton, Neal Sullins, Neville & Louella Dowell FLP, Norma Barnecutt, Norma Jean Spouse, Pamela B. McCabe, Patricia A.

| COMPLAINT AND JURY DEMAND - 25 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51242222.1

Campbell, Patricia Anne Friedland/Pat Friedland, Patricia Marie Logan, Patricia Sabin/Penny Sabin, Patrick J. Burns, Patrick Mitchell, Paul A. Nelson, Paul Fergen, Paul G. Ellingson, Paul H. Soderlund IRA, Paul M. McDermott, Paul Stutesman, Paul Walker, Payton Smith IRA, Peter & Sandra Jouflas, Peter G. Alder, Peter Garrett, Peter Langmaid/Elizabeth Langmaid UGMA/Jessica Langmaid UGMA/Peter Langmaid & Audrey Shiffman, Peter Sutherland, Phil & Anita Rockefeller, Phillip & Susan Parise, Philip Stielstra, Pieter & Claire Van Wingerden, Poul & Joann Hansen Living Trust, Ralph B. Walker, Ralph R. Zeck DDS MS PS, Ray Bowen, Raymond Klein, RDV Racing LLC, Richard & Hope Stroble, Richard & Linda Korver, Richard & Susan Warsinke, Richard A. Snyder/Charles Schwab, Richard B. King Exempt Trust, Richard D. Padrick, Richard Izmer Revocable Living Trust, Richard Lawrence Johnson, Richard Machin, Richard Michael Creighton IRA, Richard R. Radloff, Richard Ress, Richard S. Munsen Jr IRA, Richard W. Campbell, Richard W. Johnson IRA/Sterling Trust, Richard W. Johnson Living Trust, Rick & Betsy Ellingson/Rick & Mary Ellingson, Rita Pampanin, Robert & Catherine Ferguson, Robert & Carol Grant, Robert & Karyn L. Kelley, Robert & Lyndi Taylor, Robert Bashor, Robert Bernardo, Robert C. Abbe, Robert C. Wallace, Robert Dennis & Peggy Jean Turner Charitable Unitrust/Crista, Robert E. Miller, Robert F. & Cynthia M. Mokos, Robert G. Noftsger IRA/Viking, Robert G. Noftsger Roth/Viking, Robert J. & Katherine Heun Trust, Robert J. & Nancy Hutnik, Robert J. Gerke, Robert J. Heun, Robert J. Hutnik, Robert J. Stanton Trust FBO James L. Stanton, Robert Jeans, Robert L. Cooper Family LLC, Robert L. Hoffman, Robert Murray Darling/R. Murray Darling, Robert Noftsger, Robert O. Edwards Trust, Robert P. & Catherine A. Betz, Robert Sours, Robert Staudacher, Robert Tauscher, Robert Taylor IRA, Robert Wroblewski, Robin J. Knepper Living Trust, Robin Knepper GST Non Exempt QTIP, Rodney B. Smith & Ellen B. McCown, Roger K. Hammers IRA & Roth, Roger L. Winter, Roland & Margaret Ross, Roland J. Ross IRA,

<table>
<tr><td>COMPLAINT AND JURY DEMAND - 26</td><td>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700</td></tr>
</table>

Ron Buzard, Ronand Norris/Ronand Norris & Linda Talley, Ronald & Deborah Parker, Ronald J. Kiracofe, Roy & Kathleen Whitman, Roy A. Slack MD, Ruhl Family Trust/K. Michael Ruhl, Ryan Andrew McCurry, Sam & Virginia Howard, Samuel Selinger IRA, Sandra Alto, Sara L. Schmitt, Sarah Johnson Armstrong, Scott D. Murdock, Scott Jennings, Scott Silver, Seidner Investments LLC, Sharon Lynne Davidoff, Sheila K. Striegl, Shelley Smith, Sherri Zom IRA, Sherrie Wilson, Shirley Iverson, Sonia Fradkin, Stanek Family Trust, Stanley B. Eastberg, Stephanie Erdahl, Stephen P. Walker III, Stephen Prentice, Stephen R. Jepson, Stephen W. Radons, Steven & Evelyn Chestnut, Steven Ban, Steven P. Wisner, Susan A. Stewart/Sterling Trust Co, Susan Ann V. Bray, Susan Melodia, Susan Stanek Winget Sep IRA, Suzanne Kotz, Suzanne Roberts IRA, Tacor Properties LLC, Terry & Rita Deschenes, Terry Collier, Theodore & Nancy Preg, Thomas & Cathy Friedland, Thomas B. Keefer, Thomas C. Green IRA/Charles Schwab, Thomas C. Green MD IRA/Charles Schwab, Thomas E. & LouAnn Rypka, Thomas F. Topel, Thomas F. Topel IRA/Charles Schwab, Thomas McGreevy, Thomas O. Orvald,  Thomas W. & Cheryl L. Merriman, Thomas W. Friedland, Thomas W. Roberts, Timothy Higgins, TJI II LLC, Todd D. Silver, Tom Nickels, Tryg Winquist, Uri Silberstein, Vicki L. Brakke, Virginia Gabelein, Vivian Wheeler, Walter &. Denise Smith, Warren (Terry) & Shari Hill, Wilbur Schick, Wilkinson Charitable Unitrust, William & Wenche Riva, William E. Whitaker, William Elmer IRA/Kibble Prentice, William F. Amman, William Fahlsing, William Gaylord, William H. Martin, William Larson, William P. Wolfe, Yates Family LLC, Yates Family LP, Yoko Murao, Zhanbing Wu, and, Zimmerman Trust/Miriam A. Zimmerman Living Trust (collectively "Investors").

2.3    On or about April 29, 2011, the "Chapter 11 Trustee's and Official Consolidated Investors' Committee's Joint Plan of Liquidation for Substantively Consolidated Debtors" (hereinafter "the Liquidation Plan") was proposed and submitted to

| COMPLAINT AND JURY DEMAND - 27 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

this Court.  The Liquidation Plan provided for the creation of a Liquidating Trust and the appointment of Plaintiff Mark Calvert as the Liquidating Trustee.  The Liquidation Plan also provided that the claims of any person who made a loan to or investment in the Meridian Funds (hereinafter "the Individual Investors"), upon electing to accept the Liquidation Plan and participate in its benefits, transferred to the Liquidating Trust certain causes of action held by the Investors individually arising from various matters regarding MPM and the Meridian Funds, including but not limited to any causes of action against persons that enter into transaction with MPM and the Meridian Funds and persons that provided services to them, including their bankers and financial advisors  (i.e. defendants herein named).

2.4     The Liquidating Trust further provides that, among other things, the Liquidating Trustee has the rights, powers, and privileges to act on behalf of the Liquidating Trust, including but not limited to exercising the right to file and prosecute all causes of action held by the Individual Investors arising from any matter regarding MPM and the Meridian Funds and transferred to the Liquidating Trust.

2.5     Investors elected to accept the Liquidation Plan, establishing the Liquidating Trust and assigning certain causes of action held by the Investors individually arising from various matters regarding the MPM and the Meridian Funds.

2.6     On or about June 21, 2011, this Court issued an "Order Confirming Chapter 11 Trustee's and Official Consolidated Investors' Committee's Joint Plan of Liquidation" ("the Confirmation Order").   The Confirmation Order confirmed and approved the Liquidation Plan in its entirety, approved of the creation of the Liquidating Trust and approved the appointment of Plaintiff Mark Calvert as the Liquidating Trustee.

2.7     Plaintiff Mark Calvert, a resident of the State of Washington, as Liquidating Trustee, and based on the Liquidation Plan, Liquidating Trust and Confirmation Order,

| COMPLAINT AND JURY DEMAND - 28 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

brings the causes of action set forth herein on behalf of the Liquidating Trust insofar as the Liquidating Trust is the recipient of the causes of action assigned to it by the Investors.

2.8     The term "Plaintiffs," as used in this Complaint, shall refer collectively to the Liquidating Trustee and parties described in paragraph 2.2 above.

2.9     On information and belief, Defendant Zions Bancorporation is a Utah corporation with its principal place of business in Salt Lake City, Utah.  Zions Bank is publicly traded on the NASDAQ under the symbol ZIONS.

2.10    On information and belief, Defendant The Commerce Bank of Washington, N.A., is a federally charted commercial  bank headquarted in Seattle, Washington.   On information and belief, Commerce is a subsidiary of Zions.

2.11    On information and belief, Zions had a unity of interest and ownership such that there was no individuality or corporate separateness between Zions, on the one hand, and Commerce, on the other hand, and for all intents and purposes Zions dominated and controlled Commerce and failed to maintain corporate separateness.  As a result, Zions was the alter ego of Commerce, and vice-versa.

2.12    On information and belief, and at all material times, Defendants were required to comply with the Bank Secrecy Act, 31 U.S.C. § 5311 et seq., which requires financial institutions to implement programs designed to detect and report suspicious activity that might indicate financial crimes, as well as other federal and state banking laws and regulations.

## III.    JURISDICTION

3.1     This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334(b) over the subject matter of this proceeding because the claims asserted herein arise in or are related to

| COMPLAINT AND JURY DEMAND - 29 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51242222.1

a case pending under the Bankruptcy Code in this Court, and, based on the Liquidation Plan, Liquidating Trust and Confirmation Order.

3.2　On information and belief, Defendants are subject to the jurisdiction of this Court by virtue of their contacts with Plaintiffs within the United States and in the State of Washington.

3.3　Regardless of whether this is a core or non-core proceeding, Plaintiffs consent to the entry of final orders and judgment by this Court. Defendants are notified that Rule 7008(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requires Defendants to plead whether this proceeding is core or noncore and, if non-core, whether consent is given to the entry of final orders and judgment by this Court.

3.4　Pursuant to 28 U.S.C. § 1409(a), venue of this adversary proceeding in this Court is proper because the Consolidated Meridian Funds' bankruptcy case is pending in this district. Moreover, the Liquidation Plan and Confirmation Order establish that venue is appropriate before this Court.

## IV.　STANDING TO PURSUE CLAIMS

4.1　The Liquidating Trustee has standing to pursue the claims set forth in this Complaint on behalf of Investors to the extent any such claims can be assigned, transferred or vested in the Liquidating Trust.

4.2　Investors have standing to pursue the claims set forth in this Complaint on behalf of themselves to the extent any such claims cannot be assigned, transferred or vested in the Liquidating Trust.

| COMPLAINT AND JURY DEMAND - 30 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

## V.    FACTUAL BACKGROUND COMMON TO ALL COUNTS

5.1    On information and belief, from 2001-2010, Berg created and operated the Meridian Funds purportedly for the purpose of soliciting funds from investors and investing those funds to purchase seller financed real estate contracts, real estate, mortgage backed securities and to make hard money loans. Berg raised hundreds of millions of dollars from approximately 735 investors with over 1200 individual investments between January 2001 and August 2010. Plaintiffs were among those investors. Payments to investors in the Meridian Funds were purportedly to be made from the cash flows generated by borrower payments and profits generated through the sale of properties purchased by the funds. In reality, however, Berg was diverting money away from the Meridian Funds and using the money for his private purposes and personal enrichment, and making payments to investors from newly invested funds. Like all Ponzi schemes, Berg's eventually collapsed.

5.2    Berg held the following ownership interests in the Meridian Funds:

        5.2.1   a 75% interest in Meridian Mortgage Investor Fund I, II, and III;

        5.2.2   a 100% interest in Meridian Mortgage Investor Fund V, VI, VII, VIII, IX, and X; and

        5.2.3   a 100% interest in Meridian Real Estate Opportunity Fund I and II.

5.3    Berg was the designated Manager and the only sitting board member of each of the Meridian Funds. In addition, Berg was the sole owner of MPM. (MPM was formerly known as PR Investor Services and was acquired by Berg in 2007 and thereafter renamed MPM.) MPM acted as an agent for the Meridian Funds and was responsible for managing the Meridian Funds' asset acquisitions, underwriting, closings and servicing. As Manager and sole director of the Meridian Funds and the sole owner of MPM, Berg dominated and controlled each entity individually and dominated and controlled all of the entities collectively. Berg was personally and intimately involved in the management of and actions

| COMPLAINT AND JURY DEMAND - 31 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

taken by the Meridian Funds and MPM such that the actions taken by the Meridian Funds and MPM were in truth the actions of Berg.  On information and belief, Defendants knew all of these facts.

5.4     Berg solicited Plaintiffs to invest in the Meridian Funds and thereafter accepted investment funds from them while representing that the funds would be invested for Plaintiffs' benefit.  By making investments in the Meridian Funds, Plaintiffs placed trust and confidence in Berg, and relied on his trustworthiness, judgment and representations that he would select appropriate investment vehicles for their funds.  Berg, by accepting the funds, was acting in the capacity of a representative and trustee in connection with the investment, use and disposition of those funds.  Berg, by voluntarily accepting responsibility for the Plaintiffs' funds, was further required to act honestly, in good faith, with loyalty and integrity and in the best interests of the Plaintiffs.  On information and belief, Defendants knew all of these facts.

5.5     On information and belief, Berg, the Meridian Funds, MPM and other Berg related entities were clients of Defendants.   At least one Commerce Bank employee publically referred to Meridian as a "valued client."   Berg had opened and maintained accounts in the name of the Meridian Funds and MPM at Commerce since at least 2004, and Defendants had pursued Berg's business dating back to 2001.  Millions of dollars belonging to investors, including Plaintiffs, flowed and were deposited into the Meridian Fund accounts at Commerce.  On information and belief, Defendants knew the Meridian Funds were investment funds, knew that funds deposited into the Meridian Funds' and MPM's accounts were obtained from investors and were held in trust and for investors, knew the funds did not belong to Berg personally, and knew that Berg's relationship with the investors was that of a fiduciary.  On information and belief, Defendants possessed this knowledge based on at least (a) the contents of the deposit agreements with the Meridian

| COMPLAINT AND JURY DEMAND - 32 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Funds and MPM; (b) their relationship and communications with Berg and agents of the Meridian Funds and MPM; (c) the transactions involving and movement of money among Berg, the Meridian Funds and MPM's accounts; (d) communications with others regarding funds on deposit in these accounts; and (e) Commerce's investment arm, Equity Trust Company, having active Subscription Agreements with the Meridian Funds for the benefit of a number of investors.

     5.6    Despite their knowledge that the monies in the Meridian Fund accounts were held in trust, and despite their knowledge that Berg owed fiduciary duties to all of the investors in the Meridian Funds, Defendants:

     5.6.1    Allowed Berg to pay personal debts, including debts related to his multi-million dollar Mercer Island home, through wire transfers directly from Meridian Fund accounts;

     5.6.2    Allowed Berg to purchase luxury buses for his unrelated bus company with funds transferred directly from Meridian Fund accounts;

     5.6.3    Allowed Berg to purchase luxury buses for his unrelated bus company with funds transferred indirectly from the Meridian Fund accounts through multiple same day transactions sourced through MPM and various Berg related entities;

     5.6.4    Allowed Berg to commingle monies between the accounts of the various Meridian Funds; and

     5.6.5    Granted Berg preferential treatment in various ways, including but not limited to allowing consistent overdraft activity and waiving overdraft fees, extending letters of credit on terms inconsistent with

| COMPLAINT AND JURY DEMAND - 33 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

bank policy, and failing to follow up on suspicious activity within the accounts.

5.7    By way of non-exclusive example only, Defendants, despite their knowledge of Berg's fiduciary duties and the custodial nature of the Meridian Fund accounts, permitted the following banking transactions:

5.7.1    On or about December 22, 2006, at Berg's direction, Defendants transferred $1,025,000 from an account for Meridian Fund 6, number ****2898 to the account for Berg's bus company, number ****3711, and then made a $893,514 transfer out of the account for Berg's bus company that same day.

5.7.2    On or about April 23, 2007, at Berg's direction, Defendants transferred $775,000 from Meridian Fund accounts (consisting of $400,000 from an account for Meridian Fund 5, number ****4380 and $375,000 from an account for Meridian Fund 7), to an MPM account, number ****2804. That same day, at Berg's direction, Defendants transferred the $775,000 to Berg's personal account, number ****9601. Then, also on that same day, at Berg's direction Defendants transferred $575,000 from Berg's personal account, number ****9601 to an account for Berg's bus company, number ****37111 and then made a $517,800 wire transfer from the account for the bus company.

5.7.3    On or about May 10, 2007, at Berg's direction, Defendants transferred $1,000,000 from MPM's Commerce account, number ****2804, to Berg's personal Commerce account, number ****9601.

| COMPLAINT AND JURY DEMAND - 34 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

5.7.4 On or about May 30, 2007, Berg closed the purchase of his home on Mercer Island. Defendants recorded the deed of trust on the home that same day. That same day, at Berg's direction, Defendants transferred $932,000 from Meridian Fund 6 account ****2898 to Meridian Fund 6 account ****2812, and then back again. Then, that same day, at Berg's direction, Defendants transferred $932,000 from Meridian Fund 6 account ****2812 to Chicago Title Insurance Company, the escrow officer for the sale of the home.

5.8 Because numerous accounts were maintained by the Meridian Funds, MPM, Berg and Berg's related entities at Commerce, and because Berg regularly engaged in transactions involving the accounts at Commerce, Defendants assessed and earned thousands of dollars in banking fees and charges for their services. Due to the amount of money on deposit at Commerce and the profits Defendants enjoyed as a result of the banking activity involving the accounts of Meridian Funds, MPM, Berg, and Berg's related entities, Defendants complicity was not without motive. Defendants' conduct was in violation of federal and state banking laws and regulations, as well as their own internal standards and code of business ethics and conduct.

5.9 By way of non-exclusive example, these standards are reflected in federal law and require banks to review accounts and transactions for suspicious circumstances and report these transactions to the Financial Crimes Enforcement Network ("FinCEN"). For example, 12 CFR 208.62 requires charter banks such as Commerce to monitor and report suspicious activity through the submission of a Suspicious Activity Report ("SAR") any time the bank suspects that it "was used to facilitate a criminal transaction," or that a transaction "involve[s] potential money laundering or violations of the Bank Secrecy Act ("BSA")." Indeed, monitoring and reporting suspicious activity is a critical and routine

| COMPLAINT AND JURY DEMAND - 35 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

function of modern banks, and guidelines for identifying suspicious activity are numerous. In fact, under BSA Section 5318(g)(3), financial institutions are even insulated from liability for voluntarily disclosing this suspicious activity and, even absent suspicious activity, banks are nevertheless required to complete a Currency Transaction Report ("CTR") for submission to FinCEN for any transaction over $10,000.

5.10   Further, effective BSA compliance requires financial institutions such as Defendants to implement their own programs to protect against fraud.  These programs – known industry-wide as the "Four Pillars" – include: (1) designating a compliance officer to ensure ongoing compliance; (2) developing internal policies, procedures and controls; (3) implementing ongoing and relevant training on potentially fraudulent transactions and money laundering activities; and (4) independently testing and reviewing the efficacy of these programs.

5.11   On information and belief, Defendants (a) failed to adequately review the transactions and financial activity involving the Meridian Funds' accounts, MPM's accounts and Berg's accounts, and (b) failed to develop, implement and follow an effective due diligence program as required by the BSA and as set forth in the Bank Secrecy Act/Anti-Money Laundering Examination Manual promulgated by the Federal Financial Institutions Examinations Council.  In general, a due diligence program relates to a bank's internal controls and the adequacy of those internal controls.  Defendants' failures include, but are not limited to, failure to develop and implement an effective due diligence program and policy relating to the review of financial transactions and account activity; failure to train employees on the due diligence program and policy; failure to ensure compliance with the due diligence program and policy; and implementing recommendations from auditors for improving the due diligence program and policy.

| COMPLAINT AND JURY DEMAND - 36 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

5.12    The Bank Secrecy Act/Anti-Money Laundering Examination Manual provides "examples of potentially suspicious activities that should raise red flags for further investigation to determine whether the transactions or activities reflect illicit activities." Defendants failed to adhere to bank regulations that required an ongoing and regular review of Berg's accounts for suspicious activities that included, among other things, the following: (1) funds that stayed in accounts for very little time; (2) fund transfers sent or received from the same person (i.e., Berg); (3) unusual transfers of funds that occurred among related accounts or among accounts that involve the same or related principals; and (4) fund transfers sent in large, round dollar, hundred dollar, or thousand dollar amounts.

5.13    On information and belief, in addition to the foregoing, or in the alternative, Defendants disregarded and/or circumvented their own due diligence program(s) and policy(ies) and disregarded recommendations from auditors regarding improvement that could and/or should be made to the due diligence program(s) and policy(ies) in order to satisfy Berg's demands.

5.14    On information and belief, Defendants' internal code and standard of conduct, which is designated the Code of Business Conduct and Ethics for Employees, further mandates that Defendants' employees must immediately report any potentially suspicious activity. The Code of Business Conduct and Ethics for Employees states, among other things, the following: "If you are unsure about the propriety or legality of an action, get appropriate guidance;" and "we expect you to act proactively, raising concerns about ethical issues, and reporting any conduct believed to be a violation [sic] this Code, any law or regulation or any Company policy or procedure is a clear requirement of employment."

5.15    If Defendants had adhered to these regulations and their own internal policies, they would have stopped Berg's fraud and breaches of fiduciary duties well before the Funds suffered their ultimate demise in the summer of 2010.

| COMPLAINT AND JURY DEMAND - 37 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
|---|---|

51242222.1

5.16    As otherwise herein alleged, until September 2009 at the earliest, the Investors were unaware of Berg's breaches of fiduciary duty and fraud and were further unaware of Defendants' role in aiding and abetting that fraud, including being unaware of any damages suffered in connection therewith.   On information and belief, Berg's systematic and continuous fraud existed for years, until finally – in or about June 2010 – the Funds failed to pay out the monthly interest payments as promised to its investors.   The investors in the Meridian Funds thereafter forced the funds into Chapter 11 bankruptcy proceedings.  All of the Funds have subsequently filed for bankruptcy and are consolidated in the Meridian Bankruptcy Proceedings.  On or about July 27, 2010, Berg filed a personal bankruptcy petition in the matter of *In re: Frederick Darren Berg*, Case No. 10-18668 in this Bankruptcy Court for the Western District of Washington.  In the months that followed the initiation of the Bankruptcy Proceedings, the factual basis for the claims against Defendants, as alleged herein, were first discovered by Plaintiffs.

5.17    The United States Attorney's Office for the Western District of Washington subsequently arrested and charged Berg with crimes that ultimately defrauded investors out of more than $100 million in the case styled *United States of America v. Frederick Darren Berg*, Case No. CR10-0310RAJ pending in the United States District Court for the Western District of Washington.  Berg subsequently pled guilty to one count of Wire Fraud, one count of Money Laundering, and one count of Bankruptcy Fraud.  He was sentenced to 18 years.

5.18    The elements of the offense of Wire Fraud in violation of 18 U.S.C. §1343 with respect to Berg's conduct are as follows: (1) Berg made up a scheme or plan for obtaining money or property by making false promises or statements; (2) Berg knew that the promises or statements were false; (3) the promises or statements were material, that is, they would reasonably influence a person to part with money or property; (4) Berg acted with the

| COMPLAINT AND JURY DEMAND - 38 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

intent to defraud; and (5) Berg used, or caused to be used, the wires in interstate or foreign commerce to carry out or attempt to carry out an essential part of the scheme. Berg admitted that he is guilty of the offense of Wire Fraud.

5.19    Berg, in his Plea Agreement, admitted that beginning sometime within the last ten years, and continuing until in or around August 2010, he knowingly and willfully devised and executed a scheme and artifice to defraud, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, including those made to Plaintiffs in connection with the Meridian Funds. Berg further admitted that the object of the scheme and artifice to defraud was to defraud investors (including Plaintiffs) by falsely representing that he was using all investor funds to purchase seller financed real estate contracts, real estate, and mortgage backed securities, and also to make hard money loans. During the course of the scheme Berg stole millions of dollars in investor funds, including funds belonging to Plaintiffs, which he used for his own benefit as well as to pay off earlier investors in order to conceal his false statements and continue his scheme to defraud.

## VI.    FIRST CAUSE OF ACTION
(Aiding and Abetting Breach of Fiduciary Duty against Defendants Zions Bancorporation, The Commerce Bank of Washington, N.A.)

6.1    Plaintiffs reallege all of their statements in the foregoing paragraphs 1.1 through 5.19 as if set forth fully herein.

6.2    Berg: (i) was the majority or sole owner of the Meridian Funds; (ii) an employee, officer and director of the Meridian Funds; (iii) exercised control over the management, operation and investment decisions made on behalf of the Meridian Funds; (iv) was entrusted by Plaintiffs with funds and charged with the responsibility of investing those funds for the benefit of Plaintiffs; (v) acted in the capacity of a trustee with respect to Plaintiffs' funds; and (vi) dominated and controlled MPM both before and after its

| COMPLAINT AND JURY DEMAND - 39 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

acquisition. As such, Berg owed fiduciary duties to Plaintiffs, including, among other things, duties of loyalty, fidelity, honesty, and integrity. In addition, Plaintiffs reposed trust and confidence in Berg, including but not limited to, entrusting Berg with substantial monies to invest on their behalf. Defendants knew Berg was a fiduciary of the investors in the Meridian Funds, including Plaintiffs.

6.3     As alleged herein, Berg breached his fiduciary duties owed to Plaintiffs by, among other acts and omissions, engaging in a fraudulent scheme resulting in the misappropriation of over $100 million in investor funds for his own personal use, including funds belonging to Plaintiffs. Berg's conduct caused substantial financial harm and damage to Plaintiffs and continues to harm and damage Plaintiffs on a daily basis.

6.4     Defendants, on information and belief: (i) knew about the nature and purpose of the Meridian Funds and that Berg exercised exclusive control over the management, operation and investment decisions made on behalf of all the Funds; (ii) knew that the funds deposited in the Meridian Fund accounts at Commerce came from investors (iii) knew that Berg was engaged in a continuous pattern of transferring money into and out of fiduciary accounts held in the name of the Meridian Funds and MPM for the benefit of investors; (iv) knew that Berg would transfer funds from the Meridian Funds' accounts to MPM and then transfer them into his personal accounts; (v) knew that Berg would transfer funds from the Meridian Funds' accounts directly into his personal accounts; (vi) knew that monies originating from the Meridian Funds were being used by Berg for his personal use; and (vii) knew that Berg's conduct was tortious and constituted a breach of his fiduciary duty to Plaintiffs. These facts and circumstances, at a minimum, gave Defendants actual or constructive knowledge that Berg was engaged in a fraudulent scheme and breaching his fiduciary duties to investors in the Meridian Funds, including Plaintiffs.

| COMPLAINT AND JURY DEMAND - 40 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |

51242222.1

6.5    Defendants substantially assisted and/or encouraged Berg in breaching the fiduciary duties he owed to Plaintiffs by, among other things: (i) executing transactions and financial activity at Berg's request and direction despite their actual or constructive knowledge of his fraud and breach of fiduciary duties; (ii) failing to adequately review the transactions and financial activity in connection with funds on deposit in the Meridian Funds and MPM accounts; (iii) failing to timely and effectively develop, implement, maintain and/or audit a due diligence program, including the training of employees, contractors and agents, designed to detect and report suspicious activity that might be indicative of financial crimes, including wire fraud; (iv) failing to develop internal policies, procedures, standards and guidelines regarding reporting suspicious activity and/or improper conduct, including by failing to properly train employees, contractors and agents, in connection with the detection and reporting of suspicious activity and improper conduct that might be indicative of financial crimes, including fraud; (v) failing to timely disclose to Plaintiffs that Berg was using funds belonging to the Meridian Funds for his personal use and private purposes; (vi) opening accounts for Berg and allowing him to deposit monies held in trust for Plaintiffs into his own personal accounts; (vii) permitting Berg to commingle monies held in trust for Plaintiffs with funds in Berg's personal account; (viii) transferring and/or allowing Berg to regularly transfer large sums of monies held in trust for Plaintiffs indirectly and directly into Berg's personal account and accounts of his related entities; and (ix) transferring and/or allowing Berg to regularly misappropriate large sums held in trust for Plaintiffs for Berg's personal use and for the benefit of Berg's related entities.

6.6    As a proximate result of the substantial assistance and/or encouragement provided by Defendants, Plaintiffs sustained damage, financial harm and losses in an

COMPLAINT AND JURY DEMAND - 41

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE 206-447-4400 FAX (206) 447-9700

51242222.1

Case 10-17952-TWD    Doc 705    Filed 08/29/12    Ent. 08/29/12 20:30:33    Pg. 41 of 44

amount in excess of One Hundred Million Dollars, with an exact amount to be proven at trial.

## VII.   SECOND CAUSE OF ACTION
(Aiding and Abetting Fraud against Defendants Zions Bancorporation, The Commerce Bank of Washington, N.A.)

7.1     Plaintiffs reallege all of their statements in the foregoing paragraphs 1.1 through 5.19 as if set forth fully herein.

7.2     Berg: (i) was the majority or sole owner of the Meridian Funds; (ii) an employee, officer and director of the Meridian Funds; (iii) exercised control over the management, operation and investment decisions made on behalf of the Meridian Funds; (iv) was entrusted by Plaintiffs with funds and charged with the responsibility of investing those funds for the benefit of Plaintiffs; (v) acted in the capacity of a trustee with respect to Plaintiffs' funds; and (vi) dominated and controlled MPM both before and after its acquisition.

7.3     As alleged herein, Berg engaged in a fraudulent scheme resulting in the misappropriation over $100 million in investor funds for his own personal use, including funds belonging to Plaintiffs.  Berg's conduct caused substantial financial harm and damage to Plaintiffs and continues to harm and damage Plaintiffs on a daily basis.

7.4     Defendants, on information and belief: (i) knew about the nature and purpose of the Meridian Funds and that Berg exercised exclusive control over the management, operation and investment decisions made on behalf of all the Funds; (ii) knew that the funds deposited in the Meridian Fund accounts at Commerce came from investors (iii) knew that Berg was engaged in a continuous pattern of transferring money into and out of fiduciary accounts held in the name of the Meridian Funds and MPM for the benefit of investors; (iv) knew that Berg would transfer funds from the Meridian Funds' accounts to MPM and then transfer them into his personal accounts; (v) knew that Berg would transfer funds from the

| COMPLAINT AND JURY DEMAND - 42 | FOSTER PEPPER PLLC |
| --- | --- |
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

Meridian Funds' accounts directly into his personal accounts; (vi) knew that monies originating from the Meridian Funds were being used by Berg for his personal use; and (vii) knew that Berg's conduct was tortious and constituted a breach of his fiduciary duty to Plaintiffs. These facts and circumstances, at a minimum, gave Defendants actual or constructive knowledge that Berg was engaged in a fraudulent scheme and breaching his fiduciary duties to investors in the Meridian Funds, including Plaintiffs.

7.5    Defendants substantially assisted and/or encouraged Berg in committing fraud, among other things: (i) executing transactions and financial activity at Berg's request and direction despite their actual or constructive knowledge of his fraud and breach of fiduciary duties; (ii) failing to adequately review the transactions and financial activity in connection with funds on deposit in the Meridian Funds and MPM accounts; (iii) failing to timely and effectively develop, implement, maintain and/or audit a due diligence program, including the training of employees, contractors and agents, designed to detect and report suspicious activity that might be indicative of financial crimes, including wire fraud; (iv) failing to develop internal policies, procedures, standards and guidelines regarding reporting suspicious activity and/or improper conduct, including by failing to properly train employees, contractors and agents, in connection with the detection and reporting of suspicious activity and improper conduct that might be indicative of financial crimes, including fraud; (v) failing to timely disclose to Plaintiffs that Berg was using funds belongs to the Meridian Funds for his personal use and private purposes; (vi) opening accounts for Berg and allowing him to deposit monies held in trust for Plaintiffs into his own personal accounts; (vii) permitting Berg to commingle monies held in trust for Plaintiffs with funds in Berg's personal account; (viii) transferring and/or allowing Berg to regularly transfer large sums of monies held in trust for Plaintiffs indirectly and directly into Berg's personal account and accounts of his related entities; and (ix) transferring and/or allowing Berg to

| COMPLAINT AND JURY DEMAND - 43 | FOSTER PEPPER PLLC |
|---|---|
| | 1111 THIRD AVENUE, SUITE 3400 |
| | SEATTLE, WASHINGTON 98101-3299 |
| | PHONE 206-447-4400 FAX (206) 447-9700 |

51242222.1

regularly misappropriate large sums monies held in trust for Plaintiffs for Berg's personal use and for the benefit of Berg's related entities.

7.6    As a proximate result of the substantial assistance and/or encouragement provided by Defendants, Plaintiffs sustained damage, financial harm and losses in an amount in excess of One Hundred Million Dollars, with an exact amount to be proven at trial.

## X.    PRAYER

**WHEREFORE**, Plaintiffs pray for relief and judgment as follows:

1.    Awarding monetary damages against Defendants, in favor of Plaintiffs, for all losses and damages suffered as a result of the wrongdoings alleged herein, with the exact amount to be proven at trial;

2.    All fees and expenses incurred in this action by Plaintiffs, including but not limited to a reasonable allowance of fees for Plaintiffs' attorneys and experts; and

3.    Such other and further relief as the Court may deem just and proper.

## XI.    JURY DEMAND

Plaintiffs demand a trial by jury on all causes so triable.

DATED:  August 29, 2012

FOSTER PEPPER PLLC

_/s/ Jane Pearson_
Jane Pearson, WSBA #12785
Attorneys for Plaintiffs

EAGAN AVENATTI, LLP

_/s/ Michael J. Avenatti_
Michael J. Avenatti (Pro Hac Vice)
Attorneys for Plaintiffs

| COMPLAINT AND JURY DEMAND - 44 | FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WASHINGTON 98101-3299<br>PHONE 206-447-4400 FAX (206) 447-9700 |
| --- | --- |