Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206
Hearing Date: November 9, 2012
Hearing Time: 9:30 a.m.
Reply Date: November 2, 2012

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In Re:<br><br>CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al.<br><br>Debtors. | Consolidated Case No. 10-17952<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI IN FURTHER SUPPORT OF TRUSTEE MARK CALVERT'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 SUBPOENA TO MOSS ADAMS, LLP AND FOR AN ORDER TO SHOW CAUSE WHY MOSS ADAMS, LLP SHOULD NOT BE HELD IN CONTEMPT** |

| | |
|---|---|
| **SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI (NO. 10-17952) - 1** | OSBORN MACHLER<br>2125 Fifth Avenue<br>Seattle, WA 98121<br>206-441-4110 |

I, Michael J. Avenatti, declare and state as follows:

1.     I am an attorney with the law firm of Eagan Avenatti, LLP ("Eagan Avenatti").   I am a member in good standing of the California bar and admitted to practice law in this bankruptcy proceeding *pro hac vice*.  I represent the Trustee.   I have personal knowledge of the facts set forth below and if called as a witness could and would testify competently thereto.

2.     For two years, Moss Adams and its counsel have been representing that all documents responsive to the subpoena have been produced.  These representations have been made on numerous occasions, including in January, February, April, May, October, and November 2012, and in writing on April 3 and 11 and October 15, 2012.  Attached hereto as Exhibits M and N are true and correct copies of emails from Moss Adams' counsel dated April 3 and 11, 2012.  An October 15, 2012 letter from Moss Adams' counsel is attached as Exhibit I to the declaration I previously submitted in support of this Motion.

3.     Attached hereto as Exhibit O are four emails produced by Moss Adams on October 15, 2012.  The emails were forwarded to Moss Adams' General Counsel, Scott Kallander, on March 28, 2011, well over a year before they were ever produced.

4.     Attached hereto as Exhibit P is a true and correct copy of a November 2, 2012 email I sent to Moss Adams Counsel Mr. Fogg in continued meet and confer efforts relating to this motion.  In this email, I asked him: "where are the documents used in relied upon in preparing the audits?"  I also indicated that such documents would be responsive to Request No. 1.

5.     Attached hereto as Exhibit Q is a true and correct copy of October 15, 2012 email I sent to Mr. Fogg to ask about the absence of emails from Moss Adams' productions. I also asked about emails in telephonic conversations with Moss Adams' Counsel.  He never indicated that emails had been destroyed pursuant to any document retention policies.

| **SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI (NO. 10-17952)** - 2 | OSBORN MACHLER<br>2125 Fifth Avenue<br>Seattle, WA 98121<br>206-441-4110 |
|---|---|

6.      Attached hereto as Exhibit R is a true and correct copy of Moss Adams' Engagement Letter for tax services for Meridian Partnership Management, Inc. ("MPM"). An attachment to the letter contains the following provision: "Our firm policy is to destroy our annual tax return engagement files and all pertinent work papers after a retention period of seven years (or longer, if required by law or regulation), after which time these items will no longer be available."

7.      I have continued to meet and confer with Moss Adams even after Trustee's Motion to compel was filed, including during a telephone conversation on November 2, 2012 and in emails before and after that conversation. Exhibit S is a true and correct copy of an additional email exchanged with Moss Adams' Counsel.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.


EXECUTED this 6th day of November, 2012, at Newport Beach, California


_____/s/ Michael J. Avenatti_____
Michael J. Avenatti

**SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI (NO. 10-17952)** - 3

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
206-441-4110

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies under penalty of perjury as follows:

1.     I am employed at Osborn Machler.

2.     On November 6, 2012, I caused a true and correct copy of the foregoing document to be served by email on the following parties:

Kelly P. Corr
Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
kcorr@corrcronin.com
sfogg@corrcronin.com
Attorneys for Defendant Moss Adams LLP

3.     On November 6, 2012, I caused a true and correct copy of the foregoing document to be served by mail on the following parties:

Frederick Darren Berg
Inmate No. 17950-086
Lompoc Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436
Pro Se Defendant

DATED this 6th day of November, 2012.


/s/ Kathryn R. Bue
Kathryn R. Bue

---

| **SUPPLEMENTAL DECLARATION OF MICHAEL J. AVENATTI (No. 10-17952)** - 4 | OSBORN MACHLER<br>2125 Fifth Avenue<br>Seattle, WA 98121<br>206-441-4110 |
|---|---|