Kelly P. Corr, WSBA No. 00555
Steven W. Fogg, WSBA No. 23528
Paul R. Raskin, WSBA No. 24990
Jeff Bone, WSBA No. 43965
**Corr Cronin Michelson Baumgardner & Preece LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600

Albert N. Kennedy, WSBA No. 15074
**Tonkon Torp LLP**
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
(503) 221-1440

Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, Room 7206
Hearing Date: May 17, 2013
Hearing Time: 9:30 a.m.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| In re<br><br>CONSOLIDATED MERIDIAN FUNDS, a/k/a MERIDIAN INVESTORS TRUST, et al.,<br><br>Debtors. | Consolidated Case No.: 10-17952<br><br>**MOSS ADAMS LLP'S MOTION TO HAVE THIRD PARTY VENDOR DOWNLOAD AND PRINT OUT TWO ORIGINAL DISCS GIVEN TO K&L GATES IN AUGUST 2010** |

MOSS ADAMS' REQUEST FOR THIRD PARTY VENDOR RE:
DISCS GIVEN TO K&L GATES

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 10-17952-TWD    Doc 1070    Filed 04/19/13    Ent. 04/19/13 17:21:07    Pg. 1 of 3

At the very end of the evidentiary hearing on February 14, 2013, the Trustee for the first time claimed that he lacked trial balances and loan ledgers. He went on to testify that the lack of these documents caused him significant additional fees and costs.

As evidenced in the newly-filed Declaration of Scott Urquhart and detailed in Moss Adams' Motion to Reconsider, such testimony was incorrect. The Trustee had Meridian's financial records. Meridian itself generated numerous trial balances and loan ledgers.

In addition, Moss Adams downloaded to two discs its PFX system for Meridian and its Meridian related server files. These two discs were then delivered to K&L Gates. Moss Adams believes that both discs contain numerous trial balances and loan ledgers, contrary to the Trustee's testimony.

The <u>originals</u> of these discs should be delivered to a third party independent vendor. The vendor should then download and print out all information on both discs. The printouts for these discs will show that as early as August 2010, the Trustee had loan ledgers and trial balances for virtually every year that Moss Adams audited any Meridian Fund. Moss Adams agrees to pay the vendor's cost for doing this.

DATED this 19th day of April, 2013.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

*/s/ Steven W. Fogg*
Kelly P. Corr, WSBA No. 00555
Steven W. Fogg, WSBA No. 23528
Paul R. Raskin, WSBA No. 24990
Jeff Bone, WSBA No. 43965
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
kcorr@corrcronin.com
sfogg@corrcronin.com
praskin@corrcronin.com
jbone@corrcronin.com

MOSS ADAMS' REQUEST FOR THIRD PARTY VENDOR RE:
DISCS GIVEN TO K&L GATES – Page 1

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 10-17952-TWD    Doc 1070    Filed 04/19/13    Ent. 04/19/13 17:21:07    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2013, I electronically filed the foregoing with the Clerk of the U.S. Bankruptcy Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Simeon J. Osborn<br>OSBORN MACHLER<br>2125 Fifth Avenue<br>Seattle, WA 98121<br>sosborn@osbornmachler.com<br>**Attorneys for Plaintiffs** | Michael J. Avenatti<br>EAGAN AVENATTI, LLP<br>450 Newport Center Dr.<br>Second Floor<br>Newport Beach, CA 92660<br>mavenatti@eaganavenatti.com<br>**Attorneys for Plaintiffs** |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Frederick Darren Berg
Inmate No. 17950-086
FCI Lompoc
Federal Correction Institution
3600 Guard Road
Lompoc, CA 93436
*Pro Se*

DATED: April 19, 2013, at Seattle, Washington.

/s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Phone
sfogg@corrcronin.com

MOSS ADAMS' REQUEST FOR THIRD PARTY VENDOR RE: DISCS GIVEN TO K&L GATES – Page 2

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Case 10-17952-TWD    Doc 1070    Filed 04/19/13    Ent. 04/19/13 17:21:07    Pg. 3 of 3