Honorable Karen A. Overstreet
Chapter 11

FILED
Western District of Washington
at Seattle
MAY -8 2013
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

CONSOLIDATED MERDIAN FUNDS, a/k/a
MERIDIAN INVESTORS TRUST, et al.,

DEBTOR

) Consolidated Case No. 10-17952
)
) DECLARATION OF DARREN BERG

The undersigned hereby states and declares as follows:

1. I am the founder of the Meridian entities central to the above-captioned dispute and I served as the Chief Executive Officer of those entities for more than 20 years. I have personal knowledge of the matters at issue in Moss Adams, LLP's Motion for Reconsideration.

2. Trustee Mark Calvert (**TRUSTEE CALVERT**) has mislead the Court regarding his access to Meridian's records. Having parlayed this false testimony into a finding of contempt Moss Adams, the record begs to be corrected.

Declaration of Darren Berg
May 6, 2013

1

3. Meridian operated a paperless office. Paper files were promptly reduced to digital images with only the most recent files being retained in paper format in Meridian's Seattle business office. Most paper files were retained offsite in an archive at Washington Archive Management.

4. On August 27, 2010, the date of the FBI's raid on Meridian's Seattle business office, only a small percentage of Meridian's paper files were situated in Meridian's offices and the FBI seized only those files. Notably, all files seized had a digital counterpart; copies of all appraisals, title reports, processing and closing documents, credit reports, servicing records and all other information relative to the file was saved in digital format on Meridian's network. The paper files held in archive at Washington Archive Management, representing the vast majority of Meridian's paper files, were not seized by the FBI on August 27, 2010. In fact, those files were not seized until months later.

5. The amount of digital data in this case was staggering. Owing largely to Meridian's imaging and digital storage protocols, Meridian's electronically stored information (the **ESI**) totaled 13.5 terabytes of data stored on 263 hard drives. If printed, this data would equate to approximately 675 million pages- enough to fill a 15,000 square foot building to a height of 16 feet.

6. The ESI in this case, in addition to including QuickBooks data and loan servicing data on all Meridian entities and investment funds, included digital images such as copies of all mortgage files, loan servicing ledgers, trial balances, A/R ageing, appraisals, title reports, credit reports, images of mortgages, deeds of trust, promissory notes, closing statements, etc. Hard drives on Meridian's network were used as electronic filing cabinets with folders created to correspond with their paper file counterparts and facsimiles of the contents of those paper files kept in digital files. This means that any paper file could be re-created by simply printing out its contents from the ESI.

7. All information provided to Moss Adams, LLP in the furtherance of any engagement-specifically including copies of trial balances-was retained in digital form, saved in a folder labeled to correspond with the engagement on the hard drive labeled Cora. By referring to these folders, Trustee Calvert could see for himself information, such as trial balances, provided from Meridian to Moss Adams in the furtherance of any audit.

8. The representations I make in this declaration regarding the ESI, how it was maintained and what it contained, can be proven by consulting the complete forensic image created by Lighthouse e Discovery on July 20, 2010 at my request.

Case 10-17952-TWD    Doc 1093    Filed 05/08/13    Ent. 05/08/13 17:15:30    Pg. 2 of 5

9. There were two bankruptcy trustees appointed in this matter, Trustee Calvert and Trustee Diana Carey (**TRUSTEE CAREY**). Between <u>them, they</u> controlled all of my assets both business and personal.

10. On August 24, 2010, Trustee Calvert and Trustee Carey entered into an information sharing agreement that granted Trustee Calvert full access to all of the ESI, irrespective of whether or not Trustee Calvert served as the trustee of the entity to which the ESI related.[1] With this agreement in place, Trustee Calvert enjoyed unfettered access to all QuickBooks data and to all information relative to all investment funds, to Meridian, and to all communications with, and transmissions of information to, Moss Adams, LLP.

11. The FBI did not seize the ESI. Rather, it merely copied the information, leaving the servers and hard drives as was, where was.[2] But for a brief period of time on August 27, 2010 (no more than 12 hours), Trustee Calvert has enjoyed unobstructed access to the ESI since the execution of the information sharing agreement on August 24, 2010.

12. Trustee Calvert did not re-create information from bank statements because he lacked access to trial balances. To the contrary, he did so to **confirm the accuracy** of trial balances. Based on information and belief, I assert that Trustee Calvert did not complete a re-creation of the asset sides of the balance sheets at issue here because, in doing so, he came to conclude that such a re-creation would disprove the claims he makes of a long running Ponzi scheme, allegation around which his civil suit against Moss Adams orbits.

13. Moss Adams did not request this declaration. Indeed, I have had no communications with Moss Adams or anyone representing Moss Adams relative to these matters. I submit this declaration of my own initiative to right an unjust ruling against Moss Adams obtained through perjury.

I declare under penalty of perjury that the forgoing is true and correct. Dated this 6th day of May, 2013

Frederick Darren Berg

---

[1] See exhibit A attached hereto, FBI report dated August 26, 2010 confirming information sharing agreement.
[2] See exhibit B, email from Trustee Carey dated Aug 27, 2010 confirming that, following the Government's raid of August 27, 2010, servers were not disturbed.

Declaration of Darren Berg
May 6, 2013

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 6th, 2013 I mailed, by United States Postal service with prepaid postage affixed, exact copies of the foregoing document to the following parties:

Simeon J. Osborn
Osborn Machler
2125 Fifth Ave.
Seattle, WA 98121

Michael J. Avenath
Eagan Avenath, LLP
450 Newport Center Dr. 2nd floor
Newport Beach, CA 92660

Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Ave., Suite 3900
Seattle, WA 98154

Dated this ___6th___ day of May, 2013

Marlene Bamford

Google | us bankruptcy court seattle | [🔍] | SIGN IN

Web  Images  Maps  Shopping  More ▾  Search tools

About 989,000 results (0.30 seconds)

Ads related to **us bankruptcy court seattle** ⓘ

**Seattle Bankruptcy** Relief - NWDRLF.com
www.nwdrlf.com/Seattle
$800 Flat Fee or Pay Most of Your Fees After You File! 206-674-4559

**Seattle Bankruptcy - Bankruptcy** Lawyers & Attorneys
www.gearheardlaw.com/
Call For **Bankruptcy** Law Help!

**Seattle Bankruptcy** - Federal Way **Bankruptcy** Law
www.buchananwilliamattorneyatlaw.com/
Call (425)-242-4977 now!

Western District of Washington.: **US Bankruptcy Court**
www.wawb.**uscourts**.gov/ ▾
**U.S. Bankruptcy Court** - Western District of Washington. ... start at 1:00 p.m. ALL
PLEADINGS MUST BE FILED WITH THE CLERK'S OFFICE IN **SEATTLE**.
1 Google review · Write a review

700 Stewart St  Seattle, WA 98101
(206) 370-5200

ECF
Welcome to the U.S. Bankruptcy Court
for the Western District ...

Seattle Clerk's Office
Seattle Clerk's Office. [last update
09/28/2012]. GENERAL ...

Seattle
Seattle Office · Seattle Courthouse 700
Stewart St., #6301 ...

Public Access to Court ...
Public Access to Court Electronic
Records (PACER) account ...

Forms
Adversary Cover Sheet B104 (Form 104)
(for conventional ...

Local Rules
Local Rules Effective December 1
· Index of Local Rule ...

More results from uscourts.gov »

**US Bankruptcy Court** in **Seattle** | **US Bankruptcy Court** (206) 370 ...
local.yahoo.com › Seattle › Government & Community › Courts ▾
Find **US Bankruptcy Court** in **Seattle** with Address, Phone number from Yahoo! US Lo
Includes **US Bankruptcy Court** Reviews, maps & directions to US ...

**US Bankruptcy Court** - Belltown - **Seattle, WA** - Yelp
www.yelp.com › ... › Landmarks & Historical Buildings ▾
★★★  Rating: 3 - 1 review
Aug 16, 2010 – 1 Review of **US Bankruptcy Court** "Why am I reviewing the Bankruptc
Court? I've assisted 2 different people with their bankruptcy proceedings.

**US Bankruptcy Court, Seattle, WA** - Manta
www.manta.com/c/mm6zjl7/**us-bankruptcy-court** ▾
700 Stewart Street # 6301, **Seattle**, WA, 98101-4441. Phone: (206) 370-5200. Category:
Federal Government-**Courts**. View detailed profile, contacts, maps, ...

Washington State **Courts** - **Bankruptcy** Information
www.courts.wa.gov › Court Forms ▾
The **U.S. Bankruptcy Court** Western District of Washington has offices in **Seattle** and
Tacoma. The district serves the region south of the Canadian border and ...

**US Bankruptcy Court Seattle, WA, 98101** - YP.com
www.yellowpages.com › Seattle Yellow Pages › Justice Courts in Seattle, WA
Get directions, reviews, payment information on **US Bankruptcy Court** located at **Seattle**,
WA. Search for other Justice Courts in **Seattle**.

**Us Bankruptcy Court** - **Seattle, WA 98101** - Intuit Business Directory
business.intuit.com › Community & Government › Courts ▾

Handwritten annotations on map area:
TO
Clerk of the US Bankruptcy Court
(address and phone circled from map listing: 700 Stewart St, Seattle, WA 98101; (206) 370-5200)

From
F. Darren Berg  17950-086
FCI Lompoc Low
3600 Guard Rd
Lompoc CA 93436