| | |
|---|---|
| Michael J. Gearin, WSBA # 20982<br>David C. Neu, WSBA #33143<br>Brian T. Peterson, WSBA #42088<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>(206) 623-7580 | Honorable Karen A. Overstreet<br>Chapter 11<br>Hearing Location: Seattle, Room 7206<br>Hearing Date: October 25, 2013<br>Hearing Time: 9:30 a.m. |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>CONSOLIDATED MERIDIAN FUNDS, a/k/a<br>MERIDIAN INVESTORS TRUST, et al.<br><br>Debtors.[1] | Case No. 10-17952<br>(Jointly Administered)<br><br>PROOF OF SERVICE |

I, Kjrsten M. A. Swan declare as follows:

1. I am a citizen of the United States and of the State of Washington, living and residing in Snohomish County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On August 20, 2013, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing a copy of the Notice of Eleventh Rescheduled Hearing on Trustee's Eighth Motion to Implement Global Investor

---

[1] The Debtors were Meridian Mortgage Investors Fund V, LLC (Case No: 10-17952); Meridian Mortgage Investors Fund II, LLC (Case No: 10-17976); Meridian Mortgage Investors Fund VII, LLC (Case No: 10-17953); Meridian Mortgage Investors Fund VIII, LLC, (Case No: 10-17958); Meridian Mortgage Investors Fund VI, LLC (Case No: 10-18729); Meridian Mortgage Investors Fund IX, LLC, (Case No: 10-18727); Meridian Mortgage Investors Fund X, LLC (Case No: 10-18728); Meridian Real Estate Opportunity Fund I, LLC (Case No: 10-19645); Meridian Real Estate Opportunity Fund II, LLC (Case No: 10-19644); Meridian Mortgage Investors Fund I, LLC, (Case No: 11-10830); Meridian Mortgage Investors Fund III, LLC (Case No: 11-10833); and MPM Investor Services Inc., (Case No: 11-10834). Pursuant to the Plan confirmation order entered on June 22, 2011, the Cases have been substantively consolidated and Mark Calvert is the Liquidating Trustee.

PROOF OF SERVICE - 1

K:\2067667\70050\21664_KS\CONTINUE\PECHAN\21664P32VE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 1174    Filed 08/23/13    Ent. 08/23/13 11:09:06    Pg. 1 of 2

Settlement to Claim #810 Filed By James Pechan [DKT #1172] to be mailed to the address listed in paragraph three (3) herein.

3. The envelope was addressed to the parties as set forth below

>James Pechan
>Davis Wright
>Attn: Ragan L. Powers
>1201 Third Ave #2200
>Seattle WA 98101

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing Declaration is true and correct.

DATED this 21st day of August, 2013, at Seattle, Washington.

>/s/Kjrsten M. A. Swan
>Kjrsten M. A. Swan

PROOF OF SERVICE - 2

K:\2067667\70050\21664_KS\CONTINUE\PECHAN\21664P32VE

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 10-17952-TWD    Doc 1174    Filed 08/23/13    Ent. 08/23/13 11:09:06    Pg. 2 of 2