# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME **In re Consolidated Meridian Funds**  CASE NO **10-17952**

FOR:
- ____ DEBTOR
- ____ JOINT DEBTOR
- ____ CREDITOR
- ✓ ATTORNEY  ( Please include Bar ID Number **CA Bar No. 206929** )
- ____ PLAINTIFF
- ____ DEFENDANT

**OLD ADDRESS:**

NAME: Eagan Avenatti, LLP

ADDRESS: 450 Newport Center Drive, Second Floor

Newport Beach, CA 92660

PHONE: (949) 706-7000

EMAIL ADDRESS (attorney only): mavenatti@eaganavenatti.com

**NEW ADDRESS:**

NAME: Eagan Avenatti, LLP

ADDRESS: 520 Newport Center Drive, Suite 1400

Newport Beach, CA 92660

PHONE: (949) 706-7000

EMAIL ADDRESS (attorney only): mavenatti@eaganavenatti.com

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Michael J. Avenatti            Date January 28, 2015

Rev. 6/28/2012
Change of Address