# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)**

CASE NAME Consol Meridian Funds           CASE NO 10-17952

FOR:  _____  DEBTOR
      _____  JOINT DEBTOR
      ✓       CREDITOR
      _____  ATTORNEY   ( Please include Bar ID Number _____ )
      _____  PLAINTIFF
      _____  DEFENDANT

OLD ADDRESS:

NAME: Rita Pampanin

ADDRESS: PO Box 1264

Twisp, WA  98856-1264

PHONE: _____

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: Rita Pampanin

ADDRESS: POB 714

Occidental, CA  95465

PHONE: _____

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ Michael J. Gearin                      Date 8/10/15

Attorneys for Calvert, Liquidating Trustee

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 06/12

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER OR EMAIL ADDRESS

**(a) Written Notice of Change of Address, Phone, Email Address**. Notices of changes of address, telephone number, and email address must be filed in writing within 14 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

**(b) Conclusive Address**. The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.