UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE 6-11-2016

Honorable Timothy W. Dore

Mark Calvert (Liquidating Trustee) has controlled this bankruptcy (Meridian Investors Trust) for 5 years.
It was with another lawyer for a year and a half. This process is screwed up and should have been
completely resolved by now. We ( The Pasner Family Trust ) do not want this to continue. Mark Calvert
has blamed the time taken on the courts inability to schedule the hearing necessary.

 We here by formally protest the request for a five year extension.

I will not be able to go to Seattle to attend the hearing. I am a farmer and it is spring.

I hope the court will represent my family's displeasure with the sequence of events, and find a quick and
suitable conclusion to this affair.

Thank you

Mike Pasner          _Mike Pasn_     6-11- 16

Pasner Family Trust

CC    Fred Pasner
   +  Michael Gearin
         K + L  Gates  L. L. P.

FILED
Western District of Washington
at Seattle

JUN 1 7 2016

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

*Handwritten annotations across page:*

Call

Call why should I (we) oppose extension

Call Fred Called

File by June 17th

will not be in Court

Sounds like protect the Fed... to defend my family while in this Bankruptcy

copy / oppose / Objection will be without merit

Michael Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Timothy W. Dore
Chapter 11
Hearing Date: June 24, 2016
Hearing Location: Rm. 8106
Hearing Time: 9:30 a.m.
Response Date: June 17, 2016

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

MERIDIAN MORTGAGE INVESTORS FUND V, LLC, et al.,

Debtors.[1]

Case No. 10-17952-TWD
(Substantively Consolidated)

NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S MOTION TO EXTEND DURATION OF MERIDIAN INVESTORS TRUST

TO: CLERK OF THE COURT
AND TO: ALL CREDITORS AND PARTIES-IN-INTEREST
AND TO: UNITED STATES TRUSTEE;

PLEASE TAKE NOTICE that a hearing has been scheduled on June 24, 2016, at 9:30 a.m. (PT) before the Honorable Timothy W. Dore, United States Bankruptcy Judge, in Courtroom 8106, 700 Stewart Street, Seattle, WA, 98101 on the Trustee's Motion to Extend Duration of Meridian Investors Trust (the "Motion").

By the Motion, Mark Calvert, the Liquidating Trustee (the "Liquidating Trustee") requests that the Court enter an order that extends the duration of the Meridian Investors Trust an additional

[1] The Debtors are Meridian Mortgage Investors Fund V, LLC (Case No. 10-17952), Meridian Mortgage Investors Fund II, LLC (Case No. 10-17970), Meridian Mortgage Investors Fund VIII, LLC (Case No. 10-17952), Meridian Mortgage Investors Fund VIII, LLC (Case No. 10-17972), Meridian Mortgage Investors Fund IX, LLC (Case No. 10-17973), Meridian Real Estate Opportunity Fund I, LLC (Case No. 10-17974), Meridian Real Estate Opportunity Fund II, LLC (Case No. 10-17964), Meridian Mortgage Investor Fund I, LLC (Case No. 11-10830), Meridian Mortgage Investors Fund III, LLC (Case No. 11-10831); and Meridian Investor Services Inc. (Case No. 11-10834). Pursuant to the Plan confirmation order entered June 22, 2011, the Cases have been automatically consolidated.

NOTICE OF HEARING ON MOTION TO EXTEND
DURATION OF MERIDIAN INVESTORS TRUST - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

---

five years, to July 7, 2021, and reserves the right of the Liquidating Trustee to seek additional extensions of the duration of the Trust as may be necessary.

Pursuant to the Chapter 11 Trustee's and Official Consolidated Investors' Committee's Joint Plan of Liquidation (the "Plan"), and this Court's order approving the Plan, the Meridian Investors Trust was created and approved in order to administer and liquidate assets of the Debtors' Estates for the benefit of creditors. The Meridian Investors Trust has a term of five (5) years commencing on the effective date of the Plan, July 7, 2011, unless extended by further order of the Bankruptcy Court. Because there are additional assets held by the Meridian Investors Trust that must be administered by the Liquidating Trustee, it is necessary to extend the duration of the Meridian Investors Trust beyond its initial term.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and related documents may be (1) reviewed and applied at the Clerk of the United States Bankruptcy Court, 700 Stewart Street, Seattle, WA, 98101 or (2) may be obtained by submitting a written request to K&L Gates, LLP, 925 Fourth Avenue, Suite 2900, Seattle, WA, 98104-1158. Email: denise.evans@klgates.com.

PLEASE TAKE FURTHER NOTICE THAT IF YOU OPPOSE the Motion, you must file your written objection NO LATER THAN June 17, 2016 (the "Response Date"). Objections must be filed with the Court, 700 Stewart Street, Seattle, WA, 98101, and a copy delivered to:

Michael J. Gearin
K&L Gates, LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Fax: (206) 370-6012

PLEASE TAKE FURTHER NOTICE that in accordance with Local Bankruptcy Rule 9013-1(d)(7), failure to timely file and serve an objection to the Motion may be deemed by the Court as admission that there is no objection to, and a waiver of any objection to, the Motion. Pursuant to Local Bankruptcy Rule 9013-1(c), if no opposition to the Motion is timely filed and served, the Motion may be deemed by the Court to be timely heard. Further, pursuant to Local Bankruptcy Rule 9013-1(f), if no opposition to the Motion is timely filed and served, the Court may either (1) grant the Motion by default at the hearing or (2) grant the Motion prior to the hearing on the Trustee's ex parte presentation of a proposed order accompanied by proof of service and a declaration that no objection to the Motion was timely received.

DATED this 27th day of May, 2016.

K&L Gates LLP

By /s/ Michael J. Gearin
Michael J. Gearin, WSBA #20982
David C. Neu, WSBA #33143
Brian T. Peterson, WSBA #42088
Attorneys for Mark Calvert, Liquidating Trustee

NOTICE OF HEARING ON MOTION TO EXTEND DURATION
OF MERIDIAN INVESTORS TRUST - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022